IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONOVAN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| THOMAS DART, COOK COUNTY SHERIFF; | ) |
| COUNTY OF COOK, ILLINOIS; | ) |
| SGT. DAE; SGT. ANDERSON; | ) |
| and UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO: County of Cook Legal Representative
   ATTN: Legal Department
   50 W. Washington Street, Floor 7
   Chicago, Illinois 60602
   CCSO@Cookcountyil.gov


A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MOHAMMED-LAW LLC
73 W. Monroe Street, Suite 103
Chicago, Illinois 60603
 saani@mohammedlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

_____          _____
Date:                                Signature of Clerk or Deputy Clerk