**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DONOVAN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20CV06500 |
| | ) | |
| THOMAS DART, et. al. | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Plaintiff, his through his undersigned counsel, submits the following status report as required by the Court's minute order of January 15, 2021. Per the Court's order, Plaintiff submits the following statement as his initial status report regarding this litigation.

This is a refiling of case number 19-cv-4663, which Plaintiff filed pro se. That case was dismissed without prejudice on November 22, 2019. Plaintiff refiled the case on November 2, 2020, alleging that on or about December 31, 2017, officer of the Cook County Sheriff Department slammed him to the ground and drag him on a concrete floor of the County Jail, as a result of which he sustained a head injury and also briefly lost his consciousness.

On January 20, 2021, Plaintiff sent Waiver of Service to Defendants at the Richard Daley Center located at 50 W. West Washington Street, Room 700, Chicago IL 60602. The Waiver of Service was received on January 22, 2021. However, Plaintiff never received any response from the defendants.

On February 26, 2021, Plaintiff attempted to serve the County of Cook and its officers with the summons and complaint at the Cook County Clerk's office the Richard Daley Center located at 50 W. West Washington Street, Room 700, Chicago IL 60602. The clerks instructed

1

Plaintiff to email the summons and complaints to ccsolegal@cookcountyil.gov. Plaintiff

complied and emailed all the summons and complaints ccsolegal@cookcountyil.gov.

Plaintiff has since filed Certificates of Service with the Clerk of the Court.

In sum, Plaintiff served Defendants as instructed by the Clerks of the Cook County

Sheriff.


Dated: March 6, 2021

                                        **By:**       **/S/*Saani Mohammed***
                                                      **Saani Mohammed, Esq.**


                                        MOHAMMED-LAW LLC
                                        73 W. Monroe Street, Suite 103
                                        Chicago, Illinois 60603
                                        T: 773-823-4343
                                        E: saani@mohammedlawfirm.com

2