**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Donovan Johnson, | ) | | |
| Plaintiff, | ) | 20  C 6500 | |
| | ) | | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. | |
| | ) | | |
| Sheriff Thomas Dart, et al. | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

## DEFENDANTS' MOTION TO
## WITHDRAW AND AMEND ANSWER OR OTHERWISE PLEAD

NOW COME Defendants, County of Cook, Sheriff Thomas Dart, Sgt. Olivia Day, Sgt. Tamara Anderson, Investigator Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, and Officer Delilah Serrano ("Defendants"), by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, move this Honorable Court to grant leave to withdraw Defendants' Answer and file an Amended Answer on behalf of all Defendants[1]. In addition, the parties move this Honorable Court to stay discovery until Defendants have filed their Amended Answer or otherwise pled:

## ARGUMENT

1. Plaintiff filed his complaint on  November 2, 2022. Dkt. No. 1.

2. On February 8, 2021, Plaintiff filed an Amended Complaint naming all currently named Defendants. Dkt. No. 9.

---

[1] Defendants reached out to Plaintiff on June 3rd, 2021 to ask if this motion was opposed.  On June 4th, 2021 Plaintiff responded that it was opposed.

3. Summonses to Defendants were issued on February 22, 2021, and Certificates of Service were provided to the Court on March 6, 2021. Dkt. No. 11.

4. Waivers of service were filed on March 23, 2021, triggering a due date for Defendants' Answers of April 27, 2021. Dkt 14 -22.

5. Previously assigned counsel for Defendants' filed an Answer and Affirmative Defenses on May 5, 2021. Dkt. 23. Shortly thereafter, previous counsel left the States' Attorney's Office, and on May 14, 2021, undersigned counsel was assigned to the case and she substituted her appearance. Dkt. No. 24.

6. In the process of reviewing the case pleadings and preparing to issue discovery, undersigned counsel discovered an error in the Answer and Affirmative Defenses to Plaintiff's Amended Complaint against Defendants.

7. Specifically, Defendants did not affirmatively plead the defense of the Statute of Limitations, and as undersigned counsel continues to review the file there may be additional changes to make to the Answer.

8. A party may amend its pleading once as a matter a matter of course within 21 days after serving it. USCS Fed Rules Civ Proc R 15. Furthermore, The Federal Rules of Civil Procedure have adopted a liberal standard for amending: "The court should freely give leave when justice so requires." *Id.* at 15(a)(2). Thus, a district court must allow an amendment unless there is a good reason—futility, undue delay, undue prejudice, or bad faith—for denying leave to amend. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962); *Life Plans, Inc. v. Sec. Life of Denver Ins. Co.*, 800 F.3d 343, 357-58 (7th Cir. 2015). "Delay by itself is normally an insufficient reason to deny a motion for leave to amend." *Dubicz v. Commonwealth Edison Co.*, 377 F.3d 787, 793 (7th Cir.2004).

9.   Although Defendants are currently outside of the 21-day period to amend by right, they are only just barely outside that time period.  There has been no undue delay or bad faith in seeking leave to file an amended answer, and given the early state of the case, Plaintiff will not suffer any undue prejudice if Defendants are granted leave to amend.

10. Undersigned counsel is filing this motion in good faith and not to delay, but to properly make sure all the Defendants' rights are being fairly represented in this matter.

11. Plaintiff will not be prejudiced by the amendment.  The Defendants' Answer was only recently filed, and no discovery has been conducted to date.  There is no work that needs to be re-done or novel theories to investigate.  Undersigned counsel wishes to be granted the opportunity to properly investigate and carry out the necessary pleadings or motions that need to be filed in this case.

WHEREFORE, the Defendants respectfully request this Honorable Court grant the following relief:

1.   That this Honorable Court grant the Defendants' leave to withdraw and amend their Answer or otherwise plead to Plaintiff's Amended Complaint within 21 days.

2.   Stay discovery until Defendants have filed their Amended Answer or otherwise pled.

3.   And to grant any other relief this Honorable Court deems necessary and just.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:   */s/ Jorie R. Johnson*
      Jorie R. Johnson
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois  60602
      Jorie.Johnson@cookcountyil.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Counsel of Record pursuant to ECF, in accordance with the rules of electronic filing of documents on this day of June 4th, 2021.

<u>*/s/ Jorie R. Johnson*</u>
Jorie R. Johnson