**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Donovan R. Johnson

                Plaintiff,

v.                                      Case No.: 1:20−cv−06500

                                             Honorable Robert M. Dow Jr.

Sgt. Day, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 10, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion heard telephonically. For the reasons stated on the record, Defendants' motion to withdraw and amend answer or otherwise plead [26] is granted, over Plaintiff's objection. Defendants' motion to dismiss is due by 7/1/2021; Plaintiff's response is due by 8/5/2021; Defendants' reply is due 8/26/2021; the Court will issue a ruling by mail. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.