IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Donovan Johnson, through his attorney, Sanni Mohammed and Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Investigator Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, Officer Delilah Serrano, and Lt. James Ludwig ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, In compliance with the Court's order (Dkt. 34.) submits the following Joint Status Report:

**1. Deadline for Defendants to Answer the Amended Complaint**

Defendants will Answer the Amended Complaint filed on February 08, of 2021 as Dkt. 27 on or before April 29, 2022.

**2. Proposed Discovery Schedule:**

| Event | Deadline |
|---|---|
| Issue 26(a)1 Disclosures | 05-06-2022 |
| Exchange Written Discovery | 05-27-2022 |
| Completion of Fact Discovery | 10-07-2022 |
| Disclosure of Plaintiff's Expert Report | 11-04-2022 |
| Deposition of Plaintiff's Expert | 12-02-2022 |
| Disclosure of Defendant's Expert Report(s) | 12-02-2022 |

| Deposition of Defendant's Expert | 01-06-2023 |
| --- | --- |
| Dispositive Motions | 03-17-2023 |

**3. Settlement Discussions:**

    A. Plaintiff is preparing an initial demand to tender to Defendants

    B. Defendants will review the initial demand when received and respond to Plaintiff accordingly.

    C. The Parties do not request a settlement conference at this time.

Respectfully Submitted,

Kimberly M. Foxx
State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
Jorie R. Johnson
Assistant State's
Attorney Richard J.
Daley Center
50 West Washington, Room 500
Chicago, IL 60602
(312) 603-7930

 */s/ Sanni Mohammed*
Saani Mohammed
Mohammed-Law LLC
73 W. Monroe Street, Suite 103
Chicago, IL 60603
saani@mohammedlawfirm.com
*Counsel for Plaintiff,*
*Donovan Johnson*

**CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that on April 12, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user

*/s Jorie R. Johnson*
Jorie R. Johnson