**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Johnson <br><br> Plaintiff(s), <br><br> v. <br><br> Dart, et al. <br><br> Defendant(s). | Case No. 20—cv-6500 <br> Judge Robert M. Dow |

## **ORDER**

Upon review of the joint status report [35], the Court adopts the parties' proposed case management deadlines: Defendants will answer the amended complaint by 4/29/2022; Rule 26(a)(1) disclosures will be made by 5/6/2022; written discovery to be exchanged by 5/27/2022; fact discovery to be completed by 10/7/2022. An expert discovery schedule and dispositive motion schedule will be deferred until the completion of fact discovery is confirmed. An updated joint status report is due no later than 10/7/2022. If at any time the parties would like a referral to the Magistrate Judge for a settlement conference, they may contact the Courtroom Deputy.

Date: 4/14/2022                              /s/ Judge Dow