# UNITED STATES DISTRICT COURT
# FOR THE NORTHEARN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Robert Dow, Jr. |
| Sgt. Anderson, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, pursuant to their settlement agreement and to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that any and all official capacity claims against Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson , Lt. James Ludwig, Investigator ("Officer") Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, and Officer Delilah Serrano in this matter are dismissed in their entirety with prejudice. Respectfully submitted by:

| For Plaintiff: | For Defendants: |
|---|---|
| /s/ Sanni Mohammed | /s/ Jorie R. Johnson |
| Sanni Mohammed | Jorie R. Johnson |
| Mohammed- Law, LLC. | Assistant State's Attorney |
| 73 W. Monroe St., Suite 103 | Civil Actions Bureau |
| Chicago, IL 60603 | 500 Richard J. Daley Center |
| sanni@mohammedlawfirm.com | Chicago, IL 60602 |
| Appointed Counsel for Plaintiff | Jorie.Johnson@cookcountyil.gov |
| Donovan Johnson | Counsel for Cook County as Indemnitor for Defendants. |

2

**CERTIFICATE OF SERVICE**

    I, Jorie R. Johnson hereby certify that I have caused true and correct copies of the above and foregoing to be served on Counsel of Record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 25th day of April 2022.

                                                  */s/ Jorie R. Johnson*
                                                   Jorie R. Johnson