## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Donovan R. Johnson
                Plaintiff,

v.                                         Case No.: 1:20−cv−06500
                                              Honorable Robert M. Dow Jr.

Thomas Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the stipulation of dismissal [38] filed on 4/25/2022 and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all official capacity claims against Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Lt. James Ludwig, Investigator ("Officer") Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, and Officer Delilah Serrano in this matter are dismissed in their entirety with prejudice. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.