UNITED STATES DISTRICT COURT
FOR THE NORTHEARN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Robert Dow, Jr. |
| Sgt. Anderson, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF AGREED QUALIFIED
HIPAA PROTECTIVE ORDER**

NOW COME Defendants, Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Lt. James Ludwig, Investigator ("Officer") Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, and Officer Delilah Serrano (herein after "Defendants"), by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, and with the agreement of Plaintiff, moves the Court to enter the parties' proposed Agreed Qualified HIPAA Protective Order. In support thereof, Defendants state as follows:

1. On February 8, 2021, Plaintiff filed Amended Complaint alleging claims pursuant to Section 1983 against Defendants. (Dkt. 9.)

2. On February 26, 2021 Plaintiff issued summons to Defendants.

3. On May 14, 2021 Defendant's counsel appeared for all Defendants. ( Dkt. 24.)

4. The Parties, Plaintiff, Donovan Johnson and Defendants, require records from covered entities under Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

5. Accordingly, the Parties ask that the Court enter a Qualified HIPAA Protective Order.

6. On June 23, 2022, Parties submitted copy of the draft order to the Court's proposed order email.

WHEREFORE, Parties requests that this Honorable Court enter:

    a) A Qualified HIPAA Protective Order; and

    b) And to grant any other relief it deems necessary and just.

Respectfully Submitted:

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
Jorie R. Johnson
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7930
Jorie.Johnson@Cookcountyil.gov

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson , hereby certify that, in accordance with Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), **Unopposed Motion for Qualified HIPAA Protective Order** was served pursuant to the District Court's ECF system on June 23, 2022.

*/s/ Jorie R. Johnson*
Jorie R. Johnson