**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Donovan R. Johnson
                    Plaintiff,

v.                                       Case No.: 1:20−cv−06500
                                                     Honorable Robert M. Dow Jr.

Thomas Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 27, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Unopposed motion for entry of agreed HIPAA protective order [41] is granted. Signed order to follow. Notice of motion date of 6/28/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.