IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Donovan Johnson, through his attorney, Sanni Mohammed and Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Investigator Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, Officer Delilah Serrano, and Lt. James Ludwig ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, In compliance with the Court's order (Dkt. .) submits the following Joint Status Report:

1. **Status On Discovery**

The Parties have tendered written discovery. Plaintiff has responded to Defendants written discovery, and Defendants are currently working on responses to Plaintiff's propounded written discovery. The Parties have also began working on coordinating depositions. Defendants plan on taking the deposition of sometime in early to mid-September.

2. **Settlement Discussions:**

   A. Plaintiff sent an initial demand to Defendants

   B. Defendants have responded to Plaintiff's demand.

C. Not settlement has been reached at this time.

D. The Parties do not request a settlement conference at this time.

        Respectfully Submitted,

        Kimberly M. Foxx
        State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
     Jorie R. Johnson
     Assistant State's
     Attorney Richard J.
     Daley Center
     50 West Washington, Room 500
     Chicago, IL 60602
     (312) 603-7930

     */s/ Sanni Mohammed*
     Saani Mohammed
     Mohammed-Law LLC
     73 W. Monroe Street, Suite 103
     Chicago, IL 60603
     saani@mohammedlawfirm.com
     *Counsel for Plaintiff,*
     *Donovan Johnson*

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson hereby certify that on July 29, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user

        */s Jorie R. Johnson*
        Jorie R. Johnson