**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND DEADLINE FOR COMPLETION OF
FACTS DISCOVERY**

Pursuant to the Court's scheduling order (Dkt 36), and Federal Rules of Civil Procedure 16, Plaintiff, Donovan Johnson, through his attorney, Saani Mohammed, respectfully moves for an order extending the deadline for completion of facts discovery.

Federal Rules of Civil Procedure 16(b)(4) states that a scheduling order may be modified upon a showing of good cause. There is a good cause to extend the deadline for completion of fact discovery by thirty (30) days. Exchange of written discoveries between the parties are still ongoing. Plaintiff's deposition is set for September 20, 2022 at 10:00 am and facts discovery is set to be completed by October 7, 2022. However, none of the defendants' depositions have been scheduled yet. As of filing this motion, defends counsel is still working with her clients to ascertain a date and time they will be available for deposition. Moreover, there are still some subpoenaed medical records the parties are yet to receive.

Wherefore, the plaintiff respectfully requests that the Court enters an order extending the time for completion of facts discovery by another thirty (30) days.

Respectively submitted.

*/s Saani Mohammed*
Saani Mohammed
Mohammed-Law LLC
73 W. Monroe Street, Suite 103
Chicago, IL 60603
saani@mohammedlawfirm.com
*Counsel for Plaintiff,*
*Donovan Johnson*

## CERTIFICATE OF SERVICE

I, Saani Mohammed hereby certify that on September 19, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user.

*/s Saani Mohammed*
Saani Mohammed