# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Donovan R. Johnson
                        Plaintiff,

v.                                              Case No.: 1:20–cv–06500
                                              Honorable Andrea R. Wood

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: This case has been reassigned to the calendar of Judge Wood. Unless otherwise ordered, all previously set hearing dates, deadlines, and schedules will remain in effect. Counsel for the parties shall confer and then prepare and file a joint Reassignment Status Report, not to exceed 5 pages, by 10/25/2022. If defense counsel has not yet filed an appearance, the Reassignment Status Report should be prepared by plaintiff's counsel. A template for the Reassignment Status Report, setting forth the information required, may be found on the Court's website at on the Court's website at www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Cases Reassigned to Judge Andrea R. Wood. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.