**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Hon. Judge Andrea Woods |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PLAINTIFF'S SECOND MOTION TO EXTEND DEADLINE FOR
COMPLETION OF FACTS DISCOVERY</u>**

Pursuant to the Court's scheduling order (Dkt 36), and Federal Rules of Civil Procedure 16, Plaintiff, Donovan Johnson, through his attorney, Saani Mohammed, respectfully moves for an order extending the deadline for completion of facts discovery.

Federal Rules of Civil Procedure 16(b)(4) states that a scheduling order may be modified upon a showing of good cause. There is a good cause to extend the deadline for completion of fact discovery by another fourteen (14) days. Moreover, the defense has no objection to an extension.

Exchange of written discoveries between the parties are still ongoing. Plaintiff's deposition was held on September 20, 2022, at 10:00 am, and facts discovery was set to be completed by October 7, 2022. However, on October 4, 2022, the Court extended the deadline for completion of facts discovery to November 7, 2022, to allow Plaintiff time to depose the defendants. (See, Dkt 49.)

Since the last order, Plaintiff has deposed all the defendants except Officer McSwain. Officer McSwain was scheduled to be deposed on November 3, 2022, at 12:00 PM. However, upon

information and believe, she had a family emergency that prevented her from being available for deposition. Moreover, there are still some subpoenaed medical records the parties are yet to receive.

Wherefore, the plaintiff respectfully requests that the Court enters an order extending the time for completion of facts discovery by another fourteen days (14) days.

Respectively submitted.

*/s Saani Mohammed*
Saani Mohammed
Mohammed-Law LLC
73 W. Monroe Street, Suite 103
Chicago, IL 60603
saani@mohammedlawfirm.com
*Counsel for Plaintiff,*
*Donovan Johnson*

## CERTIFICATE OF SERVICE

I, Saani Mohammed hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user.

*/s Saani Mohammed*
Saani Mohammed