UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donovan R. Johnson
        Plaintiff,

v.                 Case No.: 1:20–cv–06500
                Honorable Andrea R. Wood

Thomas Dart, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

  MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the joint reassignment status report [54]. The Court adopts the proposed schedule for the remaining discovery: the deposition of Officer McSwain shall be completed by 12/5/2022; Plaintiff shall make any expert disclosures by 1/16/2023; Plaintiff's expert(s) shall be deposed by 2/13/2023; Defendants shall make any expert disclosures by 3/13/2023; Defendants' expert(s) shall be deposed by 4/10/2023; and any dispositive motions shall be filed by 5/15/2023. Plaintiff's second motion to extend deadline for completion of facts discovery [52] is terminated as moot. By 1/27/2023, the parties shall file an updated joint status report setting forth: (1) confirmation that the last remaining fact discovery was completed on schedule; (2) the status of the parties' settlement discussions and whether they request a referral to the magistrate judge for a settlement conference; (3) the status of expert discovery, including whether the parties are aware of any reasons why they will not be able to complete expert discovery by the 4/10/2023 deadline; and (4) any other matters that the parties would like to discuss with the Court at status hearing. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.