IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Donovan Johnson, through his attorney, Sanni Mohammed and Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Investigator Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, Officer Delilah Serrano, and Lt. James Ludwig ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, In compliance with the Court's order (Dkt. .) submits the following Joint Status Report:

1. **Status On Discovery**

The Parties have completed Fact Discovery as of December 5, 2022 after Defendant Officer McSwain's deposition was completed. Plaintiff tendered Expert Disclosures on January 16, 2023. Defendants plan to take the deposition of Plaintiff's expert witness on February 6, 2023. The Parties at this time see no issues regarding Expert Discovery closing on April 10, 2023.

2. **Settlement Discussions:**

The Parties have had multiple settlement conversations and have not come to an agreement

regarding this matter, due to the disparity between settlement amounts. The Parties do not request a settlement conference at this time.

**3. Other Matters:**

There are no other matters that Parties would like the Court to consider at this time.

        Respectfully Submitted,

        Kimberly M. Foxx
        State's Attorney of Cook County

By:   */s/ Jorie R. Johnson*
      Jorie R. Johnson
      Assistant State's
      Attorney Richard J.
      Daley Center
      50 West Washington, Room 500
      Chicago, IL 60602
      (312) 603-7930

      */s/ Sanni Mohammed*
      Saani Mohammed
      Mohammed-Law LLC
      73 W. Monroe Street, Suite 103
      Chicago, IL 60603
      saani@mohammedlawfirm.com
      *Counsel for Plaintiff,*
      *Donovan Johnson*

**CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that on January 30, 2023 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user

        */s Jorie R. Johnson*
        Jorie R. Johnson