UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donovan R. Johnson
                Plaintiff,

v.                                        Case No.: 1:20–cv–06500
                                                  Honorable Andrea R. Wood

Thomas Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' joint status report [57]. The Court observes that the caption of the report continues to show Judge Dow as the judge even though the case has been reassigned to Judge Wood. The Court also notes that the status report was due 1/27/2023 but was not filed until 1/30/2023; in this instance, the Court excuses the one−day delay. Given the contents of the parties' report, the Court declines to set a status hearing at this time. Instead, by 3/31/2023, the parties shall file an updated joint status report setting forth: (1) confirmation that expert discovery will be completed by 4/10/2023; (2) the parties' views on prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference; and (3) any other matters that the parties would like to discuss with the Court the status hearing. Telephonic status hearing set for 4/13/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.