**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Andrea R. Wood. |
| | ) | |
| Sgt. Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Donovan Johnson, through his attorney, Sanni Mohammed and Defendants, Sgt. Olivia Day, Sgt. Tamara Anderson, Investigator Daniel Johnson, Officer Michael Parker, Officer Crystal McSwain, Officer Christina Mendoza, Officer Martin Garcia, Officer Delilah Serrano, and Lt. James Ludwig ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, In compliance with the Court's order (Dkt.58.) submits the following Joint Status Report:

**1. Status On Discovery**

The Parties at this time expect Expert Discovery to close on April 14, 2023, with the deposition of Defendants' Expert Witness.

**2. Settlement Discussions:**

The Parties have had multiple settlement conversations and have not come to an agreement regarding this matter, due to the disparity between settlement amounts. The Parties do not request a settlement conference at this time.

3. **Other Matters:**

There are no other matters that Parties would like the Court to

consider at this time.

                                                Respectfully Submitted,

                                                Kimberly M. Foxx
                                                State's Attorney of Cook County

By:   */s/ Jorie R. Johnson*
        Jorie R. Johnson
        Assistant State's
        Attorney Richard J.
        Daley Center
        50 West Washington, Room 500
        Chicago, IL 60602
        (312) 603-7930


   */s/ Sanni Mohammed*
   Saani Mohammed
   Mohammed-Law LLC
   73 W. Monroe Street, Suite 103
   Chicago, IL 60603
   saani@mohammedlawfirm.com
   *Counsel for Plaintiff,*
   *Donovan Johnson*

**CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that on March 31, 2023 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF user

*/s Jorie R. Johnson*
Jorie R. Johnson