IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| Lt. Tamara Anderson, et al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' OPPOSED FIRST MOTION FOR EXTENSION OF TIME**

Defendants, Lt. T. Anderson, Lt. J. Ludwig, Sgt. O. Day, Inv. D. Johnson, Inv. M. Garcia, Ofc. M. Parker, Ofc. C. Mendoza, Ofc. D. Serrano and Ofc. C. McSwain, (collectively "Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request that this Court to extend the time period with which to file Defendants' Motion for Summary Judgment:

1. On April 17, 2023, the Court entered an order setting a briefing schedule for Defendants' Motion for Summary Judgment with Defendants to file their Motion for Summary Judgment by June 30, 2023. (Dkt. 60.)

2. Based on the complexity of the Motion for Summary Judgment and the numerous undisputed facts/exhibits to be attached, additional time is needed to complete the supervisory and client review process.

3. Additionally, on June 23, 2023, undersigned counsel was ordered to appear in-person for an evidentiary hearing scheduled six days later, on June 29, 2023, for another pending case in this District.

4. Therefore, Defendants are requesting an additional 14 days to file their Motion for Summary Judgment, up to and including July 14, 2023.

5. This request for an extension of time is made in good faith, for judicial economy, and not to delay or prejudice Plaintiff.

6. This is the first extension of time to file the Motion for Summary Judgment as requested by Defendants.

7. Undersigned Counsel for Defendants contacted Plaintiff's Counsel prior to filing of this motion, and he is opposed to the motion for extension of time.

WHEREFORE, Defendants, Lt. T. Anderson, Lt. J. Ludwig, Sgt. O. Day, Inv. D. Johnson, Inv. M. Garcia, Ofc. M. Parker, Ofc. C. Mendoza, Ofc. D. Serrano and Ofc. C. McSwain, respectfully request this Court grant the following relief:

1. An extension of time of 14 days from the original due date, up to and including July 14, 2023, for Defendants to file their Motion for Summary Judgment; and

2. Any other relief this Honorable Court deems necessary and just.

                                                    Respectfully Submitted,

                                                    KIMBERLY M. FOXX
                                                    State's Attorney of Cook County

By:   */s/ Jorie R. Johnson*
       Jorie R. Johnson
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       (312) 603-7380
       Jorie.Johnson@Cookcountyil.gov

## **CERTIFICATE OF SERVICE**

      I, Jorie R. Johnson, hereby certify that I have caused true and correct copies of the above motion and foregoing to be served on all Parties pursuant to ECF, in accordance with the rules of electronic filing of documents on this 27th day of June 2023. I further certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF users.

                                                              */s/ Jorie R. Johnson*
                                                                 Jorie R. Johnson