UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| Plaintiff, | ) ) ) | Case 20 C 6500 |
| vs. | ) ) ) | Judge Andrea R. Wood |
| Lt. Tamara Anderson, et. al, | ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

Defendants, Lt. Anderson, Sgt. Day, Lt. Ludwig, Inv. Johnson, Inv. Garcia, Ofc. Serrano, Ofc. Mendoza, Ofc. McSwain, and Ofc. Parker (collectively "Defendants"), by their attorney KIMBERLY M. FOXX, Cook County State's Attorney, through her Assistant State's Attorney, Jorie R. Johnson, and submit Defendants' Motion for Summary Judgment, Defendants' Local Rule 56.1(a)(3) Statement of Material Fact and Supporting Exhibits, and Defendants' Memorandum of Law in Support of their Motion for Summary Judgment.

Respectfully submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
Jorie R. Johnson
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7380
Jorie.Johnson@Cookcountyil.gov

**CERTIFICATE OF SERVICE**

  I, Jorie R. Johnson, hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff's counsel of record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 14th day of July 2023.

                  /s/ *Jorie R. Johnson*
                  Jorie R. Johnson