THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| Lt. Anderson, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO FILE EXHIBITS UNDER SEAL**

Defendants., Lt. Anderson, Lt. Ludwig, Sgt. Day, Inv. Johnson, Inv. Garcia, Ofc. McSwain, Ofc. Mendoza, Ofc. Serrano, and Ofc. Parker (Collectively, "Defendants"), by their attorney, Cook County State's Attorney Kimerly Foxx, through her Assistant State's Attorney, Jorie R. Johnson , and in support of her Motion for Summary Judgment, asks this Court to accept the filing of exhibits under seal pursuant to Local Rule 26.2(c). In support thereof, Defendants state as follows:

1. On July 14, 2023, Defendants filed their Motion for Summary Judgment, including their Rule 56.1(a) Statement of Facts.

2. Exhibits H, I, and J to the Statement of Facts are medical records.

3. Provisional exhibits, without the record attached have been filed as ECF 64-8("Exhibit H"), EFC 64-9("Exhibit I"), and EFC 64 –10("Exhibit J").

4. Out of an abundance of caution, Defendants subsequently filed the Medical Records separately, under seal, as ECF -65 & EFC -66 (Exhibit H[1]), EFC -67 (Exhibit I), and EFC- 68 (Exhibit J) .

---

[1] Exhibit H was filed in two parts due to the size of the medical records for Plaintiff Donovan Johnson from Cook County.

5. Defendants asks the Court to accept the filing under seal and link or substitute ECF -65 & EFC- 66 (Exhibit H), EFC -67 (Exhibit I), and EFC- 68 (Exhibit J) for the provisional exhibits ECF 64-8("Exhibit H"), EFC 64-9("Exhibit I"), and EFC 64-10("Exhibit J").

6. Should the Court determine that the document need not be filed under seal, Defendants requests to substitute the unsealed ECF -65 & EFC - 66 (Exhibit H), EFC -67 (Exhibit I), and EFC- 68 (Exhibit J) for the provisional exhibits, ECF 64-8("Exhibit H"), EFC 64-9("Exhibit I"), and EFC 64-10("Exhibit J").

WHEREFORE, Defendants Lt. Anderson, Lt. Ludwig, Sgt. Day, Inv. Johnson, Inv. Garcia, Ofc. McSwain, Ofc. Mendoza, Ofc. Serrano, and Ofc. Parker request that this Honorable Court link or substitute ECF -65 & EFC- 66 (Exhibit H), EFC -67 (Exhibit I), and EFC- 68 (Exhibit J)  entries in place of ECF entries ECF 64-7("Exhibit H"), EFC 64-9("Exhibit I"), and EFC 64 –10("Exhibit J") sealed or unsealed, and any other relief this Court deems just and proper.

    Respectfully submitted,
    KIMBERLY M. FOXX
    State's Attorney of Cook County

By:    */s/ Jorie R. Johnson*

    Jorie R. Johnson
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-7380
    Jorie.Johnson@Cookcountyil.gov

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson, hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff's counsel of record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 14th day of July, 2023

    */s/ Jorie R. Johnson*
    Jorie R. Johnson

Case: 1:20-cv-06500 Document #: 71 Filed: 07/14/23 Page 3 of 3 PageID #:2857