**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Donovan Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6500 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| Lt. Tamara Anderson, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE *INSTANTER* AN OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants, Lt. T. Anderson, Lt. J. Ludwig, Sgt. I. Day, Inv., D. Johnson, Inv. M. Garcia, Ofc. C. Mendoza, Ofc. M. Parker, Ofc. D. Serrano, and Ofc. C. McSwain, (collectively, "Defendants"), by KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Jorie R. Johnson respectfully request leave of Court to file *instanter* an oversized Memorandum of Law in Support of their Motion for Summary Judgment. In support of their Motion, Defendants state as follows:

1. On April 17, 2023, the Court entered an order setting the briefing schedule for Defendants Motion for Summary Judgment. (Dkt. 60) The order set a deadline of June 30, 2023, for Defendants to file their dispositive motion with the Court. (Id.)

2. On June 27, 2023, Defendants filed an Opposed Motion for Extension of Time to file their Motion for Summary Judgment. (Dkt. 61.)

3. On June 30, 2023, the Court entered an order granting Defendants Motion for extension of Time to file their Motion for Summary Judgment, and set a new deadline of July 14, 2023 for Defendants to file their Dispositive motion with the Court. (Dkt. 62.)

4. Defendants will be filing their Motion for Summary Judgment and corresponding Memorandum of Law in Support of their Motion for Summary Judgment on July 14, 2023, in accordance with the Court's order.

5. In light of the number of issues presented in this case and the volume of exhibits, Defendants respectfully request leave to file *instanter* their Memorandum of Law in Support, which will be no more than 20 pages in total.

6. Defendants' Memorandum of Law in Support will include a table of contents and a table of authorities in compliance with Local Rule 7.1.

WHEREFORE, Defendants respectfully request leave of Court to file *instanter* their Memorandum of Law in Support.

> Respectfully Submitted,
>
> KIMBERLY M. FOXX
> State's Attorney of Cook County
>
> */s/ Jorie R.Johnson*
> Jorie R. Johnson
> Assistant State's Attorneys
> 500 Richard J. Daley Center
> Chicago, Il 60602
> (312) 603-7930

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson, an attorney, hereby certify that I served the attached **Defendants' Motion for Leave to File *Instanter* an Oversized Memorandum of Law in Support of their Motion for Summary Judgment** on all parties of record through the Court's CM/ECF filing system on July 14, 2023.

> */s/ Jorie R. Johnson*
> Jorie R. Johnson