# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donovan R. Johnson

      Plaintiff,

v.             Case No.: 1:20–cv–06500

             Honorable Andrea R. Wood

Thomas Dart, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

  MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/6/2023. For the reasons stated on the record, the Court grants Plaintiff leave to file a late submission pursuant to Local Rule 56.1(b)(2) to respond to Defendants&#039; statement of material facts (and, if necessary, amend their response brief) by 9/27/2023. Defendants are granted leave to file an amended reply brief, if necessary in light of Plaintiff's new submission, by 10/18/2023. Defendants' motion to bar expert opinions and testimony of Takiela Wyatt under Federal Rule of Civil Procedure 37(c)(1) [73] is granted without objection from Plaintiff. Defendants' motion to file exhibits under seal [71] and motion for leave to file instanter an oversized memorandum of law in support of their motion for summary judgment [72] are granted. The Clerk shall maintain the documents at docket entries [65], [66], [67], [68] under seal until further order of the Court. The Court sets the following briefing schedule on Defendants' motion to bar expert opinions and testimony of Keona Marshal, LPN [74]. Plaintiff shall file a response by 9/27/2023 and Defendants shall file a reply by 10/18/2023. Telephonic status hearing set for 10/25/2023 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.