IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Donovan Johnson, <br><br> Plaintiff, <br><br> v. <br><br> Sheriff Thomas Dart, et al., <br><br> Defendants. | Case No. 20-cv-6500 <br><br> Judge Andrea R. Wood |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorney Jorie R. Johnson withdrew their appearance for Defendant Officer Crystal McSwain**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Zachary G. Stillman substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Zachary G. Stillman*_____
Zachary G. Stillman (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: zstillman@devoreradunsky.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 12, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*_____