IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan Johnson | ) | |
| | ) | Case No. 20-cv-6500 |
| Plaintiff, | ) | |
| | ) | Judge Andrea R. Wood |
| v. | ) | |
| | ) | |
| Sheriff Thomas Dart, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorney Jorie R. Johnson withdrew their appearance for Defendant Officer Crystal McSwain**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Troy S. Radunsky, substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By:    */s/ Troy S. Radunsky*____
Troy S. Radunsky (6269281)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **September 12, 2023**.

*/s/Troy S. Radunsky*___