**Heather Bock (Sheriff)**

| | |
|---|---|
| From: | Diane Martin (Sheriff) |
| Sent: | Thursday, June 01, 2017 9:20 AM |
| To: | Heather Bock (Sheriff) |
| Subject: | Fw: Case report |
| Attachments: | casereview5-11.pdf; supreviewreport.pdf |

This is what the commander fowarded to me because the building is closed.

---

**From:** Michael Wright (Sheriff)
**Sent:** Thursday, June 1, 2017 9:17 AM
**To:** Diane Martin (Sheriff)
**Subject:** Fw: Case report

*Commander Michael Wright # 323*

---

**From:** Michael Wright (Sheriff)
**Sent:** Monday, May 15, 2017 2:09 PM
**To:** Theresa Olson (Sheriff); Don Beachem (Sheriff)
**Subject:** Case report

Director,

Here is a copy of the document for the case. Forward is the use of force, the write up, and recommendation.

Concluded that the detainee was but not hard enough to cause harm.
*Commander Michael Wright # 323*

1

**JOHNSON, D - 20 CV 6500 - 001468**

## Heather Bock (Sheriff)

| | |
|---|---|
| **From:** | Heather Bock (Sheriff) |
| **Sent:** | Thursday, January 18, 2018 2:15 PM |
| **To:** | Tamara Anderson (Sheriff) |
| **Subject:** | FW: Use of Force Information |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Tamara Anderson (Sheriff) | Delivered: 1/18/2018 2:15 PM |
| | Brian Ashe (Sheriff) | |
| | Larry Schurig (Sheriff) | Delivered: 1/18/2018 2:15 PM |
| | Brian.Ashe@cookcountyil.gov | Delivered: 1/18/2018 2:15 PM |

Good afternoon, Sergeant Anderson.

I wanted to bring to your attention that we reviewed another incident in which you deployed OC against a non-moving resister without articulating any high risk factors. Again, we found your deployment reasonable and this incident did occur well before the email below was sent to you (DIV4-2017-20613 30 DEC 17). In this incident, detainee Donovan Johnson was refusing his new housing assignment because some of his property could not be located. You responded with five staff members to an Attorney Visit Room. No attempt at an escort was made nor did reports articulate why no attempt was made. Be advised that OC spray can be used against a non-moving resister if risk factors are present and must be articulated.

Thank you again,

Heather Bock



*Heather Bock,* #80
Director
Use of Force Review Unit
Cook County Sheriff's Office
South Campus Building 2, #204
(773) 674-3058 – Main
(773) 674-6462 – Direct
FBI NA #256

FW: Incident #DIV4-2017-20613

Page 1 of 3

## FW: Incident #DIV4-2017-20613

**Heather Bock (Sheriff)**      Reply all
Mon 1/8, 1:17 PM
Michael Bennett (Sheriff); Brian Ashe (Sheriff); Eric Schroeder (Sheriff)

Inbox

Mike,

There's no OPR investigation open. I believe Brian found a grievance in Invize. If you don't think it needs to go to OPR, it can wait til Brian gets back.

Thank you,
Heather

**From:** Brian Ashe (Sheriff)
**Sent:** Monday, January 8, 2018 1:10 PM
**To:** Heather Bock (Sheriff)
**Subject:** Fw: Incident #DIV4-2017-20613

Hey Heather,
This is the incident I was referring to about the inmate filing a grievance to OPR. It may be nothing but I just wanted to give u heads up. The case file and medical reports from Stroger Hospital are on my desk.

Incident #DIV4-2017-20613

Thank you,
Investigator Ashe

Cook County Sheriff's Office
Use of Force Review Unit
3026 S. California, Bldg. #2
2nd floor, Suite 202
Chicago, IL 60608
773-674-4852 (Office)
Brian.Ashe@CookCountyIl.gov