

**THOMAS J. DART**
SHERIFF

SOJOURNER COLBERT
CHIEF FINANCIAL OFFICER

JILL MCARDLE
BUDGET DIRECTOR

TIMOTHY KINSELLA
DEPUTY BUDGET DIRECTOR

## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## DEPARTMENT OF FISCAL ADMINISTRATION

50 W. WASHINGTON STREET, ROOM 707
CHICAGO, ILLINOIS 60602
PHONE (312) 603-0069

**To:** Honorable John P. Daley, *Chairman, Finance Committee*

**From:** Sojourner Colbert, *Chief Financial Officer*
Cook County Sheriff's Office

**CC:** Annette C.M. Guzman, *Budget Director*
Department of Budget & Management Services

**Date:** August 4, 2021

**Re:** Request for Information from FY2021 Mid-Year Budget Hearing

The following information is provided in response to questions posed at our department's hearing held on July 21, 2021 to discuss our FY2021 Mid-Year Budget position.

### I.    Request ID #1210-04

Commissioner Johnson asked for a list of service providers available to the community as part of the Community Resource Center Program.

**Response:**

Please see attached for more information regarding the Community Resource Center, as well as a list of service providers.

### II.    Request ID #1210-15

Commissioner Anaya asked for the Electronic Monitoring Evaluation Report to be sent to all Commissioners.

**Response:**

The Electronic Monitoring Evaluation Report has not been completed. We expect it to be completed in the next few weeks, and it will be made available at that time.



Printed on Recycled Paper

Rev 11/2020

### III.  Request ID #1210-17

Commissioner Degnen asked for a contact within the Sheriff's Office to work with and obtain feedback on initiatives to obtain funding for programs to address mental health.

**Response:**

Since Sheriff Dart became Sheriff in 2006, he has brought the issue of mental illness in the criminal justice system to the forefront of public discussion. For years, the Sheriff's Office has provided behavioral health programs and services to the detained population with mental health needs. These programs would not be available to the individuals detained if we were not offering them. Our behavioral health programs include two substance use recovery programs (SMART and THRIVE), an Intensive Outpatient Mental Health Program design (MHTC) and an Antiviolence program (SAVE). Additional programs are facilitated to support wellness and mental health for others in custody. Many of those programs are supported by our community partners and volunteers (e.g., Contextos, yoga, AA/NA). The Sheriff's Office has also invested in non-traditional law enforcement programs to address mental health issues in our communities. The Sheriff has launched two community-based programs to assist individuals with mental health services. The Treatment Response Team (TRT) was launched in 2019 with a goal of tackling the opioid crisis and providing aggressive outreach and interventions for individuals and families seeking help with mental health and substance abuse disorders. TRT is a co-responder model (clinician and law enforcement team) that creates community-based pathways to treatment. The Community Resource Center (CRC) was launched in 2020 with a goal of building resilience and increasing access to quality social services for persons and communities historically under-served. We thank you for your support on these critically important initiatives.

The Sheriff's Office contact people for mental health programs are Dr. Jane Gubser, Jane.gubser@ccsheriff.org and Becky Levin, Rebecca.levin@ccsheriff.org.

### IV.  Request ID #1210-20

Commissioner Moore asked the if the Sheriff's Office tracked the number of guns taken off the street [in Cook County] each month.

**Response:**

The Cook County Sheriff's Police Street Crime Suppression Team and the Electronic Monitoring Gun Team work vigorously to take as many guns off the street as possible. Over the last 4 months, they have removed an average of 80 guns per month, and nearly 700 over the past year.

### V.    Request ID #1210-21

Commissioner Moore asked if the Sheriff's Office had statistics on the Mental Health Clinic in the Roseland Community, a 2017 partnership with the County Board President, CCH, and City of Chicago.

**Response:** When the Roseland Community Triage Center (CTC) was established in 2017, the Sheriff's Office of Mental Health Policy and Advocacy reached out and learned that the CTC could not accept individuals who were agitated or acting aggressively. With the subsequent launch of the Treatment Response Team (TRT) in 2019 and Community Resource Center (CRC) in 2020, CCSO established in-house resources to provide crisis response when public safety is at risk. Like the CTC, the TRT and CRC focus on stabilizing individuals and then connecting them to community-based treatment providers. Based on our conversations with the President's Office and Commissioners, we have referred individuals to the Roseland Triage Center. For statistics, please contact the Roseland Triage Center as they do not share that information with us.

### VI.    Request ID #1210-25

Commissioner Sims asked can something be put out from a County perspective to let the public know about the Mental Health Clinic in Roseland from the partnership with the County Board President, CCH, and City of Chicago.

**Response:**

The Sheriff's Office fully supports informing the public about the Mental Health Clinic in Roseland, as well as all resources available to the residents of Cook County. We have handed out flyers and verbally informed people of the service. We have also referred individuals to Roseland. We will continue to inform people of this service.

### VII.    Request ID #1210-26

Commissioner Daley asked what the dollar value is that is owed by the State for State detainees housed in the Cook County Department of Corrections (CCDOC).

**Response:**

In order to calculate a dollar value owed, we used the most recent CCDOC cost study that the County Industrial Engineers did using FY18 data. The amount to house an individual in the CCDOC from the study is $240/day for the entire County. This includes non-Sheriff's Office costs such as infrastructure, building capitalization, utilities, and medical and mental health services for detainees. Please see attached for entire cost study. Based on this figure, we estimate that the State owes the County $72M since the start of the pandemic through today. However, this amount may be offset by reimbursements that have been made to the County from the CARES Act and FEMA.

## VIII.   Request ID #1210 Use of Force Policy

Commissioner Britton has requested the attached Cook County Sheriff's Office Use of Force Policy.

Response:

The Cook County Sheriff's Office recently updated its policy based on the *SAFE-T Act, Criminal Justice Reform Bill* that went into effect on July 1, 2021. The Sheriff's Office Use of Force Policy already covered the topics included in the Act. However, the Sheriff's Office updated language for consistency with the Act, specifically for Use of Force when making an arrest, duty to intervene and rendering aid, as well as the new targeting areas consideration (electronic & kinetic weapons usage.)

The Sheriff's Office Use of Force Review Unit is nationally recognized by the US Department of Justice. Sheriff Dart and his team have spent years creating key elements such as monitoring, training focusing on de-escalation tactics, enforcement/accountability, and tracking as it relates to Use of Force incidents. The Sheriff's Office has previously sent to all Commissioners the attached article that provides a thorough summary of the Unit and good work the Sheriff's Office continues to do in this area. The Sheriff's Office is willing to share our policy and training with other law enforcement agencies.



Contact us: 773-405-5116 | ccso.resourcecenter@ccsheriff.org
http://www.cookcountysheriff.org/crc
Hours: Monday-Friday, 7:00am-5:00pm (closed for Cook County holidays)

The Cook County Sheriff's Office (CCSO) knows that social service needs, and quality-of-life issues are faced every day by many, and simply connecting with assistance can be challenging. To address these issues, and in direct response to hardships created by the COVID-19 pandemic, Sheriff Tom Dart launched a virtual **Community Resource Center (CRC)**. The CRC serves all members of the public, regardless of their involvement in the criminal justice system. Initially the Center is operating virtually and eventually will operate from a physical facility. Through the Center, individuals who come into contact with CCSO—including people being released from the Jail, families facing eviction, and individuals on Electronic Monitoring—receive outreach from Center staff and are connected to needed resources in their communities. The CRC leverages new and existing community partnerships to provide linkages to members of the community. CRC staff specialty areas of expertise include case management, evictions, domestic violence/survivor support, counseling, substance use, and advocacy.

| Target Population/Type of Service | Service Statistics (as of 6/24/21) |
|---|---|
|  **Reentry:** Within 48 hours of leaving the Jail, the CRC calls every person released from the Jail and offers them and their families linkage to services such as employment, food and housing, health care and mental health care. The CRC "meets people where they are" to provide the connections they need when they need them. Reentry services began when the CRC launched on September 23, 2020. | **14,990** outreach calls made<br>**11,187** people called<br>**1,713** people accepted services<br>**291** people receiving ongoing services |
|  **Electronic Monitoring Case Management:** Since the launch of the Center, CRC staff has been working closely with CCSO Community Corrections to provide case management services to individuals currently on electronic monitoring. | **75** current EM case management clients<br>**407** EM case management clients total since CRC launch |
|  **Discharge Housing**: Beginning in April 2021, the new Discharge Housing Team has been working nontraditional hours in the Jail discharge lounge to assist with providing detainees being discharged from the jail with referrals, clothing, and toiletries. | **109** total people assisted<br>**14** housing referrals and supports provided by the Discharge Housing staff.<br>**90** people who are frequently incarcerated linked to the Safety & Justice Challenge partnership with Safer Foundation |
|  **SAFE (Sheriff's Assistance for Evictions)**: CCSO has provided social services to families facing eviction since 2009, and SAFE became part of the CRC in February 2021. This specialized team within CRC provides assistance to individuals who are elderly, mentally ill, physically disabled and families with very young children who are facing evictions. | **381** Emergency Evictions completed<br>**22** people hospitalized for crisis<br>**1** person placed in a nursing home.<br>**606** calls received by SAFE hotline<br>*(Services during COVID-19 evictions moratorium)* |
|  **Domestic Violence Specialists**: CCSO created a team of Domestic Violence Specialists in December 2019, and they became part of the CRC in April 2021. They provide support to victims of domestic violence including navigation of health insurance, referrals to shelters, and connections to counseling. | **40-50** weekly outreach calls<br>**712** outreach cases since 12/1/20 |

Policy

**102**

Cook County Sheriff's Office Administration
Policy Manual

# Use of Force

## 102.1   PURPOSE AND SCOPE

This policy provides guidelines on the reasonable use of force. While there is no way to specify the exact amount or type of reasonable force to be applied in any situation, every member of the Cook County Sheriff's Office is expected to use these guidelines to make such decisions in a professional, impartial, and reasonable manner.

In addition to those methods, techniques, and tools set forth below, the guidelines for the reasonable application of force contained in this policy shall apply to all policies addressing the potential use of force, including but not limited to the Control Devices and Techniques and Conducted Energy Device policies.

No member will direct another person to perform any act under the color of law prohibited by this policy, a related policy, or applicable law.

### 102.1.1   ISSUANCE/EFFECTIVE DATE

This policy was re-issued on June 15, 2021 and shall become effective on July 1, 2021 at 0001 hours (statutory updates).

### 102.1.2   DEFINITIONS

Definitions related to this policy include:

**Control** - Objective of a sworn member to create, ensure, or increase the level of the safety and security of the members from the actions of an individual. Control is relative to the totality of the circumstances, including the objectives of the member and the individual's behavior and conduct.

**Deadly force** - Force that creates a substantial likelihood of causing death or great bodily harm, including, but not limited to, the discharge of a firearm. (720 ILCS 5/7-5(h)(1)).

**De-escalation** - Taking action or communicating verbally or non-verbally during a potential force encounter in an attempt to stabilize the situation and reduce the immediacy of the threat so that more time, options and resources can be called upon to resolve the situation without the use of force or with a reduction in the force necessary. De-escalation may include the use of such techniques as command presence, advisements, warnings, verbal persuasion and tactical repositioning.

**Force** - The application of physical techniques or tactics,chemical agents, or weapons to another person. It is not a use of force when a person allows themself to be searched, escorted, carried, handcuffed or restrained in accordance with policy and Sheriff's Office training.

**Excessive force** - Force that is not objectively reasonable, necessary and/ or proportional in its use.

**Exigent circumstances** - Those circumstances that would cause a reasonable person to believe that a particular action is necessary to prevent physical harm to an individual, the destruction of

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration

Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

relevant evidence, the escape of an individual or some other consequence improperly frustrating legitimate law enforcement efforts.

**Great bodily harm** - Injury that involves a substantial risk of death, protracted and obvious disfigurement, or extended loss or impairment of the function of a body part or organ.

**Objective reasonableness** - The determination that the necessity for using force and the level of force used in whether the amount of force used by the sworn member was reasonable in light of the totality of the circumstances faced by the sworn member on the scene.

**Totality of the circumstances** - All facts known to the sworn member at the time, or that would be known to a reasonable officer in the same situation, including the conduct of the sworn member and the individual leading up to the use of deadly force (720 ILCS 5/7-5 (d)(3)).

### 102.2   POLICY

The Cook County Sheriff's Office recognizes and respects human rights and the dignity and sanctity of all human life. The Sheriff's Office affirms that the public trust is an essential foundation for law enforcement authority.

The authority to use physical force conferred on sworn members is a serious responsibility that shall be exercised judiciously and with respect for human rights and dignity, and for the sanctity of every human life.

Sworn members are obligated to be involved in numerous and varied interactions, and when warranted, may use reasonable force in carrying out such obligations to the public, staff and individuals detained. Abuse of such authority will ultimately undermine that authority and the safety of self and others.

As such, a sworn member's use of force and restraint from the use of force must be done in a purposeful, controlled and professional manner based on training, state and federal law and Sheriff's Office policy, which extends beyond what the law requires. Sworn members have a duty to follow all use of force-related policies, procedures and training. Persistent evaluations and monitoring of uses of force are required to protect against the abuse of authority to ensure the trust and the safety of the public, staff, and individuals detained. All sworn members are expected to de-escalate and control situations without the use of force when reasonable. Force is prohibited when used with malice, as punishment, in retaliation, out of anger, frustration, or spite or in a manner otherwise unbecoming of a sworn, certified, and deputized member.

Reasonable and sound judgment will dictate the force option to be employed. Therefore, the Sheriff's Office examines all uses of force from an objective standard rather than a subjective standard.

Sworn members shall not unreasonably endanger themselves or another person to conform to the restrictions of this policy.

### 102.2.1   USE OF FORCE TO EFFECT AN ARREST

The statutory guidelines for using force to effect an arrest are listed in 720 ILCS 5/7-5.

Cook County Sheriff's Office Administration
Policy Manual

## Use of Force

When effecting an arrest, if necessary, sworn members shall use force to effect an arrest that is objectively reasonable and otherwise authorized pursuant to this policy based on the totality of the circumstances. For deadly force, see the section entitled Deadly Force Applications.

### 102.2.2 DUTY TO FOLLOW POLICIES, PROCEDURES, AND TRAINING

ITo ensure the safety and security of the public and members of the Sheriff's Office, sworn members must follow and remain proficient in all policies, procedures, and practical training in the operation of the Sheriff's Office. Failure to follow policy or procedure as trained or ordered by the Sheriff's Office that causes the use of force against any individual may be a violation of this policy. Such force may be considered unnecessary and thus in violation of this policy and be the responsibility of those sworn members who failed to follow procedure and training.

### 102.2.3 DUTY TO INTERVENE AND REPORT

Any sworn member present who has an opportunity to intervene and observe another law enforcement officer or a member using force that is clearly beyond that which is objectively reasonable under the circumstances shall have an affirmative duty, do the following:

   (a)   Intervene to prevent further harm when safety permits and without regard for the chain of command; and

   (b)   Report these observations to an immediate on-duty supervisor verbally and in writing.

Reporting must include the date, time, and place of the occurrence; the identity, if known, and description of the participants; and a description of the intervention actions taken and whether they were successful. The report must be submitted within five days of the incident. Refer to Use of Force Procedure for reporting procedures and further information.

No member of the Sheriff's Office shall discipline or retaliate in any way against a sworn member for intervening as required or for reporting unconstitutional or unlawful conduct, or for failing to follow what the sworn member reasonably believes is an unconstitutional or unlawful directive.

### 102.2.4 PERSPECTIVE

When observing or reporting force used by a sworn member, each sworn member should take into account the totality of the circumstances and the possibility that other law enforcement officers may have additional information regarding the threat posed by the individual.

### 102.3 USE OF FORCE

Given that no policy can realistically predict every possible situation a sworn member might encounter, sworn members are entrusted to use well-reasoned discretion in determining the appropriate use of force in each incident.

Sworn members should determine if the circumstances require an immediate force response or if the sworn member can employ other reasonable alternatives (e.g., de-escalation tactics) based on the totality of the circumstances. Individuals refusing to comply with lawful orders should be given clear verbal commands and, if not an immediate threat, a reasonable opportunity to comply.

# Cook County Sheriff's Office Administration
Policy Manual

## Use of Force

Sworn members shall not use force unless other reasonable alternatives have been attempted or those alternatives would clearly be ineffective under the particular circumstances involved.

Sworn members shall use only the force that is objectively reasonable, necessary and proportional to effectively bring an incident under control, while protecting the safety of the sworn member and others while taking into consideration the following factors:

(a) Sworn members are not required to use the same type or amount of force as the individual.

(b) A greater level of force may be objectively reasonable and necessary.

(c) A lesser level of force may be appropriate under the circumstances. Using the same or greater level of force may not be necessary to counter a threat or the actions of an individual.

When using force, sworn members should only utilize force or deadly force options or methods approved by the Sheriff's Office through training. In certain circumstances, the use of any improvised tool, weapon or method may be allowed if such force appears to be objectively reasonable based on the totality of circumstances and utilized only to the degree necessary to accomplish a legitimate law enforcement purpose.

### 102.3.1   ALTERNATIVE TACTICS - DE-ESCALATION
When circumstances reasonably permit, sworn member should use non-violent strategies and techniques to decrease the intensity of a situation, improve decision-making, improve communication, reduce the need for force, and increase voluntary compliance (e.g., summoning additional resources, formulating a plan, attempting verbal persuasion).

### 102.3.2   SETTINGS
Sworn members should attempt to avoid using force against non-cooperative and/or non-threatening individuals in secure areas of the compound and in custodial settings (e.g., Cook County Department of Corrections, Cook County Court Services Department lockup, Cook County Sheriff's Police Department detention area) within the Sheriff's Office and take the following actions:

(a) Sworn members shall make every reasonable effort to de-escalate and resolve situations, pursuant to training, without the use of force, prior to using any force.

(b) If communication fails to resolve or de-escalate the situation, sworn members should notify a supervisor of the situation if practicable under the facts and circumstances.

(c) After consideration of the known facts and the individual's behavior, the responding supervisor may consider utilizing a calculated use of force, if applicable. Refer to the subsection entitled Calculated Use of Force in a Custodial Setting.

Whenever practicable, non-force actions shall be taken (e.g., close cell door) if engaging with an individual is not immediately necessary.

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration

# Cook County Sheriff's Office Administration
Policy Manual

## Use of Force

This subsection does not apply when force is necessary to protect sworn members, individuals detained, or others from an ongoing or imminent threat of harm (e.g., individual's detained who are fighting, individual detained attacking a sworn member).

Sworn members should develop a use of force plan for situations when individuals are uncooperative and when there is no immediate risk of bodily harm to staff or others. Members should refer to the subsection entitled Calculated Use of Force in a Custodial Setting for further guidelines.

### 102.3.3   CALCULATED USE OF FORCE IN A CUSTODIAL SETTING
Prior to any calculated use of force, when practicable, the supervisor should confer with the appropriate persons to gather pertinent information about the individual and the immediate situation. This may provide insight into the cause of the individual's immediate agitation. It also may identify other members who have a rapport with the individual and could possibly resolve the incident peacefully without the use of force. Members should continue to remain alert and intervene if a situation changes and risk of harm to self or others becomes imminent.

If available and circumstances reasonably allow, the supervisor should consider including the following persons and resources in the process if applicable:

(a)   Mental health specialist

(b)   Qualified health care professional

(c)   Department of Corrections Classification specialist

(d)   Any other relevant resources

Regardless of whether discussions with any of the above resources are accomplished by telephone or in person, the purpose is to gather the following information to assist in developing a plan of action:

(a)   The individual's medical history;

(b)   The individual's mental health history (e.g., previously hospitalized, P-level classification at time of incident);

(c)   The individual's involvement in a recent use of force and/or incidents;

(d)   The individual's known propensity for violence;

(e)   Situations that may be contributing to the individual's present condition (e.g., pending criminal prosecution or sentencing, recent death of a loved one, divorce);

(f)   Awareness of possible exposure to communicable diseases; and

(g)   Any other pertinent information concerning the individual.

Based on the supervisor's assessment of the available information, they should direct members to attempt to obtain the individual's voluntary cooperation and consider other available options before determining whether force is necessary.

# Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

A plan of action shall be determined in the event cooperation is not obtained. The supervisor shall direct members regarding their respective roles, positions and tactics to utilize prior to entering the area or engaging with the individual. Planning shall include:

(a) Who will video record the incident;

(b) How the area is to be entered;

(c) Who will issue commands to the individual;

(d) What areas of the individual's body each member shall attempt to control; and

(e) What type of force shall be employed (e.g., OC spray, CED, takedown) and by whom if other control tactics are initially unsuccessful.

The reporting supervisor shall notify the watch commander for approval and consultation prior to any calculated use of force action. The supervisor shall be present in any situation involving the calculated use of force.

A video recording is required for all calculated use of force incidents and should include the introduction of all members participating in the process. The recording and documentation will be part of the use of force packet. The supervisor should ensure any available recording is properly transferred to the Video Monitoring Unit. The use of body-worn cameras and/or memory cards shall be noted in the supervisor's assessment.

## 102.3.4 FACTORS USED TO DETERMINE THE REASONABLENESS OF FORCE

The objective of a sworn member shall be to gain increased control of an individual and/or a situation in order to promote safety and security when using force. When determining whether to apply force and evaluating whether a sworn member has used reasonable force, a number of factors and circumstances faced by the sworn members at the time should be taken into consideration, as time and circumstances permit, and include, but are not limited to:

(a) Immediacy and severity of the threat of harm to sworn members or others.

(b) The conduct of the individual being confronted.

(c) The amount of time available to reasonably establish control.

(d) Sworn member/individual factors (e.g., age, size, relative strength, skill level, injuries sustained, level of exhaustion or fatigue, the number of sworn members available versus the number of individuals).

(e) The effects of the suspected use of drugs or alcohol on the individual.

(f) The individual's mental state or capacity.

(g) The individual's apparent ability to understand and comply with sworn member commands.

(h) Proximity of weapons or dangerous improvised devices.

(i) The degree to which the individual has been effectively restrained and their ability to resist despite being restrained if objectively reasonable to prevent escape or imminent great bodily harm.

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration

# Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

---

    (j)    The opportunity to temper or limit the amount of force used, or the availability of other feasible options and their possible effectiveness.

    (k)    Seriousness of the suspected offense or reason for contact with the individual.

    (l)    Training and experience of the sworn member.

    (m)    Potential for injury to sworn members, suspects, and others.

    (n)    Whether the individual appears to be resisting, attempting to evade arrest by flight or is attacking the sworn member.

    (o)    The risk and reasonably foreseeable consequences of escape.

    (p)    The apparent need for immediate control of the individual or a prompt resolution of the situation.

    (q)    Nature and stability of the event, environment or location.

    (r)    Whether the conduct of the individual being confronted no longer reasonably appears to pose an imminent threat to the sworn member or others.

    (s)    Prior contacts with the individual or awareness of any propensity for violence.

    (t)    Any other exigent circumstances.

These factors may constitute high risk factors depending on the circumstances.

## 102.3.5 PAIN COMPLIANCE TECHNIQUES
Pain compliance techniques may be effective in controlling a physically or actively resisting individual and may be applied only pursuant to the Use of Force policy as stated herein. Sworn members may only apply those pain compliance techniques for which they have successfully completed Sheriff's Office-approved training. Sworn members utilizing any pain compliance technique should consider:

    (a)    The degree to which the application of the technique may be controlled given the level of resistance.

    (b)    Whether the individual can comply with the direction or orders of the sworn member.

    (c)    Whether the individual has been given sufficient opportunity to comply.

The application of any pain compliance technique shall be discontinued once control has reasonably been achieved.

## 102.3.6 ESCORT HOLDS
The use of a firm grip escort hold of a resistive or deadweight individual, used pursuant to training and that causes no known injury or that does not require an escalated or additional use of force or other tactic, does not require the completion of a Use of Force Report, but shall be documented in the appropriate incident report.

## 102.3.7 RESPIRATORY RESTRAINTS
Unless utilized as a deadly force application, a sworn member shall not (720 ILCS 5/7-5.5):

---

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration

Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

(a)     Apply any direct pressure to the throat, windpipe, or airway of another (chokehold); or

(b)     Use a technique that restrains a person above the shoulders, including the neck or head, in a position that interferes with the person's ability to breathe after the person no longer poses a threat to the sworn member or any other person (restraint above the shoulders with risk of positional asphyxiation).

### 102.3.8   NECK CONSIDERATIONS

Any use of force should avoid contact with the neck. If contact occurs with the neck area, sworn members should transition away from the area and seek justifiable force alternatives as soon as practicable.

Any contact with the neck and subsequent efforts to transition shall be documented in the appropriate narrative.

Due to the potential for injury, the use of the carotid control hold or any other hold that restricts blood flow through the neck is strictly prohibited, except as otherwise permitted under this policy as a deadly force application.

Reasonableness of contact made with the neck area will be determined by an objective review by supervisory staff and the Use of Force Review Unit.

### 102.3.9   USE OF FORCE TO SEIZE EVIDENCE

In general, sworn members may use reasonable force to lawfully seize evidence and to prevent the destruction of evidence. Sworn members shall not intentionally use any technique that restricts blood flow to the head or creates a reasonable likelihood that blood flow to the head would be restricted.

Sworn members shall not use a chokehold or restraint above the shoulders with risk of asphyxiation, or any lesser contact with the throat or neck area of another, in order to prevent the destruction of evidence by ingestion (720 ILCS 5/7-5.5). These and any other respiratory restraints are prohibited except as a deadly force application.

### 102.3.10   TARGETING CONSIDERATIONS

Unless a sworn member reasonably believes an individual poses an imminent threat of great bodily harm or death to the sworn members or others, the following area should not be targeted (720 ILCS 5/7-5.5(e)):

•     When using kinetic impact projectiles and weapons, the head, neck, groin, anterior pelvis, or back shall not be targeted.

•     When using conducted electrical weapons, the head, chest, neck, groin, or anterior pelvis shall not be targeted.

### 102.3.11   ADDITIONAL REQUIREMENTS

Sworn members shall not (720 ILCS 5/7-5.5(e)):

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration

Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

(a)  Use chemical agents or irritants for, including pepper spray and tear gas, prior to issuing an order to disperse/comply in a sufficient manner to allow for the order to be heard and repeated if necessary, followed by sufficient time and space to allow compliance with the order unless providing such time and space would unduly place a sworn member or another person at risk of death or great bodily harm.

(b)  Discharge firearms or kinetic impact projectiles indiscriminately into crowds.

## 102.4  DEADLY FORCE APPLICATIONS

When feasible, the sworn member shall, prior to the use of deadly force, make reasonable efforts to identify themself as a law enforcement officer and to warn that deadly force may be used.

Sworn members shall use deadly force only when reasonably necessary in defense of human life. In determining whether deadly force is reasonably necessary, sworn members shall evaluate each situation in light of the totality of circumstances, including but not limited to the proximity in time of the use of force to the commission of a forcible felony and the reasonable feasibility of safely apprehending an individual at a later time. Sworn members shall use other available resources and techniques if reasonably safe and feasible to a reasonable officer (720 ILCS 5/7-5(d)).

Deadly force should only be used as a last resort and in the following circumstances involving imminent threat or imminent risk:

(a)  Sworn members may use deadly force to protect themselves or others from what they reasonably believe would be an imminent threat of death or great bodily harm.

(b)  Sworn members are justified in using deadly force to effect an arrest when they reasonably believe, based on the totality of the circumstances, that (720 ILCS 5/7-5):

  1.  Deadly force is necessary to prevent the arrest from being defeated by resistance or escape and the sworn member reasonably believes that the person to be arrested is likely to cause great bodily harm to another; and

  2.  The person to be arrested just committed or attempted a forcible felony which involves the infliction or threatened infliction of great bodily harm or is attempting to escape by use of a deadly weapon, or otherwise indicates that they will endanger human life or inflict great bodily harm unless arrested without delay.

(c)  Sworn members shall not use deadly force to prevent escape unless, based on the totality of the circumstances, deadly force is necessary to prevent death or great bodily harm to themselves or another person (720 ILCS 5/7-9).

A sworn member shall not use deadly force against a person based on the danger that the person poses to themself if a reasonable officer would believe the person does not pose an imminent threat of death or great bodily harm to the sworn member or to another person (720 ILCS 5/7-5 (a-10)).

A sworn member shall not use deadly force against a person who is suspected of committing a property offense, unless that offense is terrorism or unless deadly force is otherwise authorized by law (720 ILCS 5/7-5 (a-15)).

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office Administration

# Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

A threat of death or great bodily harm is "imminent" when, based on the totality of the circumstances, a reasonable officer in the same situation would believe that a person has the present ability, opportunity, and apparent intent to immediately cause death or great bodily harm to the sworn member or another person. An imminent harm is not merely a fear of future harm, no matter how great the fear and no matter how great the likelihood of the harm, but is one that, from appearances, must be instantly confronted and addressed (720 ILCS 5/7-5(h)(2).

Sworn Members should refer to the Firearms policy for further information regarding the discharge of a firearm.

## 102.5  REPORTING THE USE OF FORCE
All uses of force by members of the Sheriff's Office shall be documented promptly, completely, accurately and truthfully in an appropriate report.

Members shall also refer to the Use of Force Procedure and follow the protocols contained therein with regard to documenting the use of force.

A supervisor is prohibited from ordering a sworn member to not report a use of force.

### 102.5.1  REVIEW RESTRICTIONS

For restrictions to accessing body-worn camera recordings, refer to the Review of Recorded Media Files section of the respective Portable/Audio/Video Recorders policy.

### 102.5.2  NOTIFICATION TO SUPERVISORS
Notification shall be made to a supervisor prior to using force when de-escalation has failed to gain cooperation, if practicable. Supervisory notification is required and shall be made as soon as practicable to an immediate on-duty supervisor following the application of force.

## 102.6  DISCONTINUING THE USE OF FORCE
Once control of an individual or situation has been obtained, and the threat or resistance no longer exists or has been reduced, sworn members shall:

(a)  Promptly de-escalate in a proportional response. When the resistance ceases, or no longer poses a discernible threat, the application of force should be discontinued.

(b)  Maintain control of the individual.

(c)  Remain alert to any conditions that may compromise the security or safety of the individual and others.

(d)  Provide medical assistance consistent with training (refer to the section entitled Medical Considerations).

(e)  Refer to the Use of Force Procedures for each applicable department.

Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

## 102.7  MEDICAL CONSIDERATIONS

Once it is reasonably safe to do so, medical assistance shall be provided to any individual who exhibits signs of physical distress, has sustained visible injury, expresses a complaint of injury or continuing pain, or was rendered unconscious. Any individual exhibiting signs of physical distress after an encounter should be continuously monitored until they can be medically assessed. See the Medical Aid and Response Policy for more on the affirmative duty to render aid.

Individuals should not be placed on their stomachs for an extended period, as this could impair their ability to breathe.

The on-scene supervisor or, if the on-scene supervisor is not available, the primary handling sworn member shall ensure that any person providing medical care or receiving custody of a individual following any use of force is informed that the individual was subjected to force. This notification shall include a description of the force used and any other circumstances the sworn member reasonably believes would be potential safety or medical risks to the individual (e.g., prolonged struggle, extreme agitation, impaired respiration).

Individuals who exhibit extreme agitation, violent irrational behavior accompanied by profuse sweating, extraordinary strength beyond their physical characteristics, and imperviousness to pain (sometimes called "excited delirium"), or who require a protracted physical encounter with multiple sworn members to be brought under control, may be at an increased risk of sudden death. Calls involving these individuals should be considered medical emergencies. Sworn members who reasonably suspect a medical emergency should request medical assistance as soon as practicable and have medical personnel stage away.

Members should refer to the Medical Aid and Response Policy for additional medical considerations.

### 102.7.1  MEDICAL CONSIDERATIONS IN A CUSTODIAL SETTING

Any individual in the custody of the Department of Corrections who has been involved in a use of force incident while in the custody of the Sheriff's Office shall be referred for a medical evaluation and if applicable, a mental health screening, utilizing the Inter-Agency Health Inquiry Form.

The Inter-Agency Health Inquiry Form shall only be completed for Cermak Health Services of Cook County.

## 102.8  SUPERVISOR RESPONSIBILITIES

A supervisor should respond to the scene of any reportable use of force as soon as practicable.

In addition to the supervisor responsibilities outlined in the respective department's Use of Force Procedures, supervisors should:

   (a)   Take charge of the scene upon arrival;

   (b)   Provide guidance for members;

   (c)   Assist in de-escalation tactics, when necessary; and

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration
Use of Force - 11

# Cook County Sheriff's Office Administration
Policy Manual

*Use of Force*

---

(d)     Remove all involved once the scene is under control.

## 102.9  TRAINING

Sworn members will receive periodic training on this policy and must be able to demonstrate their knowledge and understanding of the training.

Sworn members should receive periodic training on:

(a)     Guidelines regarding vulnerable populations, including but not limited to children, elderly, pregnant persons, and individuals with physical, mental, or intellectual disabilities.

(b)     De-escalation tactics, including alternatives to force when dealing with individuals who display physical, mental, or intellectual disabilities, or substance abuse issues, as these may affect the ability of a person to understand or comply with commands from a sworn member.

---

Copyright Lexipol, LLC 2021/07/15, All Rights Reserved.
Published with permission by Cook County Sheriff's Office
Administration



# Spotlight
## on a
# Use-of-Force
# Review Unit

Larry Schurig

**A detainee in maximum security refuses to lock up. Numerous** correctional officers arrive on the tier. Other detainees start yelling in their cells. Officers talk to the man, but tensions are rising. The inmate suddenly moves toward the officers.

How should the officers respond? Do they put hands on the detainee? Or do they back off? Could more have been done to prevent this situation from unfolding?

What ultimately happens on that tier doesn't just fall on the officers. It falls on the correctional institution as a whole. Did the institution do everything it could to ensure the proper and safe use of force (UOF) in that and other incidents?

In jails and prisons across the country, correctional officers are asked to make split-second decisions in life-threatening situations every day. If the UOF is poorly executed, staff and detainees can be unnecessarily harmed. And if the institution fails to properly manage the UOF within its walls, liability costs skyrocket and critical community relations crumble. That is why the structures and systems that oversee the application of the UOF are so critical.

In one of the largest jails in the country, Sheriff Thomas J. Dart and his team spent years creating a new way to thoughtfully manage the UOF. The effort has led to a system that was praised by the U.S. Department of Justice and a federal judge as the jail shed more than four decades of court oversight in 2017. Since that time, this new system has shown a reduction in UOF incidents and an increase in safety for staff, the public, and detainees.

The following is a review of how Sheriff Dart and his team accomplished that goal over the course of approximately 10 years. The effort required a significant investment in technology and staff to monitor UOF incidents, improve training, address excessive force cases, and track incidents. Make no mistake—this system can be replicated elsewhere. It all starts with small steps and a clear mission.

The centerpiece of the office's new system is the Use-of-Force Review Unit (UFRU), which is tasked with reviewing all UOF incidents to help inform policies, training, and enforcement while ultimately improving safety in the jail. In the beginning, the UFRU had just one employee and stacks of paper files. It grew day by day and month by month to strategically help change the culture in the jail.

The main elements of the UFRU are:

- monitoring,
- training,
- enforcement, and
- tracking

**Monitoring**

For the UFRU to execute its mission, the team first needs a full view of the occurrences in the jail, particularly of UOF incidents. That knowledge could then be used to improve training, identify policy deficiencies, and address excessive force cases. But it is daunting to get a clear view of what is happening in a jail com-

plex, especially one that spans 96 acres with scores of tiers and dorms.

In 2011, with the steady support of leadership, the effort began simply by reading every UOF report and reviewing all the records associated with those cases, including video when available. In doing so, staff were learning how to build a better system for reporting and monitoring to ensure they were seeing all that they needed to see.

Because so many factors may be at issue in a UOF case—from mental health designations to charges and past incidents—the office invested in a better data-tracking system to ensure a deeper review and, ultimately, to reduce future UOF incidents.

**Cook County Offender Management System**

From intake to release, all movement made by detainees is now recorded and tracked on the Cook County Offender Management System. To manage medical and mental health information, alerts are created by medical staff to closely monitor medication, and security staff track other factors such as housing and bed assignments.

Officers on tiers throughout the jail complex can access the system to report incidents, including medical emergencies, transportation to outside facilities, detainee altercations, attacks on staff, and all detainee interactions with staff, including any UOF incidents.

The office introduced interactive dashboards in mid-2015 that capture data on all incidents in the jail, including UOF incidents. The dashboards track dates, times, tactics, equipment, and injuries for each UOF incident and readily display the information in charts and graphs that can be easily manipulated to spot trends and red flags.

With systems in place to appropriately track UOF reports and access that information, the office could start identifying ways to analyze data to help understand the underlying causes of such incidents. The UFRU worked with the Information Technology (IT) and Research departments to analyze data and generate reports, including a predictability study based on four years of data.

The report found that age, mental health status, and classification were strong predictors for UOF cases. These predictors remain accurate today. Plus, the numbers helped buttress the argument Sheriff Dart had been making for years: Communities need more mental health resources to avoid sending people to jail.

**Cameras and Someone to Watch Them**

Video plays a significant role in the review of UOF incidents, whether to improve training, increase reporting, or identify potential cases of excessive force. Here, as with the investment in data gathering, expanding the use of cameras in the jail served as an essential element to the jail's UOF system.

When UFRU was created, cameras didn't exist in roughly half of the jail's divisions as well as the compound's perimeter and tunnels. By 2014, systematic archiving began on 1,800 video cameras throughout the compound. Today, more than 2,100 fixed cameras dot the compound and nearly 100 body-worn cameras are utilized by key staff, with plans for expansion.

**Which Detainees Are Most Likely to Be Involved in UOF Incidents?**

Here are consistent predictors for UOF incidents that were developed by utilizing years of data:

- Inmates with the highest mental health status are extremely likely to be involved in a UOF incident.
- The risk for a UOF incident increases with each level of security classification.
- Age has a diminishing impact on UOF incidents. The older the detainee, the less likely he or she was to be involved in a UOF incident.



**Figure 1. Cook County Jail: Use-of-Force Incidents**

**January 2017–October 2019**

All those cameras need staff to make use of the video. So, the office created a video monitoring unit to review every incident and preserve important clips for future use. The unit also conducts an initial review of the incident and is empowered to follow up with supervisors to take appropriate action, if needed.

**Training**

If officers are unprepared to handle life-and-death situations, the chances of the situation becoming worse only increase. Moreover, if officers fail to understand the office's UOF policy and how to operate within it, they are likely to believe the system in place is to condemn them rather than help them. That is why proper and strategic training is critical to the long-term improvement of the UOF within a custodial setting.

Good training starts with a clear policy.

In 2011, the office issued an updated UOF policy for the entire department. To incorporate the knowledge gleaned from monitoring and training, the UFRU developed

standard operating procedures in 2015, and updated them in 2017 and again in 2019.

The office entered into a contract with an outside vendor in 2014 to help personnel absorb change and improve comprehension of policies through an electronic platform. The system increases accountability via tracking that requires acknowledgment and acceptance of policies by digital signature.

Group classes in eight-hour training days were conducted for the entire office in conjunction with the launch of the new set of policies and procedures. The UFRU developed the training with the office's training bureau to ensure consistency, such as reminding personnel that anything beyond an escort hold or firm grip is considered as UOF.

Trainers used scenario-based courses in the jail from actual cases of prior incidents, ranging from a refusal to lock up to detainee-on-detainee fights. The objective was to put officers in high-stress, rapidly evolving, real-life settings to improve and enhance their skills and

ability to quickly solve problems. Videos from actual incidents helped drive home the points for officers.

Trainers also drew on typical scenarios that could have been avoided through de-escalation tactics. They encouraged first talking (when possible) to de-escalate a situation and then thinking strategically before taking the next step. As staff learned the new processes, training was adjusted.

In 2018, trainers increased their focus on ensuring officers understood the various tactics in their arsenal and when to deploy them. So, scenario-based training was stopped more frequently to discuss tactical options and to play out potential outcomes. This allowed for multiple tactics to be trained in the time available.

Group training, though, is not always enough. Through monitoring, the UFRU identifies situations where more individual, supplemental training may be appropriate even when discipline is not. Supplemental training can also be recommended by supervisors.

Importantly, this training is not approached as punitive. Members of the UFRU meet with all referred personnel, one at a time, and conduct reviews focused on officer safety, using a non-confrontational approach. This approach is beneficial because it is specific to the actual UOF incidents and, over time, staff have come to appreciate the assistance.

### Enforcement

Identifying inappropriate force not only holds officers accountable, it also reinforces the importance for other officers to learn how to correctly understand and implement the UOF in a constitutional manner. Trust in the process is essential.

If officers are confused about the institution's policies, receive ineffective training, or witness cases of excessive force that go unaddressed, they are loathe to have trust in an accountability system. That is one reason why universal monitoring and thorough training are such important elements of an effective UOF system.

Prior to the UFRU, incidents involving UOF were reviewed by the command staff in each division. Personnel often wrote reports about their own actions, at times relying on hearsay in the documentation process. It was difficult for the institution to identify cases of excessive force on its own, instead relying on detainee complaints or lawsuits to bring cases forward.

The UFRU, in reviewing every case, now brings those incidents forward to a centralized internal investigation unit. The process also serves the dual purpose of creating incentives and institutional support for supervisors to flag clear cases of reporting violations and excessive force.

Additionally, the office focused on improving the turnaround time for internal investigations. Doing so improved confidence in the system and allowed the office to act more quickly after problem situations

> **"Reform on this scale requires teamwork, tenacity, and a willingness to be creative. Driving a culture change is time consuming and difficult, but well worth the effort when the result is a safer environment for staff, detainees, and the public."**
>
> — SHERIFF THOMAS J. DART, COOK COUNTY

were identified, potentially reducing the chance for multiple excessive force cases involving the same officer. When discipline is necessary, it needs to be handled as expeditiously as possible.

### Tracking

When the UFRU first started, the number of reported UOF incidents went up. That's correct: They increased after improvements in how the UOF was monitored and taught. The number jumped 52% in 2016 and another 6% in 2017. The increases were a welcome byproduct of a better monitoring and accountability system.

More cameras increased scrutiny, likely prodding officers to report cases that before may have gone unreported. Continuous training on what constitutes a UOF and reporting requirements also increased the number. In addition, sometimes incidents were reported that didn't meet the criteria of the new policy, such as escort holds and the prevention of self-harm.

Importantly, the number of UOF incidents dropped 43% in 2018 and continues to fall. That means fewer opportunities for harm to staff and detainees, less liability and a better public perception for the profession of corrections. The numbers show that a comprehensive and independent review of UOF incidents—combined with improved training, data, and video technology—can help jails and prisons become safer.

### Conclusion

The office's success can't be attributed to one person, but to all the men and women over the years who were committed to achieving the mission of the unit. Without the contributions from these individuals, the system would not have achieved any level of success. Many times, creating such a system appears unattainable for professionals tackling the UOF at institutions large and small. Yet, as this piece outlines, it can be done, starting with small steps. It will take time. It will mean investing resources. And it will require legal, IT, human resources, and various other units to work together.

The most important element, however, is the determination to get it done—and it needs to come from the top. In the case of Cook County Jail, that was Sheriff Dart. When he committed to creating this new system, he didn't waiver, and the institution that he leads followed.

As the Executive Director of the UFRU for the Cook County Sheriff's Office, **Larry Schurig** oversaw the team that designed and developed the first UFRU. Mr. Schurig oversees the review of UOF incidents for all departments of the office. He manages training, policy and procedure development and data collection and analysis. He is a recent graduate of the FBI National Academy, a Northwestern University Police and Staff Command graduate, and a state-certified instructor in use of force, firearms, various defensive tactics programs, and less-lethal option devices. He can be contacted at Larry.Schurig@cookcountyil.gov.

# Department of Corrections Daily Cost per Inmate Study Summary

**January 2020**

|  | FY 2017 | FY 2018 |
|---|---|---|
| Average Daily Population at DOC | 7,272 | 6,065 |

|  |  | 2017 Expenditures | 2018 Expenditures |
|---|---|---|---|
| A | DOC Division Personnel Cost | $75.22 | $83.08 |
| B | DOC Direct Support Personnel Cost | $44.72 | $52.35 |
| C | DOC Administrative and Executive Personnel Cost | $6.84 | $3.35 |
| D | DOC Other Direct Cost | $8.49 | $10.05 |
| E | DOC Pension Cost | $2.51 | $2.76 |
|  | **Subtotal** | **$137.78** | **$151.59** |

|  |  |  |  |
|---|---|---|---|
| F | Non DOC Direct Cost | $35.67 | $45.29 |
| G | Building Capitalization Cost | $11.99 | $13.65 |
| H | Sheriff Indirect Cost | $2.83 | $3.02 |
| I | Workers' Comp/Self Insurance Costs | $14.80 | $23.93 |
| J | Corporate Indirect Cost | $1.53 | $2.52 |
|  | **Subtotal** | **$66.82** | **$88.41** |

|  |  |  |
|---|---|---|
| **Total Daily Inmate Cost** | **$204.60** | **$240.00** |

## Notes and Findings

*While the daily cost is higher than in previous years (2015 daily cost of $189.68 per in
from year to year annually, showing some progress in lowering costs.

*However, the daily cost per inmate has increased, due to the decrease in the population
lowered proportionate to the decrease in the population. (-2.2% change in annual cost c

*Data was found via expense reports (FTE counts and salaries/personnel expenditures),
or from internal communications (procurement contracts, utilities, and the sheriff's offic

*The following areas were not able to be confirmed in a timely manner for the years 20

    Sheriff employee tests

    Inmate hospital stays/visits and average cost of outpatient and inpatient stays

# Department of Corrections Daily Cost per Inmate Study
## Semi-Detailed Summary of Daily Inmate Costs
**January 2020**

| A. DOC Division Personnel Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| DOC Division Personnel Cost | $75.22 | $83.08 | $199,652,835.09 | $183,919,586.05 | -7.9% | DOC FTE's |
| **Subtotal** | **$75.22** | **$83.08** | **$199,652,835.09** | **$183,919,586.05** | **-7.9%** | |

| B. DOC Direct Support Personnel Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| DOC Direct Support Personnel Support Cost | $44.72 | $52.35 | $118,711,800.53 | $115,897,279.68 | -2.4% | DOC FTE's |
| **Subtotal** | **$44.72** | **$52.35** | **$118,711,800.53** | **$115,897,279.68** | **-2.4%** | |

| C. DOC Administrative and Executive Personnel Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| DOC Administrative and Executive Personnel Cost | $6.84 | $3.35 | $18,168,127.23 | $7,419,039.65 | -59.2% | DOC FTE's |
| **Subtotal** | **$6.84** | **$3.35** | **$18,168,127.23** | **$7,419,039.65** | **-59.2%** | |

| D. DOC Other Direct Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| DOC Other Direct Cost | $8.49 | $10.05 | $22,534,949.85 | $22,243,858.92 | -1.3% | # of Detainees |
| **Subtotal** | **$8.49** | **$10.05** | **$22,534,949.85** | **$22,243,858.92** | **-1.3%** | |

| E. DOC Pension Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| DOC Pension Cost | $2.51 | $2.76 | $6,675,315.93 | $6,113,423.88 | -8.4% | DOC FTE's |
| **Subtotal** | **$2.51** | **$2.76** | **$6,675,315.93** | **$6,113,423.88** | **-8.4%** | |

| F. Non DOC Direct Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| 1. Cermak Health Services | $15.48 | $21.54 | $41,100,995.38 | $47,687,284.55 | 16.0% | Cermak FTE's |
| 2. Patient Arrestee / Offsite Hospitalization | $8.54 | $9.86 | $22,677,994.54 | $21,823,223.12 | -3.8% | # of Inmates |
| 3. Facilities Management | $8.10 | $9.75 | $21,491,639.91 | $21,575,337.43 | 0.4% | Buildings (GSF) |
| 4. Utilities | $3.48 | $4.05 | $9,227,867.45 | $8,975,345.90 | -2.7% | Buildings (GSF) |
| 5. Communication Services | $0.07 | $0.09 | $198,247.02 | $202,230.21 | 2.0% | DOC FTE's |
| **Subtotal** | **$35.67** | **$45.29** | **$94,696,744.31** | **$100,263,421.20** | **5.9%** | **Cermak FTE's** |

| G. Building Capitalization Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| Building Capitalization | $11.99 | $13.65 | $31,819,569.48 | $30,226,039.50 | -5.0% | Buildings (GSF) |
| **Subtotal** | **$11.99** | **$13.65** | **$31,819,569.48** | **$30,226,039.50** | **-5.0%** | |

| H. Sheriff Indirect Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| Sheriff's Offices (Executive, FASS, Merit Board) | $2.83 | $3.02 | $7,504,484.93 | $6,686,125.90 | -10.9% | DOC FTE's |
| **Subtotal** | **$2.83** | **$3.02** | **$7,504,484.93** | **$6,686,125.90** | **-10.9%** | |

| I. Workers' Compensation and Self Insurance Claims Costs | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| Workers' Comp & Self Insurance Claims Costs | $14.80 | $23.93 | $39,276,614.11 | $52,983,392.92 | 34.9% | # of Inmates |
| **Subtotal** | **$14.80** | **$23.93** | **$39,276,614.11** | **$52,983,392.92** | **34.9%** | |

| J. Corporate Indirect Cost | 2017 Daily per Inmate | 2018 Daily per Inmate | 2017 Annual Cost | 2018 Annual Cost | % Change 2017 - 2018 | Primary Cost Driver |
|---|---|---|---|---|---|---|
| 1a. Risk Management | $0.14 | $0.17 | $383,026.30 | $379,917.21 | -0.8% | DOC FTE's |
| 1b. Budget and Management Services | $0.13 | $0.15 | $353,997.86 | $321,029.84 | -9.3% | DOC FTE's |
| 1c. Comptroller | $0.24 | $0.25 | $630,029.96 | $556,397.69 | -11.7% | DOC FTE's |
| 1d. Office of the Chief Financial Officer | -$2.60 | -$2.22 | -$6,904,813.51 | -$4,908,105.61 | -28.9% | DOC FTE's |
| 1e. Enterprise Resource Planning | $0.13 | $0.13 | $339,892.15 | $285,610.17 | -16.0% | DOC FTE's |
| 2. Procurement and Contract Compliance | $0.02 | $0.02 | $46,365.11 | $52,191.31 | 12.6% | # of Inmates |
| 3. Capital Planning | $0.20 | $0.53 | $526,801.24 | $1,183,344.04 | 124.6% | Buildings (GSF) |
| 4. Office of the President/Board of Commissioners | $0.68 | $0.68 | $1,794,672.12 | $1,505,583.94 | -16.1% | DOC FTE's |
| 5. States Attorney - Workers' Comp / Self Insurance | $0.71 | $0.86 | $1,871,597.51 | $1,893,593.24 | 1.2% | # of Inmates |
| 6. IT Enterprise Services (CIO) | $1.04 | $1.27 | $2,769,975.93 | $2,804,957.95 | 1.3% | DOC FTE's |
| 7. Office of the Chief Administrative Officer | $0.49 | $0.24 | $1,294,519.56 | $533,620.62 | -58.8% | DOC FTE's |
| 8. Judicial Advisory Council | $0.07 | $0.08 | $190,118.13 | $186,925.86 | -1.7% | DOC FTE's |
| 9. Human Resources | $0.28 | $0.36 | $750,870.15 | $804,041.29 | 7.1% | DOC FTE's |
| **Subtotal** | **$1.53** | **$2.52** | **$4,047,052.51** | **$5,599,107.55** | **38.4%** | **Capital Planning** |

| **Total Daily Inmate Cost** | **$204.60** | **$240.00** | **$543,087,493.96** | **$531,351,275.24** | **-2.2%** | **DOC FTE's** |

# Department of Corrections Daily Cost per Inmate Study
# A & B - DOC Direct Personnel and Support Personnel Cost

| Section | Unit | Program | Business Unit | 2017 Positions | 2017 Salary Expenditures |
|---------|------|---------|---------------|----------------|--------------------------|
| C | Audit and Policy Unit | 10675 | 2390938 | 23.1 | $1,650,167.30 |
| C | Business Office | 11140 | 2390954 | 2.0 | $147,366.03 |
| B | Canine Unit | 11175 | 2390970 | 9.0 | $574,540.65 |
| B | Support Services | 11380 | 2390946 | 138.0 | $8,956,742.82 |
| B | Central Warehouse | 11420 | 2390957 | 8.0 | $606,882.98 |
| A | Division VIII | 11430 | 2390966 | 188.0 | $10,892,851.49 |
| D | Communications Center | 11945 | | 0.0 | $0.00 |
| B | External Security Beds / Criminal Intelligence | 12295 | 2390973 | 28.0 | $1,865,646.39 |
| D | Day Reporting Unit | 12615 | 2391080 | 0.0 | -$5,632.05 |
| A | Division I | 12940 | 2390940 | 0.0 | $444,312.06 |
| A | Division II | 12945 | 2390941 | 371.0 | $22,995,282.97 |
| A | Division IV | 12955 | 2390965 | 168.0 | $10,320,900.14 |
| A | Division IX | 12960 | 2390943 | 341.0 | $19,813,409.08 |
| A | Division V | 12965 | 2390964 | 28.0 | $1,769,857.06 |
| A | Division VI | 12970 | 2390942 | 255.0 | $15,432,402.31 |
| A | Division VIII - RTU | 12975 | 2390967b | 388.0 | $23,358,153.54 |
| A | Division X | 12980 | 2390944 | 225.0 | $14,330,551.41 |
| A | Division XI | 12985 | 2390945 | 400.0 | $24,760,957.78 |
| D | Electronic Monitoring | 13265 | 2390947b | 129.0 | $8,256,275.56 |
| B | Special Response Team / Emergency Response Team | 13330 | 2390971 | 17.0 | $844,381.64 |
| B | Chief of Security | 13650 | 2390968 | 431.0 | $28,875,298.66 |
| D | Female Furlough Program | 13825 | 2391220 | 25.0 | $1,729,640.50 |
| D | Impact Center | 14970 | 2391100 | 63.0 | $4,044,387.79 |
| B | Program Services Department | 15080 | 2390956 | 91.0 | $4,749,335.47 |
| C | Data Processing (JMIS) | 15270 | 2390950 | 12.0 | $765,875.53 |
| B | Mail Room | 15650 | 2390952 | 18.0 | $922,289.94 |
| B | Mental Health Transition Center | 16095 | 2391201 | 13.0 | $857,373.92 |
| B | Office of Mental Health Policy and Advocacy | 16820 | 2391202 | 12.0 | $709,055.85 |
| B | Administration and Clerical | 16870 | 2390939 | 2.0 | $176,405.84 |
| C | Legal Department | 16875 | 2390936 | 13.0 | $1,086,619.72 |
| C | Administration and Clerical | 16890 | 2390935 | 20.5 | $1,636,217.03 |
| C | Personnel and Payroll | 17590 | 2390949 | 5.0 | $236,990.29 |
| D | Pre-Release Center | 17980 | 2391090 | 182.0 | $11,116,446.86 |
| B | Print Shop | 18010 | 2390951 | 1.0 | $91,845.40 |
| B | Receiving and Classification | 18635 | 2390963 | 350.5 | $22,129,654.45 |
| B | Record Office | 18680 | 2390962 | 109.0 | $6,248,308.93 |
| D | Reentry and Diversion Programs | 18740 | 2391070 | 0.0 | $0.00 |
| D | Sheriff's Work Alternative Program - S.W.A.P. | 19945 | 2390403 | 0.0 | $0.00 |
| B | Transportation | 20360 | 2390969 | 121.0 | $8,370,946.16 |
| B | Trust Property and Payouts | 20430 | 2390955 | 10.0 | $624,048.27 |
| D | Altrnt Programs and Education | 20965 | | 14.6 | $894,149.99 |
| D | SHE Work Alt Prgrm - SWA | 20970 | | 56.0 | $3,546,208.56 |
| **Total** | | | | **4267.7** | **$265,826,148.32** |

**Summary by Division Personnel and Direct Support Personnel**

| | | | |
|---|---|---|---|
| A | DOC Division Personnel | 2364.0 | $144,118,677.84 |
| B | DOC Direct Support Personnel | 1358.5 | $86,602,757.37 |
| C | DOC Admin and Executive Personnel | 75.6 | $5,523,235.90 |
| D | DOC Diversion Programs | 469.6 | $29,581,477.21 |
| | **Total** | **4267.7** | **$265,826,148.32** |

**Summary of Personnel Daily Inmate Cost**

| | |
|---|---|
| A | DOC Division Personnel |
| B | DOC Direct Support Personnel |
| C | DOC Admin and Executive Personnel |

| 2017 Other Personal Expenditures (Salary Adjustments, Medicare, Insurance Benefits, | 2017 Total Personnel Costs | 2018 Positions | 2018 Salary Expenditures | 2018 Other Personal Expenditures (Salary Adjustments, Medicare, Insurance Benefits, Professional Development, Travel) | 2018 Total Personnel Costs |
|---|---|---|---|---|---|
| $418,158.22 | $2,068,325.52 | 20.0 | $590,897.70 | $373,117.47 | $964,015.17 |
| $39,471.43 | $186,837.46 | 1.0 | $30,527.21 | $21,769.71 | $52,296.92 |
| $202,744.62 | $777,285.27 | 7.0 | $204,177.78 | $135,452.32 | $339,630.10 |
| $2,929,995.26 | $11,886,738.08 | 128.0 | $11,933,617.10 | $2,595,426.06 | $14,529,043.16 |
| $173,822.37 | $780,705.35 | 8.0 | $224,648.14 | $145,900.28 | $370,548.42 |
| $4,502,075.68 | $15,394,927.17 | 164.0 | $4,328,772.75 | $2,985,358.50 | $7,314,131.25 |
| | $0.00 | 0.0 | $8,470,538.04 | $313,090.99 | $8,783,629.03 |
| $739,976.97 | $2,605,623.36 | 26.0 | $725,214.08 | $522,619.73 | $1,247,833.81 |
| -$740.20 | -$6,372.25 | 0.0 | $2.98 | $269.78 | $272.76 |
| $78,656.16 | $522,968.22 | 0.0 | $0.00 | $0.00 | $0.00 |
| $8,496,079.55 | $31,491,362.52 | 338.0 | $8,204,237.39 | $6,316,178.17 | $14,520,415.56 |
| $3,716,489.15 | $14,037,389.29 | 149.0 | $12,673,559.81 | $3,120,130.86 | $15,793,690.67 |
| $7,870,403.76 | $27,683,812.84 | 306.0 | $21,678,861.47 | $6,433,434.01 | $28,112,295.48 |
| $579,186.19 | $2,349,043.25 | 26.0 | $1,754,052.32 | $531,592.82 | $2,285,645.14 |
| $5,681,097.40 | $21,113,499.71 | 225.0 | $16,806,822.98 | $4,627,062.22 | $21,433,885.20 |
| $9,047,429.74 | $32,405,583.28 | 358.0 | $27,661,055.55 | $7,620,639.97 | $35,281,695.52 |
| $5,756,451.31 | $20,087,002.72 | 212.0 | $22,461,686.37 | $4,735,211.24 | $27,196,897.61 |
| $9,806,288.31 | $34,567,246.09 | 368.0 | $24,537,283.13 | $7,443,646.49 | $31,980,929.62 |
| $3,211,053.72 | $11,467,329.28 | 106.0 | $2,926,303.13 | $1,948,376.68 | $4,874,679.81 |
| $399,477.40 | $1,243,859.04 | 13.0 | $359,368.45 | $264,485.54 | $623,853.99 |
| $10,528,940.57 | $39,404,239.23 | 386.0 | $28,848,404.44 | $8,302,628.62 | $37,151,033.06 |
| $631,021.20 | $2,360,661.70 | 24.0 | $590,146.84 | $441,969.84 | $1,032,116.68 |
| $1,437,059.80 | $5,481,447.59 | 55.0 | $3,203,463.23 | $1,112,662.40 | $4,316,125.63 |
| $1,259,362.80 | $6,008,698.27 | 86.0 | $6,996,678.98 | $1,541,588.66 | $8,538,267.64 |
| $222,868.85 | $988,744.38 | 12.0 | $303,734.84 | $220,709.03 | $524,443.87 |
| $241,190.63 | $1,163,480.57 | 18.0 | $317,557.89 | $306,564.96 | $624,122.85 |
| $208,266.03 | $1,065,639.95 | 11.0 | $287,257.05 | $201,814.30 | $489,071.35 |
| $148,237.42 | $857,293.27 | 10.0 | $248,722.23 | $183,460.50 | $432,182.73 |
| $51,364.93 | $227,770.77 | 1.2 | $58,382.69 | $24,627.75 | $83,010.44 |
| $197,421.30 | $1,284,041.02 | 12.0 | $2,292,140.64 | $231,196.73 | $2,523,337.37 |
| $12,012,169.76 | $13,648,386.79 | 17.0 | $525,460.37 | $2,846,293.84 | $3,371,754.21 |
| $82,444.34 | $319,434.63 | 3.0 | $50,868.80 | $59,054.51 | $109,923.31 |
| $3,818,120.72 | $14,934,567.58 | 157.0 | $4,006,440.18 | $2,938,874.41 | $6,945,314.59 |
| $20,013.13 | $111,858.53 | 1.0 | $34,344.96 | $18,278.87 | $52,623.83 |
| $8,427,422.02 | $30,557,076.47 | 330.0 | $25,313,286.36 | $6,957,783.89 | $32,271,070.25 |
| $2,837,541.43 | $9,085,850.36 | 108.0 | $6,071,417.56 | $2,379,350.04 | $8,450,767.60 |
| $0.00 | $0.00 | 0.0 | $0.00 | $262.46 | $262.46 |
| $813,264.00 | $813,264.00 | 0.0 | $0.00 | $0.00 | $0.00 |
| $3,798,339.69 | $12,169,285.85 | 116.0 | $7,869,959.01 | $2,486,672.55 | $10,356,631.56 |
| $142,347.89 | $766,396.16 | 8.0 | $183,320.51 | $154,268.38 | $337,588.89 |
| $12,593.95 | $906,743.94 | 13.0 | $433,251.75 | $234,518.55 | $667,770.30 |
| $153,270.40 | $3,699,478.96 | 47.0 | $1,281,486.50 | $870,450.53 | $2,151,937.03 |
| **$110,691,377.90** | **$376,517,526.22** | **3870.2** | **$252,773,212.96** | **$80,541,824.58** | **$333,315,037.54** |

| | | | | | |
|---|---|---|---|---|---|
| $55,534,157.25 | $199,652,835.09 | 2146.0 | $140,106,331.77 | $43,813,254.28 | $183,919,586.05 |
| $32,109,043.16 | $118,711,800.53 | 1257.2 | $89,676,357.23 | $26,220,922.45 | $115,897,279.68 |
| $12,972,533.90 | $18,495,769.80 | 65.0 | $3,793,629.56 | $3,752,141.29 | $7,545,770.85 |
| $10,075,643.59 | $39,657,120.80 | 402.0 | $20,911,632.65 | $7,860,475.64 | $28,772,108.29 |
| **$110,691,377.90** | **$376,517,526.22** | **3870.2** | **$254,487,951.21** | **$81,646,793.66** | **$336,134,744.87** |

| Population | Cost |
|---|---|
| 7,272 | $75.22 |
| 7,272 | $44.72 |
| See Page C - Admin and Exec | |

| Population | Daily Inmate Cost |
|---|---|
| 6,065 | $83.08 |
| 6,065 | $52.35 |
| See Page C - Admin and Exec | |

# Department of Corrections Daily Cost per Inmate Study
# C. DOC Administrative and Executive Personnel Cost

**Department:** DOC - Administration

A portion of the duties of the DOC Executive and Administrative Sections deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Number of Budgeted DOC Employees | 4267.7 | 3870.2 |
| Number of DOC Program Employees | 4192.1 | 3805.2 |
| ge of DOC Program Employees out of DOC Total En | 98.2% | 98.3% |

|  | | |
|---|---|---|
| Average Daily Population | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Daily Cost**

The ratio of the number of DOC program employees to total DOC budgeted employees can be applied to the total costs of operating the DOC Executive and Administrative Sections.

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 75.6 | 65.0 | *Administration, Legal, & Audit and Policy FTE Count* |
| Salaries and Wages | $5,523,235.90 | $3,793,629.56 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $12,972,533.90 | $3,752,141.29 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Administrative & Executive Staffing Costs | $18,495,769.80 | $7,545,770.85 | *Sum Salaries and Other Personnel Costs* |

|  | | | |
|---|---|---|---|
| Total Admin and Exec Cost Allocated to DOC | $18,168,127.23 | $7,419,039.65 | *Total Costs X Percentage of DOC Program Employees in DOC* |
| Admin and Exec Daily Cost per Inmate | $6.84 | $3.35 | *Total Allocated Costs / Average Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
## D. DOC Other Direct Costs

**Assumptions**

| | | 2017 | 2018 |
|---|---|---|---|
| Number of Budgeted DOC Employees | | 4267.7 | 3870.2 |
| Number of DOC Program Employees | | 4192.1 | 3805.2 |
| Percentage of DOC Program Employees out of DOC Total Employees | | 98.2% | 98.3% |
| Percentage of Sheriff Vehicle Fleet Assigned to DOC | | 9.7% | 9.7% |
| | | | |
| Average Daily Population | | 7272 | 6065 |

Non Personal Services Direct Costs associated with the DOC.

**Costs for Department of Corrections**

| Contractual Services | | 2017 | 2018 | Calculation |
|---|---|---|---|---|
| Scavenger Services | 520049 | $118,500.00 | $173,145.00 | *100% Allocated to DOC* |
| Transportation for Specific Activities and Purposes / Transportation Services | 520095 | ███████████ | ███████████ | *100% Allocated to DOC* |
| Communication Services | 520149 | $78,570.00 | $74,296.00 | *Allocated to DOC based on percentage of employees* |
| Food Services | 520209 | $10,868,000.00 | $10,840,500.00 | *actual expenditures by program* |
| Postage | 520259 | $37,345.00 | $32,495.00 | *100% Allocated to DOC* |
| Boarding and Lodging of Prisoners | 520325 | $2,347,400.00 | $2,347,400.00 | *100% Allocated to DOC* |
| Contractual Maintenance Services | 520389 | $432,563.00 | $507,563.00 | *100% Allocated to DOC* |
| Special or Cooperative / Aftercare Programs | 521300 | $1,400,000.00 | $1,358,000.00 | *actual expenditures by program* |
| Internal Graphics and Reproduction Services | 520485 | $40,000.00 | $40,000.00 | *Allocated to DOC based on percentage of employees* |

| Supplies and Materials | | | | |
|---|---|---|---|---|
| Wearing Apparel | 530100 | $603,578.00 | $291,000.00 | *based on # of participants per program* |
| Institutional Supplies | 530170 | $1,299,570.00 | $1,224,475.00 | *based on # of participants per program* |
| Books, Periodicals, Publications and Data Services | 530635 | $9,584.00 | $5,618.00 | *100% Allocated to DOC* |

| Operation and Maintenance | | | | |
|---|---|---|---|---|
| Moving Expenses & Minor Remodeling | 540105 | $66,292.00 | $67,900.00 | *100% Allocated to DOC* |
| Maintenance and Subscription Services | 540129 | $2,681,804.00 | $2,703,660.00 | *100% Allocated to DOC* |

| Rental and Leasing | | | | |
|---|---|---|---|---|
| Rental of Office Equipment/ Countywide Office and Data Processing Equip re | 550029 | $197,591.00 | $224,113.00 | *based on % of MFD's* |

| Contingency | | | | |
|---|---|---|---|---|
| Appropriation Adjustment | 580379 | -$330,000.00 | -$330,000.00 | |

| Vehicles | | | | |
|---|---|---|---|---|
| Operations and Maintenance of Automotive Equipment | | $579.85 | $120.92 | *Sheriff Operations and Maintenance * Vehicle Allocation to DOC* |

| Capital Equipment | | | | |
|---|---|---|---|---|
| Capital Equipment | | $2,683,573.00 | $2,683,573.00 | *Average annual DOC capital equipment expenditure over past 15 years adjusted for inflation* |

| | | | | |
|---|---|---|---|---|
| Total Other Direct Costs | | $22,534,949.85 | $22,243,858.92 | *Total Costs X Percentage of DOC Program Employees in DOC* |
| Other Direct Daily Cost per Inmate | | $8.49 | $10.05 | *Total Allocated Costs / Average Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
## E. DOC Pension Costs

**Department:** Comptroller and Pension Board  (Pension Contribution)

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Number of County Program Employees | 21852.3 | 20734.8 |
| Number of DOC Program Employees | 4192.1 | 3805.2 |
| of DOC Program Employees out of County Progra | 19.2% | 18.4% |
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The County contributes a percentage of gross salaries toward pension.

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| DOC Regular Salaries and Wages | $50,995,538.06 | $46,703,009.04 | ll DOC Division, Direct Support, and Admin Personnel salaries and wages X Percentage of DOC Program Employees out of County Program Employees |
| County Contribution Towards Pension | $6,675,315.93 | $6,113,423.88 | Salaries and wages X Percent pension contribution |

|  | | | |
|---|---|---|---|
| Total Daily Cost per Inmate | $2.51 | $2.76 | Total Pension Costs / Average Daily Population / 365 days per year |

# Department of Corrections Daily Cost per Inmate Study
# F1.  Non DOC Direct Cost

**Department:**  Cermak Health Services

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |
| Average Daily Population on EM | 2187 | 2133 |
| Total Average Daily Population in custody/monitored | 9459 | 8198 |
| Percentage of Population in Custody at DOC | 76.9% | 74.0% |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

| 4240-Cermak Health Services | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 637.5 | 653.0 | *Department FTE count* |
| Department Salaries and Wages | $43,448,619.69 | $45,763,765.95 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $10,013,194.85 | $18,694,660.88 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $53,461,814.54 | $64,458,426.83 | *Sum Salaries and Other Personnel Costs* |
| | | | |
| Cost Allocated to DOC | $41,100,995.38 | $47,687,284.55 | *Total Costs X Percentage of Population in Custody at DOC* |
| Daily Cost per Inmate | $15.48 | $21.54 | *Total Allocated Costs / Average Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# F2.  Non DOC Direct Cost

**Department:** Cook County Health and Hospitals System

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |
| Average Daily Population on EM | 2187 | 2133 |
| Total Average Daily Population in custody/monitored | 9459 | 8198 |
| Percentage of Custody Population at DOC | 76.9% | 74.0% |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

Cook County Health and Hospitals System - Inpatient Hospital Stays (excluding Cermak)

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Avg. # of Inmates in CCHHS Hospitals Per Day | 16.0 | 16.0 | *Data provided by Sheriff's Office* |
| Inmate Patient Days | 5840.0 | 5840.0 | *Avg. # of Inmates in CCHHS Hospitals Per Day X 365 Days per Year* |
| Average Stroger Hospital per Diem Rate for Inpatient Stay | $4,788.00 | $4,788.00 | *Data provided by CCHHS* |
| Annual Inmate Inpatient Stay Costs | ########## | ########## | *Inmate Patient Days X Average per Diem Rate for Inpatient Stay* |
| Less Reimbursements from State | ########## | ########## | *estimated at 10%* |
| Total CCHHS Inpatient Stay Costs | ########## | ########## | *costs less reimbursements* |

Cook County Health and Hospitals System - Outpatient Visits (excluding Cermak)

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Avg. # of Inmate Offsite CCHHS Outpatient Visits Per Day | 15.0 | 15.0 | *Data provided by Sheriff's Office* |
| Inmate Patient Visits | 3705.0 | 3705.0 | *Inmate Offsite Outpatient Visits Per Day X 247 M-F Days per Year* |
| Average Outpatient Visit Cost | $714.00 | $714.00 | *Data provided by CCHHS (system wide average)* |
| Annual Outpatient Visit Costs | $2,645,370.00 | $2,645,370.00 | *Inmate Patient Visits X Average Outpatient Visit Cost* |
| Less Reimbursements from State | -$264,537.00 | -$264,537.00 | *estimated at 10%* |
| Total CCHHS Outpatient Visit Costs | $2,380,833.00 | $2,380,833.00 | *costs less reimbursements* |

Non-Health and Hospitals Systems Inpatient and Outpatient Billings (Patient Arrestee Claims)

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Hospital Billings for Prisoners in Police Custody | $1,951,672.00 | $1,951,672.00 | *based on CPI adjusted average expenditures of past 15 years* |

Total Offsite Hospital Costs

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total Inpatient and Outpatient Offsite Hospital Costs | ########## | ########## | *Sum Inpatient, Outpatient, Patient Arrestee Claims totals* |
| Hospitalization Costs Allocated to DOC | ########## | ########## | *Total Costs X Percentage of Population in custody at DOC* |

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Daily Cost per Inmate | $8.54 | $9.86 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# F3. Non DOC Direct Cost

**Department:** Facilities Management

A portion of the duties of Facilities Management deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Square Footage of All County Facilities | 9688344 | 9688344 |
| Square Footage of DOC Facilities | 4478884 | 4478884 |
| Percentage of DOC Space | 46.2% | 46.2% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the square footage of DOC facilities to the total square footage of all County buildings managed by Facilities Management can be applied to the total costs of operating Facilities Management.

| 1200-Department of Facilities Management | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 524.0 | 515.1 | *Department FTE count* |
| Department Salaries and Wages | $36,238,246.67 | $35,794,612.82 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $10,250,655.60 | $10,875,336.86 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $46,488,902.27 | $46,669,949.68 | *Sum Salaries and Other Personnel Costs* |

| | | | |
|---|---|---|---|
| Cost Allocated to DOC | $21,491,639.91 | $21,575,337.43 | *Total Costs X Percentage of DOC Space* |
| Daily Cost per Inmate | $8.10 | $9.75 | *Total Allocated Costs / Average Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# F4.  Non DOC Direct Cost

### Department: DOC Utility Costs

Direct utility costs spent on DOC facilities need to be applied.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |
| Square Footage of DOC Facilities | 4478884 | 4478884 |
| Square Footage of DOC Campus | 4942481 | 4942481 |
| Square Footage of DOC Campus minus Boot Camp | 4870289 | 4870289 |

**Electricity Costs**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Square Footage of All DOC Campus Space | 4942481 | 4942481 | *Sum all DOC Campus Square Footage* |
| Percentage of DOC Space | 91% | 91% | *Square Footage of DOC Facilities / All DOC Campus Space* |
| Total Electricity Costs | $4,417,792.00 | $4,506,576.00 | *FY expenditures* |
| Electricity Cost Allocated to DOC | $4,003,410.01 | $4,083,866.21 | *Total Electric Costs X Percentage of DOC Space* |

**Natural Gas Costs**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Square Footage of all DOC Campus Space minus Boot Camp | 4870289 | 4870289 | *Sum all DOC Campus Square Footage minus Boot Camp* |
| Percentage of DOC Space | 92% | 92% | *Square Footage of DOC Facilities / All DOC Campus Space minus Boot Camp* |
| Total Gas Costs | $2,407,060.00 | $2,526,040.00 | *FY expenditures* |
| Natural Gas Cost Allocated to DOC | $2,213,614.54 | $2,323,032.60 | *Total Natural Gas Costs X Percentage of DOC Space for Gas* |

**Water and Sewer Costs**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Square Footage of All DOC Campus Space | 4942481 | 4942481 | *Sum all DOC and South Campus Square Footage* |
| Percentage of DOC Space | 91% | 91% | *Square Footage of DOC Facilities / All DOC Campus Space* |
| Total Water Costs | $3,322,487.00 | $2,834,300.00 | *FY expenditures* |
| Water and Sewer Cost Allocated to DOC | $3,010,842.91 | $2,568,447.09 | *Total Water and Sewer Costs X Percentage of DOC Space for Water and Sewer* |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total Utility Cost Allocated to DOC | $9,227,867.45 | $8,975,345.90 | *Sum allocated costs for Electricity, Gas, Water and Sewer* |
| Daily Cost per Inmate | $3.48 | $4.05 | *DOC Utility Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# F5.  Non DOC Direct Cost

**Department:** Communication Services

**Assumptions**

|  | 2017 | 2018 |  |
|---|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |  |

|  | 2017 | 2018 |  |
|---|---|---|---|
| Percentage of Communication Services to DOC | 1.2% | 1.2% | *Based on historical Communication Services allocation.* |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Communication Services - 490 | $2,428,925.00 | $2,381,349.00 | *FY expenditures* |
| Communication Services - 499 | $7,318,094.00 | $8,036,821.00 | |
| Communication Services - 899 | $226,066.00 | $243,014.00 | |
| Indirect Communication Services Total | $9,973,085.00 | $10,661,184.00 | *Sum all Communication Services Expenditures* |
| Indirect Communication Services Allocated to DOC | $119,677.02 | $127,934.21 | *Indirect Communication Services X Percentage of Communication Services to DOC* |

|  | 2017 | 2018 |  |
|---|---|---|---|
| Direct Communication Services - 239 | $78,570.00 | $74,296.00 | *Direct FY expenditures* |

|  | 2017 | 2018 |  |
|---|---|---|---|
| Cost Allocated to DOC | $198,247.02 | $202,230.21 | *Indirect Allocation and Direct Communication Services* |
| Daily Cost per Inmate | $0.07 | $0.09 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# G.  Building Capitalization Costs

### Department: Building Capitalization

Building Capitalization Costs include building construction and renovation costs plus interest over 30 years, based on a facility life span of 40 years.

**Assumptions**

|  | **2017** | **2018** |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

|  | **2017** | **2018** |
|---|---|---|
| All DOC Campus Space | 4942481 | 4942481 |
| Square Footage of DOC Facilities | 4478884 | 4478884 |
| Percentage of DOC Space as Facilities | 90.6% | 90.6% |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

|  | **2017** | **2018** |  |
|---|---|---|---|
| Total DOC Campus Building Capitalization Cost | $35,113,125.85 | $33,354,653.96 | *Total construction costs in that year and prior 40 years plus interest / 40 year useful life* |
| DOC Allocation of Costs | $31,819,569.48 | $30,226,039.50 | *Total Cost X Percentage of DOC space* |

|  | **2017** | **2018** |  |
|---|---|---|---|
| Daily Cost per Inmate | $11.99 | $13.65 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

(see table on following page)

Department of Corrections Daily Cost per Inmate Study

## G2. Building Capitalization Cost Detail Table

| Building / Project | Year Completed | Total Project Cost | Total Project Square Feet | Interest (5% over 30 years) | Total Cost With Interest | Average Annual Cost With Interest Over 40 Years |
|---|---|---|---|---|---|---|
| Central Kitchen at DOC | 1974 | $4,500,000 | 45,935 | $4,196,510 | $8,696,510 | $217,413 |
| Division 4 Doors & Gym | 1975 | $10,000,000 | 167,934 | $9,325,578 | $19,325,578 | $483,139 |
| Division 5, Reception | 1978 | $41,500,000 | 356,497 | $38,701,150 | $80,201,150 | $2,005,029 |
| Powerhouse, DOC Addition | 1978 | $1,700,000 | 15,100 | $1,585,348 | $3,285,348 | $82,134 |
| Division 6, Dorm | 1979 | $27,500,000 | 266,984 | $25,645,341 | $53,145,341 | $1,328,634 |
| DOC Guard Houses, Towers * | 1981 | $291,900 | 2,100 | $272,214 | $564,114 | $14,103 |
| DOC Tunnels * | 1981 | $3,058,000 | 22,000 | $2,851,762 | $5,909,762 | $147,744 |
| Division 1 Renovation (2 cells combined to 1) | 1981 | $17,500,000 | 0 | $16,319,762 | $33,819,762 | $845,494 |
| Residential Treatment Unit | 1985 | $7,500,000 | 77,172 | $6,994,184 | $14,494,184 | $362,355 |
| Central Chilled Water Plant | 1991 | $11,700,000 | 17,970 | $10,910,927 | $22,610,927 | $565,273 |
| Division 10 (8,123 acres swap w/City) | 1992 | $61,863,370 | 325,153 | $57,691,170 | $119,554,556 | $2,988,864 |
| Division 9 | 1993 | $78,039,599 | 234,292 | $70,911,324 | $148,950,923 | $3,673,773 |
| South Campus Building 1 | 1993 | $4,649,347 | 40,144 | $4,335,785 | $8,985,132 | $224,628 |
| South Campus Building 3 | 1995 | $10,411,576 | 49,897 | $9,709,397 | $20,120,973 | $503,024 |
| Powerhouse Expansion | 1995 | $4,600,000 | 3,960 | $4,289,766 | $8,889,766 | $222,244 |
| Division 11, site 21 acres | 1995 | $129,623,347 | 656,000 | $120,881,269 | $250,504,616 | $6,262,615 |
| Kitchen #2 | 1996 | $40,881,000 | 96,000 | $38,123,897 | $79,004,897 | $1,975,122 |
| New Cermak Health Care | 1998 | $36,731,795 | 155,000 | $34,254,150 | $70,985,945 | $1,774,649 |
| Old Kitchen Rehab, Close Division 7 Beds | 1998 | $760,000 | | $708,744 | $1,468,744 | $36,719 |
| South Campus Building 2 | 1999 | $8,596,520 | 75,000 | $8,109,094 | $16,804,595 | $420,115 |
| South Campus Building 4 | 1999 | $962,000 | 44,620 | $897,121 | $1,859,121 | $46,478 |
| Division 5, Security Upgrades | 2003 | $5,115,000 | | $4,770,055 | $9,885,055 | $247,126 |
| Division 6 - Fire & Life Safety Systems | 2005 | $4,028,467 | | $675,607 | $1,400,074 | $35,002 |
| Division 2 - Renovation | 2005 | $18,900,000 | | $17,252,320 | $35,752,320 | $893,808 |
| Divisions 3 & 4 - Security Upgrades | 2006 | $3,000,000 | | $2,797,674 | $5,797,674 | $144,942 |
| DOC Infrastructure Renovation - Tunnels | 2006 | $8,160,000 | | $7,609,672 | $15,769,672 | $394,242 |
| Division 3 - ADA Renovation | 2007 | $209,997 | | $195,834 | $405,831 | $10,146 |
| Divisions 9 & 10 - Life Safety Systems | 2008 | $2,900,000 | | $2,704,418 | $5,604,418 | $140,110 |
| Division 11 - Security Upgrades | 2008 | $5,100,000 | | $4,756,045 | $9,856,045 | $246,401 |
| Elevator Modernization - CCAB, Kitchen, Div. 9 & 10, SC#3 | 2008 | $4,500,000 | | $4,196,510 | $8,696,510 | $217,413 |
| Telecommunication Wiring Upgrades - DOC Campus | 2008 | $17,000,000 | | $15,853,483 | $32,853,483 | $821,337 |
| SC#1, SC#4, and Maywood Courthouse - Life Safety Systems | 2009 | $2,500,000 | | $2,331,395 | $4,831,395 | $120,785 |
| CCB, CCAB, Div. 1, 2, & 11, SC - Exterior Modernization | 2009 | $8,300,000 | | $7,740,230 | $16,040,230 | $401,006 |
| Division 8, Skokie Courthouse, MEO - Life Safety Systems | 2010 | $3,400,000 | | $3,170,697 | $6,570,697 | $164,267 |
| South Campus #3 & #4 - HVAC Upgrade | 2011 | $2,400,000 | | $2,611,162 | $5,411,162 | $135,279 |
| Boot Camp - Replacement of Running Track | 2011 | $150,000 | | $139,884 | $289,884 | $7,247 |
| Division 1 Stair Replacement | 2011 | $750,000 | | $699,418 | $1,449,418 | $36,235 |
| South Campus and Division V Foundation Wall Repairs | 2011 | $450,000 | | $419,651 | $869,651 | $21,741 |
| Electronic Perimeter Monitoring - DOC Campus | 2011 | $850,000 | | $792,674 | $1,642,674 | $41,067 |
| Division 10 Wall Repair & South Campus Concrete Work | 2012 | $314,718 | | $293,493 | $608,211 | $15,205 |
| Division 5 Exterior Wall Repair | 2012 | $35,075 | | $32,709 | $67,784 | $1,695 |
| Boot camp Track Replacement | 2012 | $305,036 | | $284,464 | $589,500 | $14,737 |
| Division 11 Paving & Restriping | 2012 | $113,858 | | $106,179 | $220,037 | $5,501 |
| Boot camp Speed Humps | 2012 | $29,781 | | $27,773 | $57,554 | $1,439 |
| DOC Grab Bars for ADA Compliance | 2013 | $85,449 | | $79,686 | $165,135 | $4,128 |
| New RTU-RCDC | 2013 | $76,002,793 | | $70,857,001 | $146,861,294 | $4,174,532 |
| New RTU-RCDC Exterior Window Mod | 2013 | $141,997 | | $132,420 | $274,417 | $6,860 |
| New RTU-RCDC 5 & 5-man cell Mod | 2013 | $166,373 | | $164,373 | $299,387 | $7,485 |
| DOC Recreation Yard Renovation | 2013 | $520,217 | | $485,132 | $1,005,349 | $25,134 |
| South Campus Bldg 1 A/C Installation | 2013 | $1,498,593 | | $1,397,525 | $2,896,118 | $72,403 |
| Division Replace Stair Project | 2013 | $456,248 | | $423,613 | $877,861 | $21,947 |
| DOC Recreation Area & Court Yard | 2013 | $563,913 | | $525,801 | $1,089,704 | $27,243 |
| Powerhouse - Replace 6" water main | 2014 | $104,781 | | $97,714 | $202,495 | $5,062 |
| Cook County Jail - Division IV Plumbing Improvements | 2014 | $556,568 | | $519,032 | $1,075,599 | $26,890 |
| Cook County Jail - Division IV Plumbing Improvements Supplement | 2014 | $158,659 | | $157,068 | $325,490 | $8,137 |
| Cook County Jail - Division VI Plumbing Updates | 2014 | $948,375 | | $884,415 | $1,832,790 | $45,820 |
| Cook County Jail - Division VI Plumbing Piping Replacement Supple | 2014 | $93,650 | | $87,334 | $180,984 | $4,525 |
| DOC Div IX Cell Window Replacement | 2014 | $796,716 | | $742,983 | $1,539,699 | $38,492 |
| | | | | | | |
| ADA Compliance Renovation | 2014 | $285,666 | | $266,535 | $548,201 | $13,705 |
| ADA Compliance Renovation Supplemental | 2014 | $171,890 | | $160,297 | $332,187 | $8,305 |
| ADA Compliance Renovation Supplemental Phase II | 2014 | $801,095 | | $747,067 | $1,548,162 | $38,704 |
| Division 5 Officers Dining Hall Renovation Supplemental | 2014 | $2,071,120 | | $1,931,439 | $4,002,559 | $100,064 |
| Cook County Jail Perimeter Services Additional Renovations Suppleme | 2014 | $190,098 | | $177,277 | $367,375 | $9,184 |
| New RTU FFE Installation Supplemental - MRI Lead | 2014 | $4,002 | | $3,732 | $7,734 | $193 |
| DOC Div 3 Annex & Div 4 Roof Replacement | 2014 | $616,907 | | $575,357 | $1,192,324 | $29,808 |
| DOC RTU Central Kitchen Compressor Upgrade | 2014 | $138,820 | | $129,485 | $268,335 | $6,708 |
| DOC Division 1 Hot Water Tank-Item Instantaneous Tank | 2014 | $297,919 | | $277,827 | $575,746 | $14,394 |
| DOC - Division VI - Fire Pump Replacement | 2014 | $59,898 | | $55,852 | $115,742 | $2,894 |
| DOC - Division IV - Fire Pump Replacement | 2014 | $129,335 | | $120,610 | $249,945 | $6,249 |
| DOC - Division V - Fire Pump Replacement | 2014 | $62,694 | | $58,464 | $121,135 | $3,028 |
| South Campus Fire Pump Replacement | 2014 | $45,359 | | $60,951 | $126,311 | $3,158 |
| Division I Courtyard Addition | 2014 | $40,749 | | $84,444 | $174,993 | $4,375 |
| Security Post Construction and Upgrades | 2014 | $9,777,440 | | $9,118,028 | $18,895,468 | $472,387 |
| Sheriff Video System | 2014 | $11,749,142 | | $10,956,755 | $22,705,897 | $567,647 |
| Sheriff Video Camera and Recording Systems | 2014 | $7,500,000 | | $6,994,184 | $14,494,184 | $362,355 |
| Security Post Construction and Upgrades | 2014 | $9,777,440 | | $9,118,028 | $18,895,468 | $472,387 |
| DOC Division 5 Officer's Dining Hall Renovation | 2014 | $2,256,245 | | $2,104,076 | $4,360,324 | $109,008 |
| DOC Division 5 Interior Replacement | 2014 | $273,061 | | $254,660 | $527,707 | $13,193 |
| DOC Division 9 Cell Windows Replacement | 2014 | $796,716 | | $742,983 | $1,539,699 | $38,492 |
| Sheriff Empowerment Parking Lot | 2015 | $91,235 | | $85,082 | $176,317 | $4,408 |
| DOC Campus Devices | 2016 | $440,972.10 | | $411,232 | $852,204 | $21,305 |
| DOC Campus Devices | 2017 | $768,935.70 | | $717,077 | $1,486,013 | $37,150 |
| DOC Campus Devices | 2017 | $45,595.68 | | $42,521 | $88,116 | $2,203 |
| DC Telecom Proj | 2017 | $82,116.00 | | $76,578 | $158,694 | $3,967 |
| CW FS ADA Improvements | 2017 | $29,878.61 | | $27,864 | $57,742 | $1,444 |
| DOC Campus Devices | 2017 | $117,521.51 | | $109,596 | $227,117 | $5,678 |
| DC Telecom Proj | 2017 | $96,445.90 | | $89,941 | $186,387 | $4,660 |
| DOC Campus Devices | 2017 | $357,461.00 | | $333,372 | $690,834 | $17,271 |
| DC Telecom Proj | 2017 | $121,692.80 | | $113,500 | $234,792 | $5,870 |
| DOC Renov Roof Proj | 2017 | $17,690.70 | | $16,498 | $34,188 | $855 |
| DOC Campus Devices | 2017 | $326,320.00 | | $304,337 | $630,657 | $15,502 |
| DOC Campus Devices | 2017 | $267,270.30 | | $249,269 | $516,539 | $12,913 |
| DOC Campus Devices | 2017 | $267,270.30 | | $249,245 | $516,515 | $12,913 |
| DOC Campus Devices | 2017 | $267,270.50 | | $249,265 | $516,535 | $12,913 |
| DOC Campus Devices | 2017 | $192,289.50 | | $179,303 | $371,572 | $9,289 |
| DOC Campus Devices | 2017 | $296,501.33 | | $276,502 | $576,804 | $14,420 |
| DOC Campus Devices | 2017 | $692,092.80 | | $645,417 | $1,337,509 | $33,438 |
| DOC Campus Devices | 2017 | $255,996.90 | | $238,732 | $494,729 | $12,368 |
| DOC Renov Roof Proj | 2017 | $2,500.00 | | $2,331 | $4,831 | $121 |
| DOC Renov Roof Proj | 2017 | ($2,500.00) | | -$2,331 | -$4,831 | -$121 |
| DOC Renov Roof Proj | 2017 | $20,612.70 | | $19,223 | $39,835 | $996 |
| DOC Renov Roof Proj | 2017 | ($20,612.70) | | -$19,223 | -$39,835 | -$996 |
| DOC Renov Roof Proj | 2017 | $2,500.00 | | $2,331 | $4,831 | $121 |
| DOC Renov Roof Proj | 2017 | $20,300.97 | | $18,934 | $39,246 | $981 |
| DOC Renov Roof Proj | 2017 | $13,616.17 | | $12,698 | $26,314 | $658 |
| DOC New Adm/Train Bldg | 2017 | $278,359.33 | | $259,586 | $537,946 | $13,449 |
| DOC New Adm/Train Bldg | 2017 | ($278,359.33) | | -$259,586 | -$537,946 | -$13,449 |
| DOC New Adm/Train Bldg | 2017 | $278,359.33 | | $259,586 | $537,946 | $13,449 |
| DOC New Adm/Train Bldg | 2017 | $157,447.28 | | $146,829 | $304,276 | $7,607 |
| DC Telecom Proj | 2017 | $44,843.02 | | $41,819 | $86,662 | $2,167 |
| DOC Campus Devices | 2017 | $337,204.48 | | $314,463 | $651,667 | $16,292 |
| DOC New Adm/Train Bldg | 2017 | $352,570.92 | | $328,793 | $681,364 | $17,034 |
| DOC Campus Devices | 2017 | $115,081.20 | | $107,320 | $222,401 | $5,560 |
| DOC New Adm/Train Bldg | 2017 | $20,068.01 | | $18,715 | $38,783 | $970 |
| CW FS ADA Improvements | 2017 | $24,480.56 | | $22,830 | $47,310 | $1,183 |
| DOC Campus Devices | 2017 | $123,904.66 | | $115,552 | $239,456 | $5,987 |
| CW FS ADA Improvements | 2017 | $18,148.28 | | $16,925 | $35,073 | $877 |
| DOC Campus Devices | 2017 | $33,935.01 | | $31,648 | $65,583 | $1,640 |
| DOC New Adm/Train Bldg | 2017 | $361,453.12 | | $337,082 | $698,535 | $17,463 |
| DOC New Adm/Train Bldg | 2017 | $29,702.91 | | $27,700 | $57,403 | $1,435 |
| DOC New Adm/Train Bldg | 2017 | $6,130.09 | | $5,717 | $11,847 | $296 |
| DOC Mech Sys Cap R/R Proj | 2017 | $19,086.58 | | $17,799 | $36,885 | $922 |
| DOC New Adm/Train Bldg | 2017 | $379,879.00 | | $354,271 | $734,150 | $18,354 |
| DOC Renov Roof Proj | 2017 | $5,232.13 | | $4,879 | $10,111 | $253 |
| DOC New Adm/Train Bldg | 2017 | $57,340.93 | | $53,479 | $110,819 | $2,770 |
| DOC Campus Devices | 2017 | $48,000.00 | | $44,763 | $92,763 | $2,319 |
| DOC Campus Devices | 2017 | $264,454.80 | | $246,631 | $511,085 | $12,777 |
| DOC Campus Devices | 2017 | $90,280.00 | | $84,117 | $174,397 | $4,360 |
| DOC New Adm/Train Bldg | 2017 | $424,147.00 | | $395,542 | $819,689 | $20,492 |
| DOC New Adm/Train Bldg | 2017 | $371,727.29 | | $346,698 | $717,225 | $17,931 |
| DOC Mech Sys Cap R/R Proj | 2017 | $31,463.21 | | $29,343 | $60,806 | $1,520 |
| DOC Campus Devices | 2017 | $9,379.01 | | $8,748 | $18,127 | $453 |
| DOC Mech Sys Cap R/R Proj | 2017 | $42,677.29 | | $39,801 | $82,478 | $2,062 |
| DOC Campus Devices | 2017 | $63,627.42 | | $59,339 | $122,966 | $3,074 |
| DOC Bldg Env Renov/Repl Proj | 2017 | $21,536.50 | | $20,085 | $41,621 | $1,041 |
| DOC Mech Sys Cap R/R Proj | 2017 | $22,234.25 | | $20,736 | $42,970 | $1,074 |
| DOC Campus Devices | 2017 | $78,387.25 | | $73,104 | $151,491 | $3,787 |
| DOC Campus Devices | 2017 | $1,080.00 | | $1,007 | $2,087 | $52 |
| DOC Campus Devices | 2017 | $53,819.40 | | $50,192 | $104,011 | $2,600 |
| DOC New Adm/Train Bldg | 2017 | $217,213.99 | | $202,565 | $419,779 | $10,494 |
| DOC Mech Sys Cap R/R Proj | 2017 | $19,079.71 | | $17,793 | $36,873 | $922 |
| DOC New Adm/Train Bldg | 2017 | $148,800.71 | | $138,769 | $287,569 | $7,189 |
| DOC Renov Roof Proj | 2017 | $6,540.39 | | $6,099 | $12,639 | $316 |
| DOC New Adm/Train Bldg | 2017 | $148,896.00 | | $138,856 | $287,752 | $7,194 |
| DOC Campus Devices | 2017 | $32,150.00 | | $29,982 | $62,132 | $1,553 |
| DOC Campus Devices | 2017 | $32,150.00 | | $29,982 | $62,132 | $1,553 |
| DOC New Adm/Train Bldg | 2017 | ($32,150.00) | | -$29,982 | -$62,132 | -$1,553 |
| DOC New Adm/Train Bldg | 2017 | $32,150.00 | | $633.29 | $1,195 | $30 |
| DOC Campus Devices | 2017 | $51,550.00 | | $47,887 | $99,237 | $2,481 |
| DOC Bldg Env Renov/Repl Proj | 2017 | $12,959.00 | | $12,085 | $25,044 | $626 |
| DOC Renov Roof Proj | 2017 | $20,734.47 | | $19,334 | $40,068 | $1,002 |
| DOC New Adm/Train Bldg | 2017 | $32,150.00 | | $30,982 | $62,132 | $1,553 |
| DOC New Adm/Train Bldg | 2017 | $9.00 | | $8 | $17 | $0 |
| DOC New Adm/Train Bldg | 2017 | $9,000.00 | | $8,393 | $17,393 | $435 |
| DOC Mech Sys Cap R/R Proj | 2017 | $197,655.77 | | $184,322 | $380,720 | $9,518 |
| DOC Mech Sys Cap R/R Proj | 2017 | $6,310.00 | | $5,885 | $12,155 | $304 |
| DOC Campus Devices | 2017 | $100.00 | | $93 | $193 | $5 |
| DOC Mech Sys Cap R/R Proj | 2017 | $1,139.49 | | $1,063 | $2,202 | $55 |
| DOC Campus Devices | 2017 | $245,668.70 | | $229,138 | $474,807 | $11,870 |
| DOC Mech Sys Cap R/R Proj | 2017 | $171,776.70 | | $160,192 | $331,968 | $8,299 |
| DOC Renov Roof Proj | 2017 | $194,651.89 | | $181,525 | $376,177 | $9,404 |
| DOC New Adm/Train Bldg | 2017 | $151,127.95 | | $140,936 | $292,064 | $7,302 |
| DOC New Adm/Train Bldg | 2017 | $0.00 | | $0 | $0 | $0 |
| DOC New Adm/Train Bldg | 2017 | $7,741.91 | | $7,220 | $14,962 | $374 |
| DOC Mech Sys Cap R/R Proj | 2017 | $104,642.69 | | $97,585 | $202,228 | $5,056 |
| DOC Campus Devices | 2017 | $36,000.00 | | $33,572 | $69,572 | $1,739 |
| DOC Campus Devices | 2017 | $500.00 | | $466 | $966 | $24 |

# Department of Corrections Daily Cost per Inmate Study
# H. Sheriff Indirect Cost for the Department of Corrections

**Department:** Various Sheriff's Offices

A portion of the duties of the Sheriff's Executive, Administrative, and Merit Board Offices deal with matters pertaining to the Department of Corrections.

**Assumptions**

| | 2017 | 2018 |
|---|---|---|
| Total Number of Sheriff Employees | 562.6 | 503.5 |
| Number of DOC Employees | 4267.7 | 3870.2 |
| Percentage of Sheriff Employees out of DOC Emp | 13.2% | 13.0% |

| | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC employees to total Sheriff's employees can be applied to the total costs of operating the following Sheriff's offices.

**1214 SHERIFF'S ADMINISTRATION - FISCAL, LEGAL, POLICY AND COMMUNICATIONS**

SHERIFF ADMINISTRATION (i.e. All Other Sections / 14030-Fiscal Administration / 14925-Human Resources Administration/ 15555-Legal Affairs/ 17290-Payroll/ 17865-Policy and Communications/ 19310-Sheriff's Office Intelligence Center/ 19810-Support Services/ 20340-Training Institute/ 20555-Vehicle Services/ 20960-Research and Business Intelligence

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 339.60 | 299.50 | Department FTE count |
| Department Salaries and Wages | $23,185,507.30 | $21,998,823.48 | FY expenditures toward department salaries and wages |
| Other Personnel Costs | $2,341,933.24 | $5,500,002.34 | FY expenditures toward department 501 costs other than salaries/wages |
| Total Sheriff's Administration Cost | $25,527,440.54 | $27,498,825.82 | Sum Salaries and Other Personnel Costs |
| | | | |
| Sheriff Administration Cost Allocated to DOC | $3,365,217.34 | $3,577,504.73 | Total Section Cost X Percentage of DOC employees out of Sheriff employees |

**1210. Office of the Sheriff**

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 61.0 | 77.0 | Department FTE count |
| Department Salaries and Wages | $6,422,688.85 | $2,950,843.49 | FY expenditures toward department salaries and wages |
| Other Personnel Costs | $2,104,278.85 | $2,052,276.73 | FY expenditures toward department 501 costs other than salaries/wages |
| Total Department Cost | $8,526,967.70 | $5,003,120.22 | Sum Salaries and Other Personnel Costs |
| | | | |
| Cost Allocated to DOC | $1,124,088.39 | $650,889.11 | Total Section Cost X Percentage of DOC employees out of Sheriff employees |

**1217. Sheriff Information Technology**

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 35.0 | 28.0 | Department FTE count |
| Department Salaries and Wages | $3,194,206.68 | $4,944,329.88 | FY expenditures toward department salaries and wages |
| Other Personnel Costs | $3,072,059.96 | $666,967.43 | FY expenditures toward department 501 costs other than salaries/wages |
| Total Department Cost | $6,266,266.64 | $5,611,297.31 | Sum Salaries and Other Personnel Costs |
| | | | |
| Cost Allocated to DOC | $826,065.94 | $730,010.90 | Total Section Cost X Percentage of DOC employees out of Sheriff employees |

**1216. Office of Professional Review, Integrity, and Special Investigations**

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 99.0 | 86.0 | Department FTE count |
| Department Salaries and Wages | $6,428,984.38 | $5,129,931.18 | FY expenditures toward department salaries and wages |
| Other Personnel Costs | $1,353,876.19 | $1,342,065.80 | FY expenditures toward department 501 costs other than salaries/wages |
| Total Department Cost | $7,782,860.57 | $6,471,996.98 | Sum Salaries and Other Personnel Costs |
| | | | |
| Cost Allocated to DOC | $1,025,994.65 | $841,985.03 | Total Section Cost X Percentage of DOC employees out of Sheriff employees |

**1249. Merit Board**

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 28.0 | 13.0 | Department FTE count |
| Department Salaries and Wages | $1,315,930.03 | $944,460.73 | FY expenditures toward department salaries and wages |
| Other Personnel Costs | $338,343.83 | $315,953.23 | FY expenditures toward department 501 costs other than salaries/wages |
| Total Department Cost | $1,654,273.86 | $1,260,413.96 | Sum Salaries and Other Personnel Costs |
| | | | |
| Total # of Tests Administered | 7561 | 7561 | |
| Physical Ability Tests Administered | 1594 | 1594 | |
| Entrance Tests for DOC Employees | 4282 | 4282 | |
| Physical Ability Tests for DOC Employees | 210 | 207 | Physical Ability Tests X Percentage of DOC Employees out of Sheriff employees |
| Promotional Tests for DOC Employees | 824 | 824 | |
| # of Exams Administered to DOC Staff | 5316 | 5313 | Sum all tests for DOC employees |
| Percentage of Exams given to DOC | 70.3% | 70.3% | Exams administered to DOC staff / Total Tests Administered |
| | | | |
| Cost Allocated to DOC | $1,163,118.61 | $885,736.12 | Total Section Cost X Percentage of Exams given to DOC |

**Total Sheriff Indirect Costs**

| | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total Sheriff Indirect Cost Allocated to DOC | $7,504,484.93 | $6,686,125.90 | Sum Total for all Sheriff Offices above |
| Sheriff Indirect Daily Cost per Inmate | $2.83 | $3.02 | Total Allocated Costs / Avg. Daily Population / 365 days per year |

# Department of Corrections Daily Cost per Inmate Study
# I.  Workers' Compensation and Self Insurance Costs for the DOC

**Department:** Workers' Compensation and Self Insurance Claims

A portion of the duties of the Risk Management deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of County Employees | 23233 | 22029 |
| Number of DOC Employees | 4268 | 3870 |
| Percentage of DOC Employees | 18.4% | 17.6% |

| | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

Workers' Compensation and Self Insurance Claim Costs directly related to the Department of Corrections need to be applied.

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Workers' Compensation Claims | $0.00 | $0.00 | *Average CPI adjusted claims value* |
| Self Insurance Claims | $39,276,614.11 | $52,983,392.92 | *Average CPI adjusted claims value* |
| Total Costs | $39,276,614.11 | $52,983,392.92 | *Sum WC and SI claims* |

| | | | |
|---|---|---|---|
| Daily Cost per Inmate | $14.80 | $23.93 | *Total Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J1.  Corporate Indirect Cost for the Department of Corrections

### Department: Bureau of Finance

A portion of the duties of the Bureau of Finance deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of County Employees | 23233 | 22029 |
| Number of DOC Employees | 4268 | 3870 |
| Percentage of DOC Employees | 18.4% | 17.6% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC employees to total County employees can be applied to the total costs of operating the Bureau of Finance.

**a.  1008. Risk Management**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 22.0 | 23.0 | *Department FTE count* |
| Department Salaries and Wages | $1,731,347.69 | $1,797,091.35 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $353,851.20 | $365,409.33 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $2,085,198.89 | $2,162,500.68 | *Sum Salaries and Other Personnel Costs* |
|  | | | |
| Risk Management Cost Allocated to DOC | $383,026.30 | $379,917.21 | *Total Section Cost X Percentage of DOC employees in County* |
| Daily Cost per Inmate | $0.14 | $0.17 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

**b.  1014. Budget & Management Services**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 19.0 | 20.0 | *Department FTE count* |
| Department Salaries and Wages | $1,653,490.68 | $1,570,735.96 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $273,677.07 | $256,576.00 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $1,927,167.75 | $1,827,311.96 | *Sum Salaries and Other Personnel Costs* |
|  | | | |
| Budget Cost Allocated to DOC | $353,997.86 | $321,029.84 | *Total Section Cost X Percentage of DOC employees in County* |
| Daily Cost per Inmate | $0.13 | $0.15 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

**c.  1020. Comptroller**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 41.7 | 37.0 | *Department FTE count* |
| Department Salaries and Wages | $2,774,013.27 | $2,586,722.99 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $655,875.94 | $580,310.16 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $3,429,889.21 | $3,167,033.15 | *Sum Salaries and Other Personnel Costs* |
|  | | | |
| Comptroller Cost Allocated to DOC | $630,029.96 | $556,397.69 | *Total Section Cost X Percentage of DOC employees in County* |
| Daily Cost per Inmate | $0.24 | $0.25 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

**d.  1021. Office of the Chief Financial Officer**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 11.0 | 11.0 | *Department FTE count* |
| Department Salaries and Wages | $910,471.49 | $1,012,322.46 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | ########### | -$28,949,413.82 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | ########### | -$27,937,091.36 | *Sum Salaries and Other Personnel Costs* |
|  | | | |
| Office of the CFO Cost Allocated to DOC | -$6,904,813.51 | -$4,908,105.61 | *Total Section Cost X Percentage of DOC employees in County* |
| Daily Cost per Inmate | -$2.60 | -$2.22 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J2. Corporate Indirect Cost for the Department of Corrections

### Department: Procurement and Contract Compliance

A portion of the duties of the Procurement and Contract Compliance Department deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Number of Budgeted DOC Employees | 4267.7 | 3870.2 |
| Number of DOC Program Employees | 4192.1 | 3805.2 |
| Percentage of DOC Program Positions in DOC | 98.2% | 98.3% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of purchase orders (requisitions) submitted by the DOC to the total number of purchase orders (requisitions) submitted annually can be applied to the total costs of operating Procurement and Contract Compliance.

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total # Contracts and Contract Modifications | 689 | 641 | *from Procurement* |
| Dept. 239 # Contracts and Contract Modifications | 8 | 9 | *from Procurement* |
| Percentage of DOC Contract time worked | 1.2% | 1.4% | *DOC Contracts&Modifications / Total # Contracts&Modifications* |

**1030-Chief Procurement Officer**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 32.0 | 31.0 | *Department FTE count* |
| Department Salaries and Wages | $2,440,198.50 | $2,227,005.58 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $526,772.41 | $474,234.77 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Procurement Cost | $2,966,970.91 | $2,701,240.35 | *Sum Salaries and Other Personnel Costs* |

**1022. Contract Compliance**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 12.0 | 12.0 | *Department FTE count* |
| Department Salaries and Wages | $867,307.26 | $849,599.53 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $158,916.98 | $166,341.11 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Contract Compliance Cost | $1,026,224.24 | $1,015,940.64 | *Sum Salaries and Other Personnel Costs* |

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total Procurement & Contract Compliance Cost | $3,993,195.15 | $3,717,180.99 | *Sum total costs* |
| Cost Allocated to DOC | $46,365.11 | $52,191.31 | *Total Costs X Percentage DOC Contract time worked* |
| Daily Cost per Inmate | $0.02 | $0.02 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J3. Corporate Indirect Cost for the Department of Corrections

**Department:** Capital Planning

A portion of the duties of Capital Planning deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Square Footage of All County Facilities | 9688344 | 9688344 |
| Square Footage of DOC Facilities | 4478884 | 4478884 |
| Percentage of DOC Space | 46.2% | 46.2% |

|  |  |  |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the capital project expenditures for the DOC to the total capital project expenditures managed by Capital Planning can be applied to the total costs of operating Capital Planning.

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 13.0 | 13.0 | *Department FTE count* |
| Department Salaries and Wages | $1,139,532.00 | $1,167,911.00 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $0.00 | $1,391,799.00 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $1,139,532.00 | $2,559,710.00 | *Sum Salaries and Other Personnel Costs* |

|  | | | |
|---|---|---|---|
| Cost Allocated to DOC | $526,801.24 | $1,183,344.04 | *Total Costs X Percentage of DOC Space in County* |
| Daily Cost per Inmate | $0.20 | $0.53 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J4. Corporate Indirect Cost for the Department of Corrections

### Department: Office of the President and Board of Commissioners

A portion of the duties of the President's Office and Board of Commissioners deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of County Employees | 23233 | 22029 |
| Number of DOC Employees | 4268 | 3870 |
| Percentage of DOC Employees | 18.4% | 17.6% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC employees to total County employees can be applied to the total costs of operating the President's Office and Board of Commissioners.

**1010-Office of the President**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 18.0 | 17.9 | *Department FTE count* |
| Department Salaries and Wages | $1,807,909.45 | $1,698,594.21 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $237,002.74 | $225,056.25 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Cost | $2,044,912.19 | $1,923,650.46 | *Sum Salaries and Other Personnel Costs* |

**Board of Commissioners: 1018- Office of the County Commissioner & All districts (1081, 1082, 1083. 1084.1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097 )**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 88.1 | 89.4 | *Department FTE count* |
| Department Salaries and Wages | $6,416,765.25 | $6,337,141.69 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $1,308,534.90 | $309,035.92 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Cost | $7,725,300.15 | $6,646,180.61 | *Sum Salaries and Other Personnel Costs* |

| **Total** | 2017 | 2018 | Calculation |
|---|---|---|---|
| Total Cost | $9,770,212.34 | $8,569,831.07 | *Sum Total Costs of Office of the President and Board of Commissioners* |
| Cost Allocated to DOC | $1,794,672.12 | $1,505,583.94 | *Total Costs X Percentage of DOC Employees in County* |
| Daily Cost per Inmate | $0.68 | $0.68 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J5. Corporate Indirect Cost for the Department of Corrections

**Department:** States Attorney - Civil Actions Bureau

A portion of the duties of the States Attorney deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Percentage of DOC Workers Comp Cases | 25.0% | 25.0% |
| Percentage of DOC Self Insurance Cases | 83.3% | 83.3% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC Workers' Compensation and Self Insurance claims to total number of claims can be applied to the total staffing costs of operating portions of the States Attorney's Office.

Workers' Compensation Cases

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Department Salaries and Wages | $629,322.00 | $707,121.00 | *FY expenditures toward department salaries and wages* |
| Pension Contribution | $82,378.25 | $92,562.14 | *Department gross salaries and wages X Percent pension contribution* |
| Total Section Cost | $711,700.25 | $799,683.14 | *Sum salaries plus benefits, pension contibution* |

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Cost Allocated to DOC | $177,925.06 | $199,920.78 | *Total Staff Costs X Percentage of DOC Workers' Comp Cases* |
| Daily Cost per Inmate | $0.07 | $0.09 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

Self Insurance Cases

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Department Salaries and Wages | $1,797,878.00 | $1,797,878.00 | *FY expenditures toward department salaries and wages* |
| Pension Contribution | $235,342.23 | $235,342.23 | *Department gross salaries and wages X Percent pension contribution* |
| Total Section Cost | $2,033,220.23 | $2,033,220.23 | *Sum salaries plus benefits, pension contibution* |

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Cost Allocated to DOC | $1,693,672.45 | $1,693,672.45 | *Total Staff Costs X Percentage of DOC Self Insurance Cases* |
| Daily Cost per Inmate | $0.64 | $0.77 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
## J6. Corporate Indirect Cost for the Department of Corrections

**Department:** Bureau of Technology

A portion of the duties of the Bureau of Technology deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of County Employees | 23233 | 22029 |
| Number of DOC Employees | 4268 | 3870 |
| Percentage of DOC Employees | 18.4% | 17.6% |

|  | | |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to**
**DOC Inmate Daily Cost**

The ratio of the number of DOC employees to total County employees can be applied to the total costs of operating the Bureau of Technology.

**a. Enterprise Technology (includes GIS)**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 151.0 | 148.2 | *Department FTE count* |
| Department Salaries and Wages | ########### | ########### | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $2,457,547.24 | $2,935,675.05 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | ########### | ########### | *Sum Salaries and Other Personnel Costs* |

|  | | | |
|---|---|---|---|
| Total Cost Allocated to DOC | $2,769,975.93 | $2,804,957.95 | *Total Costs X Percentage of DOC Employees in County* |
| Daily Cost per Participant | $1.04 | $1.27 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J7. Corporate Indirect Cost for the Department of Corrections

### Department: Office of the Chief Administrative Officer

A portion of the duties of the Chief Administrative Officer's Office deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of County Employees | 23233 | 22029 |
| Number of DOC Employees | 4268 | 3870 |
| Percentage of DOC Employees | 18.4% | 17.6% |
|  |  |  |
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC employees to total County employees can be applied to the total costs of operating the Chief Administrative Officer's Office.

**1011-Office of Chief Admin Officer**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 31.7 | 31.1 | *Admin, Industrial Engineering, Salvage Unit FTE Count* |
| Department Salaries and Wages | $5,402,037.34 | $2,460,949.59 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $1,645,339.65 | $576,435.74 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $7,047,376.99 | $3,037,385.33 | *Sum Salaries and Other Personnel Costs* |
|  |  |  |  |
| Cost Allocated to DOC | $1,294,519.56 | $533,620.62 | *Total Costs X Percentage of DOC Employees in County* |
| Daily Cost per Inmate | $0.49 | $0.24 | *Allocated Costs / Avg. Daily Population / 365 days per year* |

# Department of Corrections Daily Cost per Inmate Study
# J8.  Corporate Indirect Cost for the Department of Corrections

**Department:** Judicial Advisory Council

A portion of the duties of the Judicial Advisory Council deal with matters pertaining to the Department of Corrections.

**Assumptions**

|  | 2017 | 2018 |
|---|---|---|
| Total Number of Public Safety Employees | 13589.5 | 12467.1 |
| Number of DOC Employees | 4267.7 | 3870.2 |
| DOC Employees that are Public Safety Employees | 31.4% | 31.0% |

|  |  |  |
|---|---|---|
| Average Daily Population at DOC | 7272 | 6065 |

**Calculation of Costs to be Allocated to DOC Inmate Daily Cost**

The ratio of the number of DOC employees to Public Safety employees can be applied to the total costs of operating the Judicial Advisory Council (JAC).

**1205-Justice Advisory Council**

|  | 2017 | 2018 | Calculation |
|---|---|---|---|
| Budgeted FTE's | 7.0 | 6.1 | *Department FTE count* |
| Department Salaries and Wages | $509,635.99 | $515,579.28 | *FY expenditures toward department salaries and wages* |
| Other Personnel Costs | $95,751.05 | $86,566.19 | *FY expenditures toward department 501 costs other than salaries/wages* |
| Total Department Cost | $605,387.04 | $602,145.47 | *Sum Salaries and Other Personnel Costs* |

|  |  |  |  |
|---|---|---|---|
| Cost Allocated to DOC | $190,118.13 | $186,925.86 | *Total Costs X Percentage of DOC Employees in Public Safety* |
| Daily Cost per Inmate | $0.07 | $0.08 | *Allocated Costs / Avg. Daily Population / 365 days per year* |