**UNITED STATES POSTAL SERVICE**

January 25, 2021

Dear SAANI MOHAMMED:

The following is in response to your request for proof of delivery on your item with the tracking number: **9510 8105 3308 1021 4443 97**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 22, 2021, 1:03 pm |
| **Location:** | CHICAGO, IL 60602 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | K MYERS |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 9.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | K Myers / K Myers |
| Address of Recipient: | 50 W. WASHINGTON #7th |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004