IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


DONOVAN JOHNSON,            )

      Plaintiff,            )

        v.            )  CASE NO.:  20 CV 65400

SGT. ANDERSON, ET AL.,    )

      Defendant.            )


The deposition of James G. Boron, M.D., taken under oath on April 14, 2023, at 12:08 p.m. CST, via a Zoom videoconference, pursuant to the Federal Rules of Civil Procedure and the local rules of the Northern District of Illinois, before Colleen Callahan-Poley, CER #1250, in and for the United States District Court for the Northern District of Illinois Eastern Division.

```
 1   APPEARANCES:

 2        MOHAMMED-LAW LLC, by

 3        SAANI MOHAMMED

 4        73 W. Monroe St, Suite 103

 5        Chicago, IL 60603

 6        Appeared on behalf of the plaintiff;

 7

 8        UNITED STATE'S ATTORNEY'S OFFICE, by

 9        JORIE R. JOHNSON

10        Assistant State's Attorney

11        Civil Rights/Tort Litigation

12        500 Richard J. Daley Center

13        Chicago, Illinois 60602

14        Appeared on behalf of the defendant.

15

16   ALSO PRESENT:

17        Colleen Callahan-Poley, Court Reporter

18

19

20

21

22

23

24
```

1                    I N D E X

2                                           PAGE

3   Examination by Mr. Mohammed              6, 54

4   Examination by Ms. Johnson                 42

5

6

7

8                  E X H I B I T S

9

10  PLAINTIFF'S EXHIBITS                      PAGE

11  1 - Medical Records of Donovan Johnson      22

12  2 - Access Community Health Network Records  33

13

14  DEFENDANT'S EXHIBITS                      PAGE

15  1 - Medical Records of Donovan Johnson      51

16

17

18              (RETAINED BY COUNSEL)

19

20

21

22

23

24

```
1                P R O C E E D I N G S

2         THE COURT REPORTER:  Okay.  I just have a couple

3    of things to mention prior to going on the record.

4    Remote depositions are more challenging, so I'd kindly

5    ask all participants to speak clearly and one at a

6    time.

7         The witness will be sworn in remotely.  The

8    parties agree not to challenge the validity of the

9    oath, even if the court reporter is not physically

10   present with the witness and not a notary public in the

11   state where the witness resides.

12        Here begins a web conference deposition of James

13   Boron, M.D., in the matter of Donovan Johnson versus

14   Sergeant Anderson et al.  Today's date is April 14th,

15   2023, and the time is 12:08 p.m. Central time.

16        My name is Colleen Callahan of Thompson Court

17   Reporters.  Beginning with the noticing party, will

18   counsel please introduce themselves, state whom they

19   represent, and stipulate to the swearing in of the

20   witness remotely?

21        MR. MOHAMMED:  My name is Saani Mohammed.  I

22   represent the plaintiff, Donovan Johnson, in this case.

23        THE COURT REPORTER:  Do you stipulate to the

24   swearing in of the witness remotely?
```

```
1       MR. MOHAMMED:  Yes.

2       MS. JOHNSON:  My name is ASA Jorie Johnson.  I

3  represent defendant in this matter, and I'm also here

4  representing the expert witness, Dr. James Boron.

5       THE COURT REPORTER:  And do you stipulate to the

6  swearing in of the witness remotely?

7       MS. JOHNSON:  I do.

8       THE COURT REPORTER:  Will the witness please raise

9  your right hand?

10                   JAMES BORON, M.D.

11      the deponent herein, called as a witness, after

12 having been first duly sworn, was examined and

13 testified as follows:

14      THE COURT REPORTER:  Okay.  Counsel, you may

15 begin.

16      MR. MOHAMMED:  Let the record reflect that this is

17 a deposition of Dr. James Boron in the case of Donovan

18 Johnson v. Sergeant Anderson, et al., in the case

19 number 20 CV 6500.

20      Again, my name is Saani Mohammed, and I represent

21 the plaintiff.  Defense counsel is present, and the

22 witness in this case for today's deposition, Dr. Boron,

23 is also present.

24      This deposition that is being conducted in
```

```
 1   accordance with the Federal Rules of Civil Procedure
 2   and the local rules of the Northern District of
 3   Illinois.  We appear via Zoom today by the agreement of
 4   all the parties, and it's now 12:09 p.m. Central time.
 5                        EXAMINATION
 6   BY MR. MOHAMMED:
 7        Q.    Dr. Boron, if you need to take a break, just
 8   please let me know so we can pause so we can take that
 9   break.  Okay?
10        A.    Okay.
11        Q.    Yeah, the only thing I ask is that if I'm in
12   the middle of asking a question, you let me finish
13   asking the question, then you answer it before we take
14   that break.  Okay?
15        A.    All right.
16        Q.    Is there anything that will prevent you from
17   thinking and testifying clearly today?
18        A.    No.
19        Q.    Have you taken any medication that would
20   affect your ability to take this deposition?
21        A.    No.
22        Q.    Are you under the influence of any drug or
23   alcohol?
24        A.    No.
```

```
 1        Q.    Do you understand that although there's no
 2   judge present, this is a formal legal proceeding, and
 3   you are under the same legal obligation to tell the
 4   truth?
 5        A.    I do.
 6        Q.    If at any point in time, you do not
 7   understand my question, would you please ask me to
 8   repeat my question?
 9        A.    I will.
10        Q.    All right.  Doctor, what is your occupation?
11        A.    I'm the medical director of burn care at
12   Verical Corporation.
13        Q.    And what is your educational background?
14        A.    I have a medical degree from Florida State
15   University, and I'm board certified in general surgery
16   and surgical critical care.
17        Q.    When you became a doctor, did you take an
18   oath?
19        A.    Yes.
20        Q.    Okay.  And you took an oath to do no harm to
21   your patients and to help them the best you could?
22        A.    Yes.
23        Q.    Was Donovan Johnson your patient on December
24   30th, 2017?
```

1     A.    According to the records I reviewed, yes.

2     Q.    Independent of the record, do you have any

3 independent recollection whether he was your patient?

4     A.    No.

5     Q.    According to the records, he became your

6 patient when he came -- when he was brought to the

7 emergency room on December 30th, 2017.  Is that

8 correct?

9     A.    Correct.

10     Q.    Is that the only time you saw him, or you

11 saw him prior to that?

12     A.    I have no independent recollection of any

13 other encounter.

14     Q.    Okay.  The oath you took when you became a

15 doctor also applied to Mr. Johnson?

16     A.    Yes.

17     Q.    What was the primary purpose of Mr. Johnson

18 -- for you to see Mr. Johnson on December 30th, 2007?

19     A.    He arrived in the trauma bay after an

20 altercation.

21     Q.    And your job as a doctor was to try and make

22 him feel better?

23     A.    My job as a doctor was to treat his medical

24 conditions.

1    Q.    Okay.  Where was he when you first saw him?

2    A.    I don't recall.

3    Q.    And what did you do for him when you first

4    saw him?

5    A.    I don't recall.

6    Q.    Did you review the medical record before

7    testifying today?

8    A.    Yes.

9    Q.    What you perform -- what you did when you

10   saw him on that day, would that have been recorded in

11   the medical report?

12   A.    My overseeing of the residents is reported;

13   my actual interaction and participation is not.

14   Q.    Okay.  Did you actually participate in

15   caring for him on that day?

16   A.    The medical record says I did.

17   Q.    What specifically did you do?

18   A.    A physical exam and part of the history

19   taken.

20   Q.    Other than the physical exam and part of the

21   history taken, did you do anything else for him?

22   A.    I was part of the medical decision-making

23   and treatment plan.

24   Q.    And you said you were part of his history

1  taking, taking his history, right?

2      A.    Yes.

3      Q.    Okay.  In taking his history, what was his

4  medical history he came -- when you had a contact with

5  him on that day?

6      A.    I don't remember my contact with him.  I can

7  read the medical record of the resident who also took

8  his history that I co-signed.

9      Q.    Okay.  And what was his history?

10     A.    He was involved in, I believe a motorcycle

11  -- or some type of motor accident prior with some

12  injuries.  And I would have to look at the rest of the

13  record.  If you give me a second, I'll find it.

14     Q.    That's all you could remember?

15     A.    Off the top of my head, yes.

16     Q.    Why was he brought to the emergency room?

17     A.    He was involved in --

18     MS. JOHNSON:  Objection.  Asked and answered

19  previously.

20     You can go ahead and answer.

21     THE WITNESS:  He was involved in a physical

22  altercation at a Cook County police facility.

23   BY MR. MOHAMMED:

24     Q.    When he came, did you speak to him about his

```
 1   condition at that time?

 2        A.    I don't remember.

 3        Q.    Did you have any notes about his condition

 4   at that time?

 5        A.    When he came in?

 6        Q.    Yes.

 7        A.    Not that are of my writing.

 8        Q.    When he came to the hospital in emergency,

 9   was he diagnosed with anything?

10        A.    He was diagnosed, based on history, with a

11   blunt head injury.

12        Q.    Okay.  Was the diagnosis based on his

13   history or based on the reason he came to the hospital?

14        A.    That diagnosis is based on his report that

15   he lost consciousness.

16        Q.    And did you order that diagnosis?

17        A.    Yes.

18        Q.    What was done in diagnosing him?

19        A.    He received a CT scan of his head and spine.

20        Q.    And did you review the results of the CT

21   scan?

22        A.    The medical record says I did.

23        Q.    And the diagnosis was based on the tests

24   that were performed?
```

1      A.    The diagnosis was based completely on his

2  medical history that he provided.

3      Q.    Did the tests you -- the tests that were

4  performed, did any of the tests contradict the history

5  -- the report that he gave?

6      A.    No, the tests performed contradicted the

7  report he gave.

8      Q.    The tests performed contradicted that?

9      A.    They did not contradict.

10      Q.    Did the tests performed confirm the report

11  he gave?

12      A.    They did not confirm the report he gave.

13      Q.    When Mr. Johnson was brought to the

14  hospital, he came in a stretcher, correct?

15      A.    Per the report on the medical record, yes.

16      Q.    How did he leave the hospital?  Did he leave

17  on a stretcher, or he left on his own?

18      A.    I don't recall.

19      Q.    No?

20      A.    Patient -- no.  I can edit that if you will

21  allow me.

22      Q.    Go ahead.

23      A.    Patients do not leave the hospital on a

24  stretcher.  He would have left the hospital in some

1  type of wheelchair.  All patients leave the hospital in

2  a wheelchair.

3       Q.   Based on your review of the report, is it

4  fair to say when he left, he was --  he left with

5  crutches?

6       MS. JOHNSON:  Objection form.

7       Go ahead and answer.

8       THE WITNESS:  I see no reason that he would have

9  been supplied with crutches, nor do I see it in the

10  record.

11  BY MR. MOHAMMED:

12       Q.   Okay.  Was he referred to a physical

13  therapy?

14       A.   I do not independently recall.

15       Q.   If he was referred to a therapy, would it be

16  recorded in the medical report?

17       A.   Yes.

18       Q.   And that was a part of the medical report

19  that you reviewed, correct?

20       A.   Yes.

21       Q.   What medical report specifically did you

22  review?

23       A.   The reports from the emergency department at

24  Cook County Hospital.

1    Q.    That's it?  You did not review any other
2  medical report concerning Mr. Johnson?
3    A.    No.
4    Q.    Did Mr. Johnson come to the hospital with a
5  head injury?
6    A.    Can you further clarify?
7    Q.    When he came to the hospital, did he report
8  of head injury?
9    A.    Yes.
10    Q.    Did you observe any head injury?
11    A.    He had a small abrasion above his right eye,
12  per the report.
13    Q.    When he came to the hospital, did he report
14  of any back injury?
15    A.    He reported back pain.
16    Q.    Back pain.  Okay.  And did any of the tests
17  that was performed confirm that he had a back injury?
18  Back pain?
19    A.    The tests performed showed he had no
20  surgical instability or injury to his back.
21    Q.    Do you know if he was given any pain
22  medication?
23    A.    He was given pain medication.
24    Q.    Okay.  What medication was he given?

1       A.    I do not independently recall.  If you like,
2  I could review the record.

3       Q.    Go ahead.

4       A.    He was given Tylenol and Baclofen.

5       Q.    Okay.  What do those medication treat?  What
6  are they -- what kind of treatment do they provide?

7       A.    Pain control.

8       Q.    Pain control.  Okay.  And, Doctor, what is a
9  chronic headache?

10      A.    A headache that lasts more than three
11  months.

12      Q.    And is this definition based on your own
13  definition, or that is a standard definition?

14      A.    The definition of chronic is lasts longer
15  than three months.  So chronic headache is a headache
16  that lasts longer than three months.

17      Q.    And that's a standard definition?

18      A.    Yes.

19      Q.    And what is a blunt head trauma?

20      A.    Blunt head trauma is a strike of any force
21  to the head.

22      Q.    And that's the standard definition, or
23  that's your definition?

24      A.    That is my definition.

1     Q.    What is the standard definition?

2     A.    I do not recall.

3     Q.    Can a blunt trauma cause chronic headache?

4     A.    Yes.

5     Q.    You are licensed to practice in the State of

6   Illinois, correct?

7     A.    Yes.

8     Q.    Have you ever had your license suspended in

9   the past?

10    A.    No.

11    Q.    Have you ever been accused of a medical

12  mistake in the past?

13    A.    No.

14    Q.    Have you ever been accused of medical

15  negligence in the past?

16    A.    No.

17    Q.    Have you ever had any disciplinary issues?

18    A.    No.

19    Q.    What is the standard procedure regarding

20  treating a person who is brought to the ER with a blunt

21  head trauma?

22    A.    They get a neurologic exam and a CT scan of

23  their head.

24    Q.    And is that what was done for Mr. Johnson

```
 1   when he came?

 2        A.    Yes.

 3        Q.    Do you currently work for the Stroger

 4   Hospital?

 5        A.    No.

 6        Q.    When last did you work for the Stroger

 7   Hospital?

 8        A.    2019, I believe.

 9        Q.    Is it 2018 or 2019?

10        A.    I do not recall.  I can look at my CV if you

11   would like.

12        Q.    That's okay.  And it was during your time at

13   Stroger Hospital that Mr. Johnson became your patient,

14   correct?

15        A.    Yes.

16        Q.    And at that time, there was a doctor/patient

17   relationship between you and him?

18        A.    Yes.

19        Q.    Does that relationship still exist?

20        A.    Yes.

21        Q.    You no longer work for Stroger Hospital,

22   correct?

23        A.    Correct.

24        Q.    Do you work for Cook County?
```

```
 1      A.    No.
 2      Q.    You were retained by the defense in this
 3  case, correct?
 4      A.    Can you clarify that question?
 5      Q.    Were you retained -- were you hired by the
 6  defense to testify in this deposition?
 7      A.     I was contacted to perform this deposition.
 8  I am receiving no cash in return.
 9      Q.    So you're not getting paid to do it?
10      A.    No.
11      Q.    If this case were to produce -- proceed to
12  trial, you will come in and testify for free?
13      A.    Sure.
14      Q.    Have you ever testified as an expert in a
15  civil rights lawsuit involving personal injury?
16      A.    No.
17      Q.    Would this be your first time?
18      A.    Yes.
19      Q.    How many depositions have you given in the
20  past five years?
21      A.    Four that I can recall.
22      Q.    Okay.  What were they involved?
23      A.    Similar cases with patient and with
24  injuries.
```

1    Q.   Okay.  Were you one of the -- were you a

2  defendant in any of those cases?

3    A.   I was called as a witness to provide my

4  opinion on the medical record that I provided.

5    Q.   Okay.  What is a trauma?

6    A.   Excuse me?

7    Q.   Trauma.  What is a trauma?  What's the

8  definition of a trauma?

9    A.   Trauma is a major injury.

10   Q.   A major injury?  Okay.  Based on your review

11 of the medical -- Mr. Johnson's medical record, what

12 trauma, if any, would you say he sustained on December

13 30th, 2017?

14   A.   Blunt head trauma with loss of

15 consciousness.

16   Q.   And that was the diagnosis he was given when

17 he came there?

18   A.   Yes.

19   Q.   What were your initial observations when you

20 first saw Mr. Johnson?

21   A.   I do not recall, and it's not documented in

22 the medical record.

23   Q.   Doctor, what are subjective complaints?

24   A.   What were the patient's subjective

```
 1  complaints?

 2       Q.    Yeah.

 3       A.    The patient's subjective complaints were

 4  headache, back pain, and numbness on his right side.

 5       Q.    And what were the objective findings?

 6       A.    The abrasion to his right eyebrow.

 7       Q.    And the treatment that was provided was

 8  based on the subjective complaint or the objective

 9  finding?

10       A.    Subjective complaints.

11       Q.    And you said you don't know if physical

12  therapy was ordered, correct?

13       A.    I do not know.  If you would like me to look

14  through the chart, I am happy to.

15       Q.    You can go ahead and look.

16       A.    I do not see an order for physical therapy.

17       Q.    Okay.  You said his diagnosis was based on

18  the -- his subjective complaint, correct?

19       A.    Yes.

20       Q.    And what were those diagnoses?

21       A.    I'm sorry, I don't understand the question.

22       Q.    You said he was diagnosed, right?  Based on

23  the subjective complaint, correct?

24       A.    Yes.
```

1    Q.    Well, what was it diagnosed -- what was he

2  diagnosed of based on the subjective complaint?

3    A.    I believe I already answered this question,

4  but blunt head trauma with LOC.

5    Q.    What does the term conservative care mean to

6  you as a physician?

7    A.    I'm sorry, I didn't understand you.

8    Q.    Term -- conservative term -- conservative

9  care.  What does that mean to you as a physician?

10    A.    That no procedures or interventions would be

11  performed.

12    Q.    And did you attempt to perform a

13  conservative care on Mr. Johnson?

14    A.    I do not see that in my note, but his care

15  was considered conservative care.

16    Q.    When you said he was considered conservative

17  care, what do you mean by that?

18    A.    He did not have any surgery or medical

19  procedure performed.

20    Q.    If he was referred to physical therapy,

21  would that still be considered a conservative care?

22    A.    Yes.

23    Q.    If he was prescribed crutches, would that

24  still be considered conservative care?

```
 1      A.    Yes.
 2      Q.    I'm going to show you what is being marked
 3 as Plaintiff's Exhibit 1.  I'm going to share my screen
 4 with you.  I'm just going to show you.
 5                         (Whereupon Plaintiff's Exhibit
 6                         No. 1 was marked for
 7                         identification by the court
 8                         reporter.)
 9 BY MR. MOHAMMED:
10      Q.    Can you see my screen?  Can you see the
11 screen?
12      A.    Yes.
13      Q.    Okay.  Are you familiar with this document?
14      A.    Yes.
15      Q.    Okay.  What document is that?
16      A.    It's the history and physical of Mr.
17 Johnson.
18      MS. JOHNSON:  Is the document Bates stamped?
19      MR. MOHAMMED:  Yeah.
20      MS. JOHNSON:  Can you read the Bates number into
21 the record, please?  It'd be at the bottom.
22      MR. MOHAMMED:  Yeah.  001234 is what I see.
23      MS. JOHNSON:  That's the top of the document.
24 It'd be at the bottom of the one that you're reading.
```

1   So it's 1235.  Okay.

2         MR. MOHAMMED:  Yes, 1235.  Yeah.

3   BY MR. MOHAMMED:

4         Q.    So is that the document -- you authored this

5   part of the document, correct?

6         A.    No.

7         Q.    You didn't?

8         A.    Everything in this document was performed by

9   the resident until my addendum at the bottom.

10        Q.    Okay.  Would this be your name?

11        A.    That's my name.

12        Q.    Okay.  Would that be the author?

13        A.    That is indicating that I was the final

14   signer of the document.

15        Q.    So you did not author a document with your

16   name on it that says you're the author?

17        A.    My name is on the document because I am the

18   attending surgeon of this document.  The document was

19   written by the resident.

20        Q.    Okay.  The resident wrote loss of

21   consciousness, transient, right?

22        A.    Yes.

23        Q.    Okay.  And this was written immediately upon

24   arrival, correct?

1      A.   I was with -- the patient was seen

2  immediately upon arrival.

3      Q.   Okay.  And it says you were the attending

4  physician?

5      A.   Yes.

6      Q.   It says, "Associated symptoms with neck

7  pain, Amnestic to event and back pain," correct?

8      A.   That's what it says.

9      Q.   Okay.  And did you agree with everything

10  that was written in this document before you signed it?

11      A.   Yes.

12      Q.   Was there any part of it that you did not

13  agree with?

14      A.   If there was, I would have changed it before

15  signing it.

16      Q.   Okay.  Give me a second.  Let me take you to

17  another page.  Page 722 of that same document -- I know

18  you didn't write this, but it's part of the medical

19  record of Mr. Johnson, and it referenced to the

20  incident that occurred on December 30th, 2017.  And do

21  you know -- do you remember when he was discharged?

22      A.   Do I remember?  No.

23      Q.   Is it fair to say he was discharged the

24  following day?

1       A.      I believe he was discharged after 24 hours.

2       Q.      Okay.  Did you read this part of the medical

3   record?  This medical record?  Or you didn't?

4       A.      I do not recall.

5       Q.      Do you have it in front of you?

6       A.      I do.

7       Q.      And you don't know if you ever read it?

8       A.      I don't recall reading this, no.

9       Q.      This document was authored on March 15th,

10  2018, correct?

11      A.      That's what it says.

12      Q.      And that would have been over three months

13  after the incident, correct?

14      A.      Correct.

15      Q.      Is that a note from a physical therapist?

16      A.      It's what it appears to be.

17      Q.      Okay.  Do you have a reason to doubt if this

18  note is from a physical therapist?

19      A.      No.

20      Q.      I'm going to refer you to another page.  And

21  this document also was also authored on January 1st,

22  2018, correct?

23      A.      That's what it says.

24      Q.      That would be right after he was discharged

1  from the hospital, right?

2       A.    That would be -- yes.

3       Q.    Okay.  And I'm also referring you to Page

4  478 of the document.

5       MS. JOHNSON:  What's the Bates number?  That's not

6  necessarily the Bates.  63 --

7       MR. MOHAMMED:  Bates number 00631.

8  BY MR. MOHAMMED:

9       Q.    If you look at the plan, it says, "Physical

10  therapy referral requested for further evaluation."  Is

11  that correct?

12      A.    That is what this author said.

13      Q.    Do you have any reason to doubt that this is

14  correct?

15      A.    I don't understand the question.

16      Q.    Do you have any reason to doubt that what

17  the author wrote in that document is correct?

18      MS. JOHNSON:  Objection, relevance.  Objection,

19  form.  Objection, foundation for this document.

20      Go ahead and answer if you understand.

21      THE WITNESS:  I have no idea.  I don't know who

22  wrote this document or the context of the medical

23  infirmary.

24  BY MR. MOHAMMED:

1      Q.   This document refers to Donovan Johnson,

2  correct?

3      A.   Correct.

4      Q.   First, the date of birth of May 9th, 1991 --

5  1992, correct?

6      A.   That is what it says.

7      Q.   It says it's come from the Cook County

8  Health and Hospital Systems, correct?

9      A.    Correct.

10     Q.   1900 West Polk Street, Chicago 60612,

11  correct?

12     A.   Yes.

13     Q.   And in it, this says the diagnosis of Mr.

14  Johnson and then the plan, correct?

15     A.   That's what it says.

16     Q.   And then with the diagnosis, it says "blunt

17  head trauma, loss of consciousness," correct?

18     A.   That is what it says.

19     Q.   Is that consistent with your diagnosis of

20  him?

21     A.   Yes.

22     Q.   It said it was "injuries, s/p altercation."

23  Is that consistent with your diagnosis and all the

24  information you obtained for Mr. Johnson?

1        A.    I don't know what that is referring to.

2        Q.    And part of the medication that was given to

3   him, was he prescribed Ibuprofen for pain?

4        A.    I don't know.

5        MS. JOHNSON:  Objection.  Mischaracterizes prior

6   testimony.  He never said he was given Ibuprofen.

7        MR. MOHAMMED:  It's a question I'm asking.

8   BY MR. MOHAMMED:

9        Q.    Do you know if he was prescribed Ibuprofen?

10       A.    Not from our facility.

11       Q.    From your facility, specifically, what

12  medications were prescribed for him?

13       A.    I'd have to look at the medical record.

14  Would you like me to?

15       Q.    Yes.

16       A.    He was prescribed no medications from our

17  facility on discharge.

18       Q.    I didn't hear that.  Can you please repeat

19  that?

20       A.    He was prescribed no medications from our

21  facility on discharge.

22       Q.    This report also indicated that he was given

23  crutches.  Do you have reasons to believe that this

24  report is not correct?

1      A.    Again, I have no context for this report

2  other than it's in his chart.

3      Q.    So your testimony today is purely based on

4  the report, not based on your independent recollection,

5  correct?

6      A.    Correct.

7      Q.    And what you are testifying today is based

8  on the part of the reports that you have read, correct?

9      A.    Yes.

10     Q.    But the part of the report that I'm showing

11 you indicated that Mr. Johnson was given crutches,

12 correct?

13     A.    That is what it says.

14     Q.    Part of the report that I'm showing you, it

15 also indicated that Mr. Johnson was prescribed

16 Ibuprofen for pain, correct?

17     A.    By this provider, yes.

18     Q.    Okay.  So with this medication, I think,

19 which had a name, but it says Methocarbamol or

20 Carbomal.  Are you familiar with this medication?

21     A.    Yes.

22     Q.    What is it for?

23     A.    Muscle spasm.

24     Q.    Okay.  And this part of the report also

1    indicated that Mr. Johnson was prescribed this

2    medication, too, correct?

3         A.    That is what it says.

4         Q.    Mr. Johnson, you said -- you indicated that

5    Mr. Johnson complained of back pain, correct?

6         A.    Yes.

7         Q.    Okay.  Did you -- based on your review of

8    the record, did you know if he had any back pain prior

9    to December 30th, 2017?

10        A.    I don't recall seeing anything related to

11   that in the record.

12        Q.    Okay.  Based on your review of the report,

13   do you know if he had any head injury prior to December

14   30th, 2017?

15        A.    The report of the HMP says that he had a

16   whiplash injury of his spine from a prior MVA.

17        Q.    Okay.  How about a head injury?

18        A.    I did not see any record of that.

19        Q.    Okay.  I'm going to refer you to another

20   page of this medical report.  Here, the number is 744,

21   which will be Page 591.  And, Doctor, did you read this

22   part of the report?  Are you familiar with this part of

23   the report?

24        A.    Yes.

1      Q.    You read it?

2      A.    Yes.

3      Q.    Okay.  And this report was authored on

4  February 8th, 2018, correct?

5      A.    That is what it says.

6      Q.    Yeah.  And that would be approximately a

7  little over two months after the incident, after your

8  first encounter with Mr. Johnson, correct?

9      A.    Yes.

10      Q.    And this report was made when Mr. Johnson

11  visited the Cook County Hospital on February 8th, 2018,

12  correct?

13      A.    Can you go down to the bottom of the page?

14  No, that was provided at Cermak Infirmary.

15      Q.    Cermak, right?

16      A.    Yes.

17      Q.    Okay.  And if you look at the comment

18  section about his pain, he said, "I'm having real back

19  pain and neck pain, and it's been hurting really bad.

20  I thought it was from the bed, but it's still been

21  hurting on a level ten, and head aches but won't stop."

22  And this was written on February 8th, 2018, correct?

23  When he was at Cermak?

24      A.    That is what it says.

1    Q.    And I'm also referring you to this part of
2  the report, and the number here is 624, Page 471.  It
3  looks like it's a visit to an ER, correct?

4    A.    That's what it says at the top, yes.

5    Q.    Yeah, okay.  And does it say what he was
6  brought there for?

7    A.    Patient -- per the report, "Patient was
8  brought to Cermak for chronic head case on and off four
9  years."

10    Q.    Okay.  And it says it got worse lately
11  because he was -- he has a trial going on?

12    A.    That is what it says.

13    Q.    And this was actually written on September
14  19th, 2019, correct?

15    A.    Yes.

16    Q.    Okay.  And this would have been almost three
17  years after your first encounter with him, correct?

18    A.    Yes.

19    Q.    This would have been almost after three
20  years after he was diagnosed with a blunt head trauma,
21  correct?

22    A.    Yes.

23    Q.    So other than the reports from the Cook
24  County Health System, did you view any other report or

1 any other medical report about Mr. Johnson?

2     A.    No.

3     Q.    Give me a second.  I'm going to show you a

4 different screen here.  Do you see my screen?

5     A.    Yes.

6                 (Whereupon Plaintiff's Exhibit

7                 No. 2 was marked for

8                 identification by the court

9                 reporter.)

10 BY MR. MOHAMMED:

11     Q.    Are you familiar -- have you had a chance to

12 review this medical record from a different facility?

13     A.    No.

14     Q.    Okay.  Even though you said you've not read

15 it, there are some terms in there.  I would like your

16 help to explain them to us.  Can you read this line

17 here?  The bold line, please.

18     A.    "Intractable migraine without aura or with

19 status migraine" --

20     Q.    What does that mean in layperson's term?

21     A.    I do not know.

22     Q.    You do not know?

23     A.    I do not know.

24     Q.    You do not know what migraine means?

1       A.      I'm not qualified to diagnose a migraine.

2       Q.      Are you qualified to diagnose a head injury?

3       A.      A surgical head injury, yes.

4       Q.      Are you familiar with this medication

5  Sumatriptan?

6       A.      Peripherally, yes.

7       Q.      What is it used in treatment?

8       A.      I believe it is used to treat migraines.

9       Q.      And even though you say you're not familiar

10 with this report, it looks like the report was written

11 on May 22nd, 2021, correct?

12      A.      That is what it says.

13      Q.      That would have been more than four years

14 after your encounter with Mr. Johnson, correct?

15      A.      Yes.

16      Q.      That would have been more than four years

17 after you diagnosed him with blunt head trauma,

18 correct?

19      A.      Yes.

20      Q.      Give me a second.  I'm almost done here.

21 Please.

22      Do you believe your diagnosis of Mr. Johnson -- on

23 December 30th, 2017, did you believe that your

24 diagnosis of him was correct?

```
 1       A.    Yes.

 2       Q.    And was that opinion based on a reasonable

 3  degree of medical certainty?

 4       A.    That diagnosis is a subjective diagnosis

 5  based on the patient's report.

 6       Q.    And was it reasonable -- was it based on a

 7  reasonable degree of medical probability?

 8       A.    Yes.

 9       Q.    You're reading me showing you the history of

10  his headaches all the way from the day you had

11  encounter with him when you diagnosed him and all the

12  way to over four years.  Is it fair to characterize his

13  headache as chronic, based on your definition?

14       A.    Yes.

15       Q.    Okay.  It's your opinion that Mr. Johnson's

16  headache was chronic based on a reasonable degree of

17  medical probability?

18       A.    Based on the results and the medical charts

19  you have shown me is how I'm basing my opinion.

20       Q.    And as your opinion, do you believe your

21  opinion to be correct?

22       A.    Yes.

23       Q.    I guess my question is, do you believe your

24  opinion that his headache is chronic to be correct?  Is
```

1  that your belief?

2       A.    I have not seen the patient in a treatment

3  for a headache, so I am unable to provide a diagnosis

4  for him.

5       Q.    But based on your review of the medical --

6  because everything you've testified to today is purely

7  based on the medical report, correct?

8       A.    Correct.

9       Q.    Based on all the information you have

10  reviewed with me in the medical report, it's your

11  opinion that his headache is chronic, correct?

12       A.    I have no opinion based on other people's

13  exams of this patient.

14       Q.    But you did define what a chronic headache

15  is, correct?

16       A.    Correct.

17       Q.    And your definition was that a headache

18  lasted more than three months, correct?

19       A.    Correct.

20       Q.    And you -- and I've shown you from the

21  medical report that this headache has lasted more than

22  four years, correct?

23       A.    Per the medical report.

24       Q.    Okay.  And per the medical report, is it

1  fair to say that that is a chronic headache?

2      MS. JOHNSON:  Objection.  Form.

3      Go ahead.

4      THE WITNESS:  Per the medical report, the patient

5  has a chronic headache.

6  BY MR. MOHAMMED:

7      Q.    And you have no basis from the medical

8  report to believe that he had chronic headache prior to

9  your encounter with him, correct?

10     A.    I have no basis for that.

11     Q.    And even though you said you did not order

12 it, per the medical report, he was also in Cermak for

13 physical therapy for his back injury, correct?

14     A.    Per the medical report.

15     Q.    Per the medical report, correct?

16     A.    Per the medical report.

17     Q.    Okay.  How many pages of the record did you

18 review before testifying today?

19     A.    I looked over the entire 1,285 pages of the

20 Cook County record and read carefully the records that

21 involve the ER stay.

22     Q.    Did you make notes concerning Mr. Johnson's

23 medical record?

24     A.    No.

1      Q.    Did you discuss the medical record with the

2  defense attorney in this case?

3      A.    No.

4      Q.    Did you speak with the defense attorney at

5  all regarding the medical records?

6      A.    Just that she would be providing them to me.

7      Q.    Did you speak with the defense attorney at

8  all about the content of what your testimony will be

9  today?

10     A.    We had a meeting at 10:30 this morning to

11 discuss what the deposition would entail.

12     Q.    Okay.  Did you text -- did you send text

13 message, emails, or otherwise any electronic

14 communication to the defense counsel regarding this

15 case?

16     A.    We communicated by email to set up the

17 deposition.

18     Q.    Other than the email to set up the

19 deposition, did you discuss anything?

20     A.    No.

21     Q.    You indicated that Mr. Johnson was not

22 prescribed any medication from your facility when he

23 came there, correct?

24     A.    Correct.

1      Q.    Okay.  So it is your testimony that he came

2   there, and you diagnosed him with a blunt head trauma,

3   and then you discharged him home -- sent him back to

4   custody without any medication, correct?

5      A.    Correct.

6      Q.    Give me one second.  One second.

7      All right.  I'm going to direct your attention to

8   one final page of this document.  Are you familiar with

9   this document?  And the number here is 573.  Are you

10  familiar with this part of the report?

11     A.    I looked over it.

12     Q.    Okay.  Was this report written on December

13  31st, 2017?

14     A.    That's what it says.

15     Q.    Is that the discharge synopsis of

16  Mr. Johnson?

17     A.    That's what it says.  I don't know

18  what A-U-M-A is.

19     Q.    Okay.  And this part of the discharge

20  synopsis -- 575, that was the number -- does this say

21  discharge medications?

22     A.    Yes.

23     Q.    And can you read the first line?

24     A.    Ibuprofen 600 Q 6 hours.

 1      Q.    Okay.  Is it fair to say that when he was

 2  discharged, he was given Ibuprofen 600 milligrams?

 3      A.    Who authored this document?

 4      Q.    You want to know who authored the document?

 5  It says Victor Pelaez, MD.

 6      A.    I don't know who that is or where this is.

 7  This isn't the discharge summary that we provide from

 8  our facility.

 9      Q.    This isn't the discharge summary you

10  provided?

11      A.    No, ours is later in this document.

12      Q.    What page is yours?

13      A.    Our page is 1090 on there.

14      Q.    That would be yours?

15      A.    Yes.

16      Q.    Okay.  Do you see the discharge medications

17  on yours?  That will be number 1243.

18      A.    Yes.

19      Q.    Okay.  Can you please read the first

20  sentence?

21      A.    Continue the following medications Ibuprofen

22  600 milligrams Q 6 hours.

23      Q.    Okay.  So was Mr. Johnson prescribed

24  medication when he came to your facility?

```
 1     A.    No.

 2     Q.    No?

 3     A.    Uh-uh.

 4     Q.    Your answer is no after reading your own

 5 report?

 6     A.    Yes.  It says, "Continue taking the

 7 following medications."  Meaning he already has it and

 8 was already taking it.

 9     Q.    Was he given medication when he came to your

10 facility?

11     A.    He was given medication while he was part of

12 our facility.  He did not leave with a prescription.

13     Q.    So when he left, he continued to take

14 medication, correct?

15     A.    Yes.

16     Q.    And what medication was there?

17     A.    What I just mentioned.  Ibuprofen 600

18 milligrams Q 6 hours.

19     Q.    And that is for pain?

20     A.    Yes.

21     MR. MOHAMMED:  Nothing further.  At this point.

22     MS. JOHNSON:  I'd like to take a five-minute break

23 before I get my line of questioning.

24     THE WITNESS:  That's fine by me.  Thank you.
```

```
 1      MS. JOHNSON:  We'll be back in five minutes.
 2      THE COURT REPORTER:  Off the record at 1:17.
 3                          (Whereupon a short recess was
 4                          taken.)
 5      THE COURT REPORTER:  On the record at 1:26.
 6                      EXAMINATION
 7      Q.    So I'm going to ask you a few questions just
 8  to go back over a little bit over your background.  So
 9  I believe you said that you had a medical degree.  Is
10  that correct?
11      A.    Yes.
12      Q.    And where was your medical degree from?
13      A.    Florida State University.
14      Q.    And did you specialize in any particular
15  area of medicine?
16      A.    A medical degree is generic.
17      Q.    It's generic.  After you got your medical
18  degree, did you specialize in any particular area of
19  medicine?
20      A.    I did general surgery training for five
21  years, and then I did two years of training in trauma,
22  critical care, and burns at Cook County.
23      Q.    And are you board certified?
24      A.    I'm board certified in general surgery and
```

1  surgical critical care.

2     Q.    And what is required to obtain board

3  certification in your specialties?

4     A.    An oral examination and a written

5  examination and maintenance of certification every ten

6  years.

7     Q.    And when you become licensed as a doctor,

8  are there certain common levels that you're required to

9  pass through after you graduate medical school?

10    A.    A license to become a doctor is also a

11  generic state-level license.

12    Q.    When you graduate from medical school, are

13  there certain areas you would have to pass through,

14  like an intern and attending, like, certain -- those

15  certain levels?

16    A.    I believe the qualifications now are one

17  year of supervised practice, so internship level and

18  completion of an exam.

19    Q.    Were you ever a resident?

20    A.    I was a resident for five years in Atlanta

21  in general surgery.

22    Q.    Did you have any fellowships?

23    A.    I did fellowships at Cook County for two

24  years in critical care, trauma, and burn.

1      Q.     And were you ever an attending anywhere?

2      A.     Been in attending at multiple places,

3   including Cook County, St. Francis, Wellstar Kennestone

4   in Atlanta, Health First in Melbourne, Florida.

5      Q.     And when you were practicing as a medical

6   doctor, prior to meeting a patient for the first time,

7   did you review their medical chart?

8      A.     In my specialty, usually not.

9      Q.     And can you explain further what you mean by

10  in your specialty?

11     A.     In my specialty, the patients arrive in

12  extremis.  We don't know who they are before their

13  arrival, so there's no chance to examine their medical

14  record before my encounter with them.

15     Q.     Do you typically do a medical history with

16  them if you have a chance?

17     A.     If there is a chance.

18     Q.     When being provided a patient's medical

19  history, who do you typically get that information

20  from?  Is it the patient, or?

21     A.     It varies depending on the patient's level

22  of consciousness and their extremis.  It can be

23  provided by the patient.  It can be provided by the

24  patient's family.  It can be provided by the medical

1    record.

2        Q.    Is there any way for you to verify that

3    patient's medical history?

4        A.    Unless they are entered accurately into a

5    medical record and the medical record exists already at

6    that hospital, no.

7        Q.    So you take whatever information is given as

8    being true?

9        A.    Yes.

10       Q.    And as a medical doctor, you're allowed to

11   diagnose a patient, correct?

12       A.    Yes.

13       Q.    And you would be allowed to prescribe

14   medication and administer treatments.  Is that correct?

15       A.    Yes.

16       Q.    And you would also be allowed to refer a

17   patient to another provider or to perform a procedure

18   if needed.  That's correct?

19       A.    That's correct.

20       Q.    Would a licensed practical nurse be able to

21   perform the same duties as you?

22       A.    No.

23       Q.    Why is that?

24       A.    A licensed practical nurse does not have the

1  ability to independently practice.  They are required
2  to work with an RN.  And even that, they are -- RNs are
3  required to follow physician or nurse practitioner or
4  physician assistant orders for their care.
5      Q.   So a licensed practical nurse would not be
6  able to diagnose a patient, correct?
7      A.   Correct.
8      Q.   And a licensed practical nurse would not be
9  able to evaluate a patient in order to create a
10 treatment plan for them.  Is that correct?
11     A.   That is correct.
12     Q.   And this is based on the education and years
13 in training and degrees needed in order to perform
14 these duties, correct?
15     A.   Correct.
16     Q.   And it would be your opinion, based on your
17 education, training, and experience, that a licensed
18 practical nurse would not be able to perform these
19 duties, correct?
20     A.   Can you reframe what these duties are?
21     Q.   The duties of diagnosing a patient or
22 providing them a treatment plan.
23     A.   Licensed practical nurses are not able to
24 diagnose or treat patients.

1      Q.     And based on your review of the medical
2   records, when did you first meet Mr. Johnson, the
3   plaintiff in this case?
4      A.     12/30/2017.
5      Q.     And prior to meeting with Mr. Johnson, would
6   you have received a copy of his medical records?
7      A.     No.
8      Q.     And based on your review of the medical
9   records, why were you treating or evaluating
10  Mr. Johnson?
11     A.     Mr. Johnson had a physical altercation while
12  in custody and lost consciousness, and our agreement
13  within the health system is those patients come to us
14  to be evaluated.
15     Q.     And when treating and evaluating a patient,
16  is it your normal habit to document both the subjective
17  and objective points of view?
18     A.     Yes.
19     Q.     And during your review of the medical
20  records of the treatments and evaluations of
21  Mr. Johnson from December 30th of 2017, did you see any
22  diagnosis for Mr. Johnson for any issues related to his
23  back or spine?
24     A.     Past medical history he provided the

1  resident was a motor vehicle crash, two separate motor

2  vehicle accidents one year prior, and a second --

3  another year prior, with no medical history except for

4  back pain connected to those motor vehicle crashes.

5      Q.    Did you or your resident, after getting that

6  medical history, provide any further diagnosis related

7  to his back or spine?

8      A.    I do not believe so.

9      Q.    During your evaluation and treatment of

10  Mr. Johnson on December 30th of 2017, were any tests

11  ran on Mr. Johnson?

12      A.    I'm sorry, the connection broke there.

13      Q.    On December 30th of 2017, were any tests ran

14  on Mr. Johnson?

15      A.    He received a chest X-ray, a pelvis X-ray, a

16  CT of his head, a CT of his neck, a CT of his thoracic

17  and lumbar spine, and CTs of his chest, abdomen, and

18  pelvis.  He also received a flexion-extension X-ray

19  prior to discharge.

20      Q.    And what were the results of these tests?

21  Did anything come back abnormal?

22      A.    There were no abnormal findings in any of

23  the tests.

24      Q.    And what does CT stand for?

```
 1        A.    Computerized tomography, I believe.
 2        Q.    And what is a CT test typically ran for?
 3        A.    A CT test is run for a myriad of
 4  indications.  It is a circular X-ray that is able to
 5  look inside the body.
 6        Q.    And you said that a CT test was ran for his
 7  head.  That's correct?
 8        A.    That's correct.
 9        Q.    And why was this test ran for his head?
10        A.    Because of the report of loss of
11  consciousness.
12        Q.    And this was -- and this report was given by
13  the plaintiff, Mr. Johnson?
14        A.    I believe so.
15        Q.    And this was a subjective report, correct?
16        A.    Yes.
17        Q.    And after the CT test was ran, what was the
18  result?
19        A.    No acute traumatic process.
20        Q.    And what does that mean?
21        A.    It means that nothing was found abnormal
22  within the test.
23        Q.    And after this test was ran and nothing
24  abnormal was found, was he discharged?
```

1     A.    Because he lost consciousness, he was

2  observed for 24 hours and then discharged.

3     Q.    After he was observed for 24 hours, what was

4  the result of his observation?

5     A.    He had no abnormal findings during his

6  observation, so he was discharged.

7     Q.    And this was all noted in his chart?

8     A.    Yes.

9     Q.    And, in your opinion, would an LPN be able

10  to diagnose any sort of issue related to a head injury?

11     A.    An LPN is not provided the ability to

12  diagnose something.

13     Q.    And even if an LPN reviewed medical records

14  such as yours or another doctor, would they be able to

15  make this determination without first speaking with

16  another medical doctor or specialist in the field

17  regarding the issue?

18     A.    The only people currently able to diagnose a

19  patient within our medical institution are doctors,

20  nurse practitioners, and physician assistants.

21     Q.    So an LPN would not be able to diagnose Mr.

22  Johnson with any sort of medical-related issue?

23     A.    No.

24     Q.    I am going to show you what I'm going to

1   mark as Defendant's Exhibit 1.  Can you see my screen?

2                          (Whereupon Defendant's Exhibit

3                          No. 1 was marked for

4                          identification by the court

5                          reporter.)

6        THE WITNESS:  I can.

7   BY MS. JOHNSON:

8        Q.    This is Bates stamped page, Johnson,

9   D20CV6500627.  Can you read the date of this document

10  highlighted?

11       A.    1/2/2018.

12       Q.    And can you read the author of this

13  document?

14       A.    Trysha M. Clary, M.D.

15       Q.    And this would have been a few days after

16  Mr. Johnson was discharged from Stroger, correct?

17       A.    Correct.

18       Q.    And I'm scrolling to the next page, which is

19  628 of the same document.  And I believe that this was

20  already previously shared by counsel, but this is where

21  plaintiff had already been outside of your care.  Is

22  that correct?

23       A.    Yes.

24       Q.    And this was back when he was in the care of

 1  the correctional facility, correct?

 2       A.    Correct.

 3       Q.    And in this document, it lists that

 4  plaintiff already had back pain prior, starting a year

 5  ago.  Is that correct?

 6       A.    That is what it says.

 7       Q.    And then if I scroll down in the same

 8  document authored by the doctor down to 631, which

 9  defendant's (sic) counsel showed previously, plaintiff

10  was given crutches, but this was also outside of your

11  care, correct?

12       A.    Correct.

13       Q.    And this was also days after you had seen

14  him, correct?

15       A.    Yes.

16       Q.    Okay.  I'm also going to share one other

17  page with you from the same history of plaintiff.  Can

18  you read the date on this note?

19       A.    10/12/2017?

20       Q.    And you stated already for the record that

21  you had previously reviewed the Cook County Health

22  medical records, correct?

23       A.    Correct.

24       Q.    And can you define for me what a hematoma

1    is?

2        A.    A hematoma is a collection of blood under

3    the skin.

4        Q.    And are there different ways that a hematoma

5    can happen?

6        A.    Yes.  It is usually caused by some type of

7    force exerted against the skin.

8        Q.    So can a hematoma be formed by some sort of

9    trauma?

10        A.    Yes.

11        Q.    And here, could a hematoma be caused by some

12    sort of blunt trauma in a fight?

13        A.    Yes.

14        Q.    And in this nursing note, it states that

15    this hematoma was on the plaintiff, Donovan Johnson's,

16    rear side of his head.  Is that correct?

17        A.    It says hematoma to the rear of the left

18    side of the head.

19        Q.    And October of 2017 would have been prior to

20    when you would have saw him, correct?

21        A.    Yes.

22        Q.    I'm going to stop sharing my screen.

23        And based on your review of the medical records

24    with defendant's -- or plaintiff's counsel prior, you

1  stated that it appeared that Mr. Johnson had a chronic

2  headache, correct?

3      A.    Yes.

4      Q.    And you also stated that -- previously that

5  it didn't appear that he had any head injury prior to

6  when you saw him, correct?

7      A.    Not that he disclosed.

8      Q.    Not that he disclosed.  But reviewing the

9  record with me now, it appears that he had an injury in

10  October of 2017, which was prior to you seeing him,

11  correct?

12      A.    That's what the record states.

13      MS. JOHNSON:  Nothing further from counsel at this

14  time.

15                      EXAMINATION

16  BY MR. MOHAMMED:

17      Q.    Quickly.  So let me start with the hematoma,

18  the left side of his head.  When you had encounter with

19  Mr. Johnson on December 30th, 2017, you observed his

20  body, didn't you?

21      A.    Yes.

22      Q.    Okay.  When you observed his body, did you

23  observe his head?

24      A.    Yes.

Boxton James - 04/12/2023

```
 1      Q.   Did you observe any sign of injury to the
 2  back -- to the left side of his head?
 3      A.   I'll have to review the records.  Hold on.
 4  No.
 5      Q.   Did you diagnose him with hematoma to the
 6  left side of his head?
 7      A.   No.
 8      Q.   So is a nurse practitioner qualified to
 9  diagnose a patient?
10      A.   Yes.
11      Q.   Is a nurse practitioner qualified to treat a
12  patient?
13      A.   Yes.
14      Q.   And how long have you been a doctor?
15      A.   Twenty-four years?  No.
16      Q.   Twenty-four --
17      A.   No.  Correct.  Fourteen.
18      Q.   In your 14 years of being a doctor, have you
19  ever diagnosed a patient with a headache?
20      A.   No.
21      Q.   In 14 years of being a doctor, have you ever
22  treated a patient for headache?
23      A.   Not that I can think of.
24      Q.   So when Mr. Johnson came to your facility on
```

1  December 30th, 2017, you testified earlier that he was

2  given Ibuprofen, right?

3       A.    Yes.

4       Q.    Who prescribed that Ibuprofen?

5       A.    I don't recall.  Somebody on my team,

6  probably.

7       Q.    Would that be you?

8       A.    No.

9       Q.    In your opinion, why would you think

10 somebody on your team would give Mr. Johnson Ibuprofen?

11      MS. JOHNSON:  Objection, speculation.  Objection,

12 form.

13      Go ahead.

14      THE WITNESS:  Because he was complaining of pain.

15 BY MR. MOHAMMED:

16      Q.    Do you have a reason to believe he was not

17 in pain?

18      A.    No.

19      Q.    As a doctor, you are not able to see pain,

20 correct?

21      A.    Correct.

22      Q.    Are you able to tell when someone is in

23 pain?

24      A.    Sometimes.

1    Q.    And how are you able to determine when
2   someone is in pain?
3    A.    They either relate it to you, or they show
4   signs of extremis.
5    Q.    When you observed Mr. Johnson, did he show
6   signs of pain?
7    A.    I don't recall.
8    Q.    Did he relate to you that he had pain?
9    A.    I don't recall.
10   Q.    But you did document your observations of
11  him, correct?
12   A.    Yes.
13   Q.    In your documentation, did you indicate that
14  he had -- he showed no sign of pain?
15   A.    I documented that he had tenderness along
16  his entire spine.
17   Q.    And that is based on your -- how did you
18  arrive at that conclusion?
19   A.    By touching his spine.
20   Q.    Is there a specific qualification for
21  reading a medical report?
22   A.    For reading a medical report?
23   Q.    Yeah, just reading a medical report,
24  reporting what it says.  Is there a specific

```
 1  qualification for that?

 2       A.    I do not know.

 3       Q.    Must someone be a medical doctor to be able

 4  to read a medical report?

 5       A.    No.

 6       Q.    Must someone be an RN to be able to read a

 7  medical report?

 8       A.    I don't know.

 9       Q.    Can an LPN read a medical report?

10       A.    I don't know.

11       Q.    You don't know?

12       A.    I don't know what an LPN's qualifications

13  are.

14       Q.    Have you ever worked with an LPN in your 14

15  years as a medical doctor?

16       A.    Peripherally.

17       Q.    Have you ever?

18       A.    Peripherally.

19       Q.    Okay.  And during the time that you have

20  worked with LPN, have you ever had to task them with

21  reading medical reports?

22       A.    Ever had to test them?

23       Q.    Task.  Task.  Give the -- read the report --

24       A.    No.
```

```
 1        Q.   -- of a patient's chart.  Are LPNs trained
 2   to read patient chart?
 3        A.   I don't know.
 4        Q.   Okay.  Give me a second.  The Plaintiff's
 5   Exhibit 2 that I previously showed you, all right --
 6   and when I previously showed you, you said you're not
 7   familiar with it, correct?
 8        A.   Correct.
 9        Q.   But it shows that it has Mr. Johnson's name
10   on top of it, correct?  Donovan Johnson, correct?
11        A.   Correct.
12        Q.   And it has his date of birth of May 9th,
13   1999.
14        A.   Correct.
15        Q.   This is Melrose Park Primary Care, right?
16        A.   Yes.
17        Q.   The person who actually made this report, it
18   says the person's name is Kristen (sic) Kroschel.  It's
19   a nurse practitioner.
20        A.   That is what it says.
21        MR. MOHAMMED:  All right.  Nothing further.
22        MS. JOHNSON:  Nothing further.
23        THE COURT REPORTER:  Would anyone like the
24   transcript?
```

```
 1        MS. JOHNSON:  Yes, you can send me one.

 2        MR. MOHAMMED:  I'll be calling you guys.  I still

 3   have some few others to order, so I'll be there.  I'll

 4   be calling you.

 5        THE COURT REPORTER:  Okay.  Off the record at

 6   01:53 p.m.

 7                              (Whereupon the deposition

 8                              adjourned.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1              DIGITALLY SIGNED CERTIFICATE

 2      THOMPSON REPORTERS hereby certify that the

 3  attached pages represent an accurate transcript of the

 4  electronic sound recording of the remote

 5  videoconference proceedings in the United States

 6  District Court for the Northern District of Illinois

 7  Eastern Division, in the matter of:

 8

 9              CASE NO.:  20 CV 6500

10              DONOVAN JOHNSON

11                    v.

12              SGT. ANDERSON ET AL.

13

14

15      By:

16      Colleen Callahan-Poley

17      _____

18      COLLEEN CALLAHAN-POLEY, CET #1250

19      Thompson Court Reporters, Inc.

20

21

22

23

24
```

Boron, James - 04/14/2023

**0**

001234 22:22
00631 26:7
01:53 60:6

**1**

1 22:3,6 51:1,3
1,285 37:19
1/2/2018 51:11
10/12/2017 52:19
1090 40:13
10:30 38:10
12/30/2017 47:4
1235 23:1,2
1243 40:17
12:08 4:15
12:09 6:4
14 55:18,21 58:14
14th 4:14
15th 25:9
1900 27:10
1991 27:4
1992 27:5
1999 59:13
19th 32:14
1:17 42:2
1:26 42:5
1st 25:21

**2**

2 33:7 59:5
20 5:19
2007 8:18
2017 7:24 8:7 19:13
  24:20 30:9,14 34:23
  39:13 47:21 48:10,
  13 53:19 54:10,19
  56:1
2018 17:9 25:10,22
  31:4,11,22
2019 17:8,9 32:14
2021 34:11
2023 4:15
22nd 34:11

**3**

30th 7:24 8:7,18
  19:13 24:20 30:9,14
  34:23 47:21 48:10,
  13 54:19 56:1
31st 39:13

**4**

471 32:2
478 26:4

**5**

573 39:9
575 39:20
591 30:21

**6**

6 39:24 40:22 41:18
600 39:24 40:2,22
  41:17
60612 27:10
624 32:2
628 51:19
63 26:6
631 52:8
6500 5:19

**7**

722 24:17
744 30:20

**8**

8th 31:4,11,22

**9**

9th 27:4 59:12

**A**

A-U-M-A 39:18
abdomen 48:17

24 25:1 50:2,3

ability 6:20 46:1
  50:11
able 45:20 46:6,9,
  18,23 49:4 50:9,14,
  18,21 56:19,22 57:1
  58:3,6
abnormal 48:21,22
  49:21,24 50:5
about 10:24 11:3
  30:17 31:18 33:1
  38:8
above 14:11
abrasion 14:11 20:6
accident 10:11
accidents 48:2
accordance 6:1
According 8:1,5
accurately 45:4
accused 16:11,14
aches 31:21
actual 9:13
actually 9:14 32:13
  59:17
acute 49:19
addendum 23:9
adjourned 60:8
administer 45:14
affect 6:20
after 5:11 8:19 25:1,
  13,24 31:7 32:17,
  19,20 34:14,17 41:4
  42:17 43:9 48:5
  49:17,23 50:3 51:15
  52:13
Again 5:20 29:1
against 53:7
ago 52:5
agree 4:8 24:9,13
agreement 6:3
  47:12
ahead 10:20 12:22
  13:7 15:3 20:15
  26:20 37:3 56:13
alcohol 6:23
all 4:5 6:4,15 7:10
  10:14 13:1 27:23
  35:10,11 36:9 38:5,
  8 39:7 50:7 59:5,21
allow 12:21

allowed 45:10,13,16
almost 32:16,19
  34:20
along 57:15
already 21:3 41:7,8
  45:5 51:20,21 52:4,
  20
also 5:3,23 8:15 10:7
  25:21 26:3 28:22
  29:15,24 32:1 37:12
  43:10 45:16 48:18
  52:10,13,16 54:4
altercation 8:20
  10:22 27:22 47:11
although 7:1
am 18:8 20:14 23:17
  36:3 50:24
Amnestic 24:7
an 7:17,20 8:19
  18:14 20:16 32:3
  43:4,14,18 44:1
  46:2 50:9,11,13,21
  54:9 58:6,9,12,14
and 4:5,10,15,19
  5:3,5,12,20,21 6:2,
  4,17 7:2,13,15,16,
  20,21 8:21 9:3,13,
  18,20,23,24 10:9,
  12,18,20 11:16,19,
  20,23 13:7,18 14:16
  15:4,8,12,17,19,22
  16:22,24 17:12,16,
  17 18:12,23 19:16,
  21 20:4,5,7,11,15,
  20 21:12 22:16
  23:23 24:3,7,9,19,
  20 25:7,12,20 26:3,
  20 27:8,13,14,16,23
  28:2 29:7,24 30:21
  31:3,6,10,17,19,21,
  22 32:1,2,5,8,10,13,
  16 34:9 35:2,6,11,
  18,20 36:17,20,24
  37:7,11,20 39:2,3,9,
  19,23 41:7,16,19
  42:12,14,21,22,23,
  24 43:2,4,5,7,14,17,
  24 44:1,5,9,22 45:5,
  10,13,14,16 46:2,8,
  12,13,16,17 47:1,5,
  8,12,15,17,19,20
  48:2,9,17,20,24
  49:2,6,9,12,15,17,

20,23 50:2,7,9,13,
  20 51:12,15,18,19,
  24 52:3,7,13,20,24
  53:4,11,14,19,23
  54:4 55:14 57:1,17
  58:19 59:6,12

Anderson 4:14 5:18

another 24:17 25:20
  30:19 45:17 48:3
  50:14,16

answer 6:13 10:20
  13:7 26:20 41:4

answered 10:18
  21:3

any 6:19,22 7:6 8:2,
  12 11:3 12:4 14:1,
  10,14,16,21 15:20
  16:17 19:2,12 21:18
  24:12 26:13,16
  30:8,13,18 32:24
  33:1 38:13,22 39:4
  42:14,18 43:22 45:2
  47:21,22 48:6,10,
  13,22 50:10,22 54:5
  55:1

anyone 59:23

anything 6:16 9:21
  11:9 30:10 38:19
  48:21

anywhere 44:1

appear 6:3 54:5

appeared 54:1

appears 25:16 54:9

applied 8:15

approximately 31:6

April 4:14

are 4:4 6:22 7:3 11:7
  15:6 16:5 19:23
  22:13 29:7,20 30:22
  33:11,15 34:2,4
  39:8,9 42:23 43:8,
  12,16 44:12 45:4
  46:1,2,20,23 50:19
  53:4 56:19,22 57:1
  58:13 59:1

area 42:15,18

areas 43:13

arrival 23:24 24:2
  44:13

arrive 44:11 57:18

arrived 8:19

as 5:11,13 8:21,23
18:14 19:3 21:6,9
22:3 35:13,20 43:7
44:5 45:7,10,21
50:14 51:1 56:19
58:15

ASA 5:2

ask 4:5 6:11 7:7
42:7

Asked 10:18

asking 6:12,13 28:7

assistant 46:4

assistants 50:20

Associated 24:6

at 4:5 7:6,11 10:12,
22 11:1,4 13:23
17:10,12,16 22:21,
24 23:9 26:9 28:13
31:14,17,23 32:4
38:4,7,10 41:21
42:2,5,22 43:3
44:2 45:5 54:13
57:18 60:1

Atlanta 43:20 44:4

attempt 21:12

attending 23:18
24:3 43:14 44:1,2

attention 39:7

attorney 38:2,4,7

aura 33:18

author 23:12,15,16
26:12,17 51:12

authored 23:4 25:9,
21 31:3 40:3,4 52:8

_____

B

back 14:14,15,16,
17,18,20 20:4 24:7
30:5,8 31:18 37:13
39:3 42:1,8 47:23
48:4,7,21 51:24
52:4 55:2

background 7:13
42:8

Baclofen 15:4

bad 31:19

based 11:10,12,13,
14,23 12:1 13:3
15:12 19:10 20:8,
17,22 21:2 29:3,4,7

30:7,12 35:2,5,6,13,
16,18 36:5,7,9,12
46:12,16 47:1,8
53:23 57:17

basing 35:19

basis 37:7,10

Bates 22:18,20 26:5,
6,7 51:8

bay 8:19

be 4:7 13:15 18:17
21:10,21,24 22:21,
24 23:10,12 25:16,
24 26:2 30:21 31:6
35:21,24 38:6,8
40:14,17 42:1
44:22,23,24 45:13,
16,20 46:5,8,16,18
47:14 50:9,14,21
53:8,11 56:7 58:3,6
60:2,3,4

became 7:17 8:5,14
17:13

because 23:17 32:11
36:6 49:10 50:1
56:14

become 43:7,10

bed 31:20

been 5:12 9:10 13:9
16:11,14 25:12
31:19,20 32:16,19
34:13,16 44:2
51:15,21 53:19
55:14

before 6:13 9:6
24:10,14 37:18
41:23 44:12,14

begin 5:15

Beginning 4:17

begins 4:12

being 5:24 22:2
44:18 45:8 55:18,21

belief 36:1

believe 10:10 17:8
21:3 25:1 28:23
34:8,22,23 35:20,23
37:8 42:9 43:16
48:8 49:1,14 51:19
56:16

best 7:21

better 8:22

between 17:17

birth 27:4 59:12

bit 42:8

blood 53:2

blunt 11:11 15:19,
20 16:3,20 19:14
21:4 27:16 32:20
34:17 39:2 53:12

board 7:15 42:23,24
43:2

body 49:5 54:20,22

bold 33:17

Boron 4:13 5:4,10,
17,22 6:7

both 47:16

bottom 22:21,24
23:9 31:13

break 6:7,9,14
41:22

broke 48:12

brought 8:6 10:16
12:13 16:20 32:6,8

burn 7:11 43:24

burns 42:22

but 21:4,14 24:18
29:10,19 31:20,21
36:5,14 51:20 52:10
54:8 57:10 59:9

by 6:3,6 10:23 13:11
18:2,5 21:17 22:7,9
23:3,8,19 26:8,24
28:8 29:17 33:8,10
37:6 38:16 41:24
44:9,23,24 49:12
51:4,7,20 52:8 53:6,
8,11 54:16 56:15
57:19

_____

C

Callahan 4:16

called 5:11 19:3

calling 60:2,4

came 8:6 10:4,24
11:5,8,13 12:14
14:7,13 17:1 19:17
38:23 39:1 40:24
41:9 55:24

can 6:8 10:6,20
12:20 14:6 16:3
17:10 18:4,21 20:15
22:10,20 28:18

31:13 33:16 39:23
40:19 44:9,22,23,24
46:20 51:1,6,9,12
52:17,24 53:5,8
55:23 58:9 60:1

Carbomal 29:20

care 7:11,16 21:5,9,
13,14,15,17,21,24
42:22 43:1,24 46:4
51:21,24 52:11
59:15

carefully 37:20

caring 9:15

case 4:22 5:17,18,22
18:3,11 32:8 38:2,
15 47:3

cases 18:23 19:2

cash 18:8

cause 16:3

caused 53:6,11

Central 4:15 6:4

Cermak 31:14,15,23
32:8 37:12

certain 43:8,13,14,
15

certainty 35:3

certification 43:3,5

certified 7:15 42:23,
24

challenge 4:8

challenging 4:4

chance 33:11 44:13,
16,17

changed 24:14

characterize 35:12

chart 20:14 29:2
44:7 50:7 59:1,2

charts 35:18

chest 48:15,17

Chicago 27:10

chronic 15:9,14,15
16:3 32:8 35:13,16,
24 36:11,14 37:1,5,
8 54:1

circular 49:4

civil 6:1 18:15

clarify 14:6 18:4

Clary 51:14

clearly 4:5 6:17

co-signed 10:8

collection 53:2

Colleen 4:16

come 14:4 18:12
27:7 47:13 48:21

comment 31:17

common 43:8

communicated
38:16

communication
38:14

complained 30:5

complaining 56:14

complaint 20:8,18,
23 21:2

complaints 19:23
20:1,3,10

completely 12:1

completion 43:18

Computerized 49:1

concerning 14:2
37:22

conclusion 57:18

condition 11:1,3

conditions 8:24

conducted 5:24

conference 4:12

confirm 12:10,12
14:17

connected 48:4

connection 48:12

consciousness 11:15
19:15 23:21 27:17
44:22 47:12 49:11
50:1

conservative 21:5,8,
13,15,16,21,24

considered 21:15,
16,21,24

consistent 27:19,23

contact 10:4,6

contacted 18:7

content 38:8

context 26:22 29:1

Continue 40:21 41:6

continued 41:13

contradict 12:4,9
contradicted 12:6,8
control 15:7,8
Cook 10:22 13:24
  17:24 27:7 31:11
  32:23 37:20 42:22
  43:23 44:3 52:21
copy 47:6
Corporation 7:12
correct 8:8,9 12:14
  13:19 16:6 17:14,
  22,23 18:3 20:12,
  18,23 23:5,24 24:7
  25:10,13,14,22
  26:11,14,17 27:2,3,
  5,8,9,11,14,17
  28:24 29:5,6,8,12,
  16 30:2,5 31:4,8,12,
  22 32:3,14,17,21
  34:11,14,18,24
  35:21,24 36:7,8,11,
  15,16,18,19,22
  37:9,13,15 38:23,24
  39:4,5 41:14 42:10
  45:11,14,18,19
  46:6,7,10,11,14,15,
  19 49:7,8,15 51:16,
  17,22 52:1,2,5,11,
  12,14,22,23 53:16,
  20 54:2,6,11 55:17
  56:20,21 57:11
  59:7,8,10,11,14
correctional 52:1
could 7:21 10:14
  15:2 53:11
counsel 4:18 5:14,21
  38:14 51:20 52:9
  53:24 54:13
County 10:22 13:24
  17:24 27:7 31:11
  32:24 37:20 42:22
  43:23 44:3 52:21
couple 4:2
court 4:2,9,16,23
  5:5,8,14 22:7 33:8
  42:2,5 51:4 59:23
  60:5
crash 48:1
crashes 48:4
create 46:9
critical 7:16 42:22
  43:1,24

crutches 13:5,9
  21:23 28:23 29:11
  52:10
CT 11:19,20 16:22
  48:16,24 49:2,3,6,
  17
CTS 48:17
currently 17:3
  50:18
custody 39:4 47:12
CV 5:19 17:10

**D**

D20cv6500627 51:9
date 4:14 27:4 51:9
  52:18 59:12
day 9:10,15 10:5
  24:24 35:10
days 51:15 52:13
December 7:23 8:7,
  18 19:12 24:20
  30:9,13 34:23 39:12
  47:21 48:10,13
  54:19 56:1
decision-making
  9:22
defendant 5:3 19:2
defendant's 51:1,2
  52:9 53:24
defense 5:21 18:2,6
  38:2,4,7,14
define 36:14 52:24
definition 15:12,13,
  14,17,22,23,24 16:1
  19:8 35:13 36:17
degree 7:14 35:3,7,
  16 42:9,12,16,18
degrees 46:13
department 13:23
depending 44:21
deponent 5:11
deposition 4:12
  5:17,22,24 6:20
  18:6,7 38:11,17,19
  60:7
depositions 4:4
  18:19
determination
  50:15

determine 57:1
diagnose 34:1,2
  45:11 46:6,24
  50:10,12,18,21
  55:5,9
diagnosed 11:9,10
  20:22 21:1,2 32:20
  34:17 35:11 39:2
  55:19
diagnoses 20:20
diagnosing 11:18
  46:21
diagnosis 11:12,14,
  16,23 12:1 19:16
  20:17 27:13,16,19,
  23 34:22,24 35:4
  36:3 47:22 48:6
did 7:17 9:3,6,9,14,
  16,17,21 10:24
  11:3,16,20,22 12:3,
  4,9,10,12,16 13:21
  14:1,4,7,10,13,16
  17:6 21:12,18 23:15
  24:9,12 25:2 30:7,8,
  18,21 32:24 34:23
  36:14 37:11,17,22
  38:1,4,7,12,19
  41:12 42:14,18,20,
  21 43:22,23 44:7
  47:2,21 48:5,21
  54:22 55:1,5 57:5,8,
  10,13,17
didn't 21:7 23:7
  24:18 25:3 28:18
  54:5,20
different 33:4,12
  53:4
direct 39:7
director 7:11
discharge 28:17,21
  39:15,19,21 40:7,9,
  16 48:19
discharged 24:21,23
  25:1,24 39:3 40:2
  49:24 50:2,6 51:16
disciplinary 16:17
disclosed 54:7,8
discuss 38:1,11,19
District 6:2
do 4:23 5:5,7 7:1,5,
  6,20 8:2 9:3,17,21
  12:23 13:9,14 14:21

15:1,5,6 16:2 17:3,
  10,24 18:9 19:21
  20:13,16 21:14,17
  24:20,21,22 25:4,5,
  6,17 26:13,16 28:9,
  23 30:13 33:4,21,
  22,23,24 34:22
  35:20,23 40:16
  44:15,19 48:8 56:16
  58:2
doctor 7:10,17 8:15,
  21,23 15:8 19:23
  30:21 43:7,10 44:6
  45:10 50:14,16 52:8
  55:14,18,21 56:19
  58:3,15
doctor/patient
  17:16
doctors 50:19
document 22:13,15,
  18,23 23:4,5,8,14,
  15,17,18 24:10,17
  25:9,21 26:4,17,19,
  22 27:1 39:8,9 40:3,
  4,11 47:16 51:9,13,
  19 52:3,8 57:10
documentation
  57:13
documented 19:21
  57:15
does 17:19 21:5,9
  32:5 33:20 39:20
  45:24 48:24 49:20
don't 9:2,5 10:6
  11:2 12:18 20:11,21
  25:7,8 26:15,21
  28:1,4 30:10 39:17
  40:6 44:12 56:5
  57:7,9 58:8,10,11,
  12 59:3
done 11:18 16:24
  34:20
Donovan 4:13,22
  5:17 7:23 27:1
  53:15 59:10
doubt 25:17 26:13,
  16
down 31:13 52:7,8
Dr 5:4,17,22 6:7
drug 6:22
duly 5:12

during 17:12 47:19
  48:9 50:5 58:19
duties 45:21 46:14,
  19,20,21

**E**

earlier 56:1
edit 12:20
education 46:12,17
educational 7:13
either 57:3
electronic 38:13
else 9:21
email 38:16,18
emails 38:13
emergency 8:7
  10:16 11:8 13:23
encounter 8:13 31:8
  32:17 34:14 35:11
  37:9 44:14 54:18
entail 38:11
entered 45:4
entire 37:19 57:16
ER 16:20 32:3 37:21
et al 4:14 5:18
evaluate 46:9
evaluated 47:14
evaluating 47:9,15
evaluation 26:10
  48:9
evaluations 47:20
even 4:9 33:14 34:9
  37:11 46:2 50:13
event 24:7
ever 16:8,11,14,17
  18:14 25:7 43:19
  44:1 55:19,21
  58:14,17,20,22
every 43:5
everything 23:8
  24:9 36:6
exam 9:18,20 16:22
  43:18
examination 6:5
  42:6 43:4,5 54:15
examine 44:13
examined 5:12

exams 36:13

except 48:3

Excuse 19:6

exerted 53:7

Exhibit 22:3,5 33:6
51:1,2 59:5

exist 17:19

exists 45:5

experience 46:17

expert 5:4 18:14

explain 33:16 44:9

extremis 44:12,22
57:4

eye 14:11

eyebrow 20:6

**F**

facility 10:22 28:10,
11,17,21 33:12
38:22 40:8,24
41:10,12 52:1 55:24

fair 13:4 24:23
35:12 37:1 40:1

familiar 22:13 29:20
30:22 33:11 34:4,9
39:8,10 59:7

family 44:24

February 31:4,11,
22

Federal 6:1

feel 8:22

fellowships 43:22,23

few 42:7 51:15 60:3

field 50:16

fight 53:12

final 23:13 39:8

find 10:13

finding 20:9

findings 20:5 48:22
50:5

fine 41:24

finish 6:12

first 5:12 9:1,3
18:17 19:20 27:4
31:8 32:17 39:23
40:19 44:4,6 47:2
50:15

five 18:20 42:1,20
43:20

five-minute 41:22

flexion-extension
48:18

Florida 7:14 42:13
44:4

follow 46:3

following 24:24
40:21 41:7

follows 5:13

for 5:22 8:18 9:3,15,
21 16:24 17:3,6,21,
24 18:12 20:16 22:6
26:10,19 27:24
28:3,12 29:1,16,22
32:6,8 33:7 36:3,4
37:10,12,13 41:19
42:20 43:20,23 44:6
45:2 46:4,10 47:22
48:3,24 49:2,3,6,9
50:2,3 51:3 52:20,
24 55:22 57:20,22
58:1

force 15:20 53:7

form 13:6 26:19
37:2 56:12

formal 7:2

formed 53:8

found 49:21,24

foundation 26:19

four 18:21 32:8
34:13,16 35:12
36:22

Fourteen 55:17

Francis 44:3

free 18:12

from 6:16 7:14
13:23 25:15,18 26:1
27:7 28:10,11,16,20
30:16 31:20 32:23
33:12 35:10 36:20
37:7 38:22 40:7
42:12 43:12 44:20
47:21 51:16 52:17
54:13

front 25:5

further 14:6 26:10
41:21 44:9 48:6
54:13 59:21,22

**G**

gave 12:5,7,11,12

general 7:15 42:20,
24 43:21

generic 42:16,17
43:11

get 16:22 41:23
44:19

getting 18:9 48:5

give 10:13 24:16
33:3 34:20 39:6
56:10 58:23 59:4

given 14:21,23,24
15:4 18:19 19:16
28:2,6,22 29:11
40:2 41:9,11 45:7
49:12 52:10 56:2

go 10:20 12:22 13:7
15:3 20:15 26:20
31:13 37:3 42:8
56:13

going 4:3 22:2,3,4
25:20 30:19 32:11
33:3 39:7 42:7
50:24 52:16 53:22

got 32:10 42:17

graduate 43:9,12

guess 35:23

guys 60:2

**H**

habit 47:16

had 10:4 14:11,17,
19 16:8,17 29:19
30:8,13,15 33:11
35:10 37:8 38:10
42:9 47:11 50:5
51:21 52:4,13,21
54:1,5,9,18 57:8,14,
15 58:20,22

hand 5:9

happen 53:5

happy 20:14

harm 25:5

has 32:11 36:21 37:5
41:7 59:9,12

have 4:2 6:19 7:14
8:2,12 9:10 10:12

11:3 12:24 13:8
16:8,11,14,17
18:14,19 21:18
24:14 25:5,12,17
26:13,16,21 28:13,
23 29:1,8 32:16,19
33:11 34:13,16
35:19 36:2,9,12
37:7,10 43:13,22
44:16 45:24 47:6
51:15 53:19,20
55:3,14,18,21 56:16
58:14,17,19,20 60:3

having 5:12 31:18

he 8:3,5,6,19 9:1
10:4,10,16,17,21,24
11:5,8,9,10,13,15,
19 12:2,5,7,11,12,
14,16,17,24 13:4,8,
12,15 14:7,11,13,
15,17,19,21,23,24
15:4 17:1 19:12,16,
17 20:22 21:1,16,
18,20,23 24:21,23
25:1,24 28:3,6,9,16,
20,22 30:8,13,15
31:18,23 32:5,11,20
37:8,12 38:22 39:1
40:1,2,24 41:7,9,11,
12,13 47:24 48:15,
18 49:24 50:1,3,5,6
51:24 54:5,7,8,9
56:1,14,16 57:5,8,
14,15

head 10:15 11:11,19
14:5,8,10 15:19,20,
21 16:21,23 19:14
21:4 27:17 30:13,17
31:21 32:8,20 34:2,
3,17 39:2 48:16
49:7,9 50:10 53:16,
18 54:5,18,23 55:2,
6

headache 15:9,10,15
16:3 20:4 35:13,16,
24 36:3,11,14,17,21
37:1,5,8 54:2 55:19,
22

headaches 35:10

health 27:8 32:24
44:4 47:13 52:21

hear 28:18

help 7:21 33:16

hematoma 52:24
53:2,4,8,11,15,17
54:17 55:5

here 4:12 5:3 30:20
32:2 33:4,17 34:20
39:9 53:11

herein 5:11

highlighted 51:10

him 8:10,11,22 9:1,
3,4,10,15,21 10:5,6,
24 11:18 17:17
27:20 28:3,12 32:17
34:17,24 35:11 36:4
37:9 39:2,3 52:14
53:20 54:6,10 55:5
57:11

hired 18:5

his 8:23 9:24 10:1,3,
8,9,24 11:3,12,14,
19 12:1,17 14:11,20
20:4,6,17,18 21:14
29:2 30:16 31:18
35:10,12,24 36:11
37:13 47:6,22 48:7,
16,17 49:6,9 50:4,5,
7 53:16 54:18,19,
22,23 55:2,6 57:16,
19 59:12

history 9:18,21,24
10:1,3,4,8,9 11:10,
13 12:2,4 22:16
35:9 44:15,19 45:3
47:24 48:3,6 52:17

HMP 30:15

Hold 55:3

home 39:3

hospital 11:8,13
12:14,16,23,24
13:1,24 14:4,7,13
17:4,7,13,21 26:1
27:8 31:11 45:6

hours 25:1 39:24
40:22 41:18 50:2,3

how 12:16 18:19
30:17 35:19 37:17
55:14 57:1,17

hurting 31:19,21

**I**

I'D 4:4 28:13 41:22

Boron, James - 04/14/2023

**I'LL** 10:13 55:3 60:2,3

**I'M** 5:3 6:11 7:11,15 20:21 21:7 22:2,3,4 25:20 26:3 28:7 29:10,14 30:19 31:18 32:1 33:3 34:1,20 35:19 39:7 42:7,24 48:12 50:24 51:18 52:16 53:22

**I'VE** 36:20

**Ibuprofen** 28:3,6,9 29:16 39:24 40:2,21 41:17 56:2,4,10

**idea** 26:21

**identification** 22:7 33:8 51:4

**if** 4:9 6:7,11 7:6 10:13 12:20 13:15 14:21 15:1 17:10 18:11 19:12 20:11, 13 21:20,23 24:14 25:7,17 26:9,20 28:9 30:8,13 31:17 44:16,17 45:18 50:13 52:7

**Illinois** 6:3 16:6

**immediately** 23:23 24:2

**in** 4:7,10,13,19,22, 24 5:3,6,17,18,22, 24 6:11 7:6,15 8:19 9:10,14 10:3,10,17, 21 11:5,8,18 12:14, 24 13:1,9,16 16:5,8, 12,15 18:2,6,8,12, 14,19 19:2,21 21:14 23:8 24:10 25:5 26:17 27:13 29:2 30:11 33:15,20 34:7 36:2,10 37:12 38:2 40:11 42:1,14,18, 21,24 43:3,20,21,24 44:2,4,8,10,11 46:9, 13 47:3,12 48:22 50:7,9,16 51:24 52:3,7 53:12,14 54:9 55:18,21 56:9, 17,22 57:2,13 58:14

**incident** 24:20 25:13 31:7

**including** 44:3

**independent** 8:2,3, 12 29:4

**independently** 13:14 15:1 46:1

**indicate** 57:13

**indicated** 28:22 29:11,15 30:1,4 38:21

**indicating** 23:13

**indications** 49:4

**infirmary** 26:23 31:14

**influence** 6:22

**information** 27:24 36:9 44:19 45:7

**initial** 19:19

**injuries** 10:12 18:24 27:22

**injury** 11:11 14:5,8, 10,14,17,20 18:15 19:9,10 30:13,16,17 34:2,3 37:13 50:10 54:5,9 55:1

**inside** 49:5

**instability** 14:20

**institution** 50:19

**interaction** 9:13

**intern** 43:14

**internship** 43:17

**interventions** 21:10

**into** 22:20 45:4

**Intractable** 33:18

**introduce** 4:18

**involve** 37:21

**involved** 10:10,17, 21 18:22

**involving** 18:15

**is** 4:9,14,15,16,21 5:2,16,20,21,23,24 6:11,16 7:2,10,13 8:7,10 9:12,13 11:14 13:3 15:8,12, 13,14,15,19,20,24 16:1,19,20,24 17:9 19:5,7,9 22:2,15,18, 22 23:4,13,17 24:23 25:15,18 26:10,12, 13,17 27:6,18,19,23 28:1,24 29:3,7,13, 22 30:3,20 31:5,24

32:2,12 34:7,8,12 35:4,12,19,23,24 36:6,11,15,24 37:1 39:1,9,15,18 40:1,6, 11,12,13 41:4,19 42:9,16 43:2,10 44:17,20 45:2,7,14, 23 46:10,11,12 47:13,16 49:2,3,4 50:11 51:8,18,20,21 52:5,6 53:1,2,6,16 55:8,11 56:22 57:2, 17,20,24 59:15,18, 20

**isn't** 40:7,9

**issue** 50:10,17,22

**issues** 16:17 47:22

**it** 6:13 10:13 13:3,9, 15 14:1 17:9,12 18:9 21:1 23:16 24:3,6,8,10,12,14, 15,19,23 25:5,7,11, 16,23 26:9 27:6,7, 13,15,16,18,22 29:13,14,19,22 30:3 31:1,5,20,24 32:2,4, 5,10,12 33:15 34:7, 8,10,12 35:6,12 36:24 37:12 39:1, 11,14,17 40:1,5 41:6,7,8 44:20,21, 22,23,24 46:16 47:16 49:4,21 52:3, 6 53:6,14,17 54:1,5, 9 57:3,24 59:7,9,10, 12,17,20

**It'd** 22:21,24

**it's** 6:4 19:21 22:16 23:1 24:18 25:16 27:7 28:7 29:2 31:19,20 32:3 35:15 36:10 42:17 59:18

---

**J**

**James** 4:12 5:4,10, 17

**January** 25:21

**job** 8:21,23

**Johnson** 4:13,22 5:2,7,18 7:23 8:15, 17,18 10:18 12:13 13:6 14:2,4 16:24

17:13 19:20 21:13 22:17,18,20,23 24:19 26:5,18 27:1, 14,24 28:5 29:11,15 30:1,4,5 31:8,10 33:1 34:14,22 37:2 38:21 39:16 40:23 41:22 42:1 47:2,5, 10,11,21,22 48:10, 11,14 49:13 50:22 51:7,8,16 54:1,13, 19 55:24 56:10,11 57:5 59:10,22 60:1

**Johnson's** 19:11 35:15 37:22 53:15 59:9

**Jorie** 5:2

**judge** 7:2

**just** 4:2 6:7 22:4 38:6 41:17 42:7 57:23

---

**K**

**Kennestone** 44:3

**kind** 15:6

**kindly** 4:4

**know** 6:8 14:21 20:11,13 24:17,21 25:7 26:21 28:1,4,9 30:8,13 33:21,22, 23,24 39:17 40:4,6 44:12 58:2,8,10,11, 12 59:3

**Kristen** 59:18

**Kroschel** 59:18

---

**L**

**last** 17:6

**lasted** 36:18,21

**lasts** 15:10,14,16

**lately** 32:10

**later** 40:11

**lawsuit** 18:15

**layperson's** 33:20

**leave** 12:16,23 13:1 41:12

**left** 12:17,24 13:4 41:13 53:17 54:18 55:2,6

**legal** 7:2,3

**let** 5:16 6:8,12 24:16 54:17

**level** 31:21 43:17 44:21

**levels** 43:8,15

**license** 16:8 43:10, 11

**licensed** 16:5 43:7 45:20,24 46:5,8,17, 23

**like** 15:1 17:11 20:13 28:14 32:3 33:15 34:10 41:22 43:14 59:23

**line** 33:16,17 39:23 41:23

**lists** 52:3

**little** 31:7 42:8

**LOC** 21:4

**local** 6:2

**long** 55:14

**longer** 15:14,16 17:21

**look** 10:12 17:10 20:13,15 26:9 28:13 31:17 49:5

**looked** 37:19 39:11

**looks** 32:3 34:10

**loss** 19:14 23:20 27:17 49:10

**lost** 11:15 47:12 50:1

**LPN** 50:9,11,13,21 58:9,14,20

**LPN's** 58:12

**LPNS** 59:1

**lumbar** 48:17

---

**M**

**M.D.** 4:13 5:10 51:14

**made** 31:10 59:17

**maintenance** 43:5

**major** 19:9,10

**make** 8:21 37:22 50:15

**many** 18:19 37:17

**March** 25:9

**mark** 51:1

**marked** 22:2,6 33:7 51:3

**matter** 4:13 5:3

**may** 5:14 27:4 34:11 59:12

**MD** 40:5

**me** 6:8,12 7:7 10:13 12:21 19:6 20:13 24:16 28:14 33:3 34:20 35:9,19 36:10 38:6 39:6 41:24 52:24 54:9,17 59:4 60:1

**mean** 21:5,9,17 33:20 44:9 49:20

**Meaning** 41:7

**means** 33:24 49:21

**medical** 7:11,14 8:23 9:6,11,16,22 10:4,7 11:22 12:2, 15 13:16,18,21 14:2 16:11,14 19:4,11,22 21:18 24:18 25:2,3 26:22 28:13 30:20 33:1,12 35:3,7,17, 18 36:5,7,10,21,23, 24 37:4,7,12,14,15, 16,23 38:1,5 42:9, 12,16,17 43:9,12 44:5,7,13,15,18,24 45:3,5,10 47:1,6,8, 19,24 48:3,6 50:13, 16,19 52:22 53:23 57:21,22,23 58:3,4, 7,9,15,21

**medical-related** 50:22

**medication** 6:19 14:22,23,24 15:5 28:2 29:18,20 30:2 34:4 38:22 39:4 40:24 41:9,11,14,16 45:14

**medications** 28:12, 16,20 39:21 40:16, 21 41:7

**medicine** 42:15,19

**meet** 47:2

**meeting** 38:10 44:6 47:5

**Melbourne** 44:4

**Melrose** 59:15

**mention** 4:3

**mentioned** 41:17

**message** 38:13

**Methocarbamol** 29:19

**middle** 6:12

**migraine** 33:18,19, 24 34:1

**migraines** 34:8

**milligrams** 40:2,22 41:18

**minutes** 42:1

**Mischaracterizes** 28:5

**mistake** 16:12

**Mohammed** 4:21 5:1,16,20 6:6 10:23 13:11 22:9,19,22 23:2,3 26:7,8,24 28:7,8 33:10 37:6 41:21 54:16 56:15 59:21 60:2

**months** 15:11,15,16 25:12 31:7 36:18

**more** 4:4 15:10 34:13,16 36:18,21

**morning** 38:10

**motor** 10:11 48:1,4

**motorcycle** 10:10

**Mr** 4:21 5:1,16 6:6 8:15,17,18 10:23 12:13 13:11 14:2,4 16:24 17:13 19:11, 20 21:13 22:9,16, 19,22 23:2,3 24:19 26:7,8,24 27:13,24 28:7,8 29:11,15 30:1,4,5 31:8,10 33:1,10 34:14,22 35:15 37:6,22 38:21 39:16 40:23 41:21 47:2,5,10,11,21,22 48:10,11,14 49:13 50:21 51:16 54:1, 16,19 55:24 56:10, 15 57:5 59:9,21 60:2

**MS** 5:2,7 10:18 13:6 22:18,20,23 26:5,18

| | | | |

**Melbourne** column continues right...

28:5 37:2 41:22 42:1 51:7 54:13 56:11 59:22 60:1

**multiple** 44:2

**Muscle** 29:23

**Must** 58:3,6

**MVA** 30:16

**my** 4:16,21 5:2,20 7:7,8 8:23 9:12,13 10:6,15 11:7 15:24 17:10 19:3 21:14 22:3,10 23:9,11,17 33:4 35:19,23 41:23 44:8,11,14 51:1 53:22 56:5

**myriad** 49:3

---

**N**

**name** 4:16,21 5:2,20 23:10,11,16,17 29:19 59:9,18

**necessarily** 26:6

**neck** 24:6 31:19 48:16

**need** 6:7

**needed** 45:18 46:13

**negligence** 16:15

**neurologic** 16:22

**never** 28:6

**next** 51:18

**no** 6:18,21,24 7:1,20 8:4,12 12:6,19,20 13:8 14:3,19 16:10, 13,16,18 17:5,21 18:1,8,10,16 21:10 22:6 23:6 24:22 25:8,19 26:21 28:16,20 29:1 31:14 33:2,7,13 36:12 37:7,10,24 38:3,20 40:11 41:1,2,4 44:13 45:6,22 47:7 48:3,22 49:19 50:5, 23 51:3 55:4,7,15, 17,20 56:8,18 57:14 58:5,24

**nor** 13:9

**normal** 47:16

**Northern** 6:2

**not** 4:8,9,10 7:6 9:13

11:7 12:9,12,23 13:14 14:1 15:1 16:2 17:10 18:9 19:21 20:13,16 21:14,18 23:15 24:12 25:4 26:5 28:10,24 29:4 30:18 33:14,21,22,23,24 34:1,9 36:2 37:11 38:21 41:12 44:8 45:24 46:5,8,18,23 48:8 50:11,21 54:7, 8 55:23 56:16,19 58:2 59:6

**notary** 4:10

**note** 21:14 25:15,18 52:18 53:14

**noted** 50:7

**notes** 11:3 37:22

**nothing** 41:21 49:21,23 54:13 59:21,22

**noticing** 4:17

**now** 6:4 43:16 54:9

**number** 5:19 22:20 26:5,7 30:20 32:2 39:9,20 40:17

**numbness** 20:4

**nurse** 45:20,24 46:3, 5,8,18 50:20 55:8, 11 59:19

**nurses** 46:23

**nursing** 53:14

---

**O**

**oath** 4:9 7:18,20 8:14

**Objection** 10:18 13:6 26:18,19 28:5 37:2 56:11

**objective** 20:5,8 47:17

**obligation** 7:3

**observation** 50:4,6

**observations** 19:19 57:10

**observe** 14:10 54:23 55:1

**observed** 50:2,3 54:19,22 57:5

**obtain** 43:2

**obtained** 27:24

**occupation** 7:10

**occurred** 24:20

**October** 53:19 54:10

**of** 4:3,8,12,13,16,19, 24 5:6,17 6:1,2,3, 12,22 7:11 8:2,12, 17 9:12,18,20,22,24 10:7,11,12,15 11:7, 19,20 12:4 13:1,3, 18 14:8,14,16 15:6, 14,20 16:5,11,14,22 19:1,2,8,11,14 21:2 22:16,23,24 23:5, 14,18,20 24:12,17, 18,19 25:2,5 26:4, 22 27:4,13,17,19 28:2 29:8,10,14,24 30:5,7,12,15,16,18, 20,22 31:13 32:1 34:22,24 35:3,7,9, 16 36:5,13 37:17,19 38:8 39:8,10,15,19 41:11,23 42:15,18, 21 43:5,17,18 44:22 46:21 47:1,6,8,17, 19,20,21 48:9,10, 13,16,17,20,22 49:3,10 50:4,10,22 51:9,12,19,21,24 52:10,17 53:2,6,8, 12,16,17,18,19,23 54:10,18 55:1,2,6, 18,21,23 56:14 57:4,6,10,14 59:1, 10,12

**off** 10:15 32:8 42:2 60:5

**okay** 4:2 5:14 6:9, 10,14 7:20 8:14 9:1, 14 10:3,9 11:12 13:12 14:16,24 15:5,8 17:12 18:22 19:1,5,10 20:17 22:13,15 23:1,10, 12,20,23 24:3,9,16 25:2,17 26:3 29:18, 24 30:7,12,17,19 31:3,17 32:5,10,16 33:14 35:15 36:24 37:17 38:12 39:1, 12,19 40:1,16,19,23

52:16 54:22 58:19
59:4 60:5

**on** 4:3 7:23 8:7,18
9:10,15 10:5 11:10,
12,13,14,23 12:1,
15,17,23 13:3 15:12
19:4,10,12 20:4,8,
17,22 21:2,13
23:16,17 24:20
25:9,21 28:17,21
29:3,4,8 30:7,12
31:3,11,21,22 32:8,
11,13 34:11,22
35:2,5,6,13,16,18
36:5,7,9,12 39:12
40:13,17 42:5 44:21
46:12,16 47:1,8
48:10,11,13,14
52:18 53:15,23
54:19 55:3,24 56:5,
10 57:17 59:10

**one** 4:5 19:1 22:24
39:6,8 43:16 48:2
52:16 60:1

**only** 6:11 8:10 50:18

**opinion** 19:4 35:2,
15,19,20,21,24
36:11,12 46:16 50:9
56:9

**or** 6:22 8:10 10:11
11:13 12:17 14:20
15:13,22 17:9 20:8
21:10,18 25:3 26:22
29:19 32:24 33:18
38:13 40:6 44:20
45:17 46:3,21,24
47:9,23 48:5,7
50:14,16 53:24 57:3

**oral** 43:4

**order** 11:16 20:16
37:11 46:9,13 60:3

**ordered** 20:12

**orders** 46:4

**other** 8:13 9:20 14:1
29:2 32:23,24 33:1
36:12 38:18 52:16

**others** 60:3

**otherwise** 38:13

**our** 28:10,16,20
40:8,13 41:12 47:12
50:19

**ours** 40:11

**outside** 51:21 52:10

**over** 25:12 31:7
35:12 37:19 39:11
42:8

**overseeing** 9:12

**own** 12:17 15:12
41:4

---

**P**

**p.m.** 4:15 6:4 60:6

**page** 24:17 25:20
26:3 30:20,21 31:13
32:2 39:8 40:12,13
51:8,18 52:17

**pages** 37:17,19

**paid** 18:9

**pain** 14:15,16,18,21,
23 15:7,8 20:4 24:7
28:3 29:16 30:5,8
31:18,19 41:19 48:4
52:4 56:14,17,19,23
57:2,6,8,14

**Park** 59:15

**part** 9:18,20,22,24
13:18 23:5 24:12,18
25:2 28:2 29:8,16,
14,24 30:22 32:1
39:10,19 41:11

**participants** 4:5

**participate** 9:14

**participation** 9:13

**particular** 42:14,18

**parties** 4:8 6:4

**party** 4:17

**pass** 43:9,13

**past** 16:9,12,15
18:20 47:24

**patient** 7:23 8:3,6
12:20 17:13 18:23
24:1 32:7 36:2,13
37:4 44:6,20,23
45:11,17 46:6,9,21
47:15 50:19 55:9,
12,19,22 59:2

**patient's** 19:24 20:3
35:5 44:18,21,24
45:3 59:1

**patients** 7:21 12:23
13:1 44:11 46:24
47:13

**pause** 6:8

**Pelaez** 40:5

**pelvis** 48:15,18

**people** 50:18

**people's** 36:12

**per** 12:15 14:12 32:7
36:23,24 37:4,12,
14,15,16

**perform** 9:9 18:7
21:12 45:17,21
46:13,18

**performed** 11:24
12:4,6,8,10 14:17,
19 21:11,19 23:8

**Peripherally** 34:6
58:16,18

**person** 16:20 59:17

**person's** 59:18

**personal** 18:15

**physical** 9:18,20
10:21 13:12 20:11,
16 21:20 22:16
25:15,18 26:9 37:13
47:11

**physically** 4:9

**physician** 21:6,9
24:4 46:3,4 50:20

**places** 44:2

**plaintiff** 4:22 5:21
47:3 49:13 51:21
52:4,9,17 53:15

**plaintiff's** 22:3,5
33:6 53:24 59:4

**plan** 9:23 26:9 27:14
46:10,22

**please** 4:18 5:8 6:8
7:7 22:21 28:18
33:17 34:21 40:19

**point** 7:6 41:21

**points** 47:17

**police** 10:22

**Polk** 27:10

**practical** 45:20,24
46:5,8,18,23

**practice** 16:5 43:17
46:1

**practicing** 44:5

**practitioner** 46:3
55:8,11 59:19

**practitioners** 50:20

**prescribe** 45:13

**prescribed** 21:23
28:3,9,12,16,20
29:15 30:1 38:22
40:23 56:4

**prescription** 41:12

**present** 4:10 5:21,23
7:2

**prevent** 6:16

**previously** 10:19
51:20 52:9,21 54:4
59:5,6

**primary** 8:17 59:15

**prior** 4:3 8:11 10:11
28:5 30:8,13,16
37:8 44:6 47:5 48:2,
3,19 52:4 53:19,24
54:5,10

**probability** 35:7,17

**probably** 56:6

**procedure** 6:1 16:19
21:19 45:17

**procedures** 21:10

**proceed** 18:11

**proceeding** 7:2

**process** 49:19

**produce** 18:11

**provide** 15:6 19:3
36:3 40:7 48:6

**provided** 12:2 19:4
20:7 31:14 40:10
44:18,23,24 47:24
50:11

**provider** 29:17
45:17

**providing** 38:6
46:22

**public** 4:10

**purely** 29:3 36:6

**purpose** 8:17

---

**Q**

**qualification** 57:20
58:1

**qualifications** 43:16
58:12

**qualified** 34:1,2
55:8,11

**question** 6:12,13
7:7,8 18:4 20:21
21:3 26:15 28:7
35:23

**questioning** 41:23

**questions** 42:7

**Quickly** 54:17

---

**R**

**raise** 5:8

**ran** 48:11,13 49:2,6,
9,17,23

**read** 10:7 22:20
25:2,7 29:8 30:21
31:1 33:14,16 37:20
39:23 40:19 51:9,12
52:18 58:4,6,9,23
59:2

**reading** 22:24 25:8
35:9 41:4 57:21,22,
23 58:21

**real** 31:18

**really** 31:19

**rear** 53:16,17

**reason** 11:13 13:8
25:17 26:13,16
56:16

**reasonable** 35:2,6,7,
16

**reasons** 28:23

**recall** 9:2,5 12:18
13:14 15:1 16:2
17:10 18:21 19:21
25:4,8 30:10 56:5
57:7,9

**received** 11:19 47:6
48:15,18

**receiving** 18:8

**recess** 42:3

**recollection** 8:3,12
29:4

**record** 4:3 5:16 8:2
9:6,16 10:7,13
11:22 12:15 13:10
15:2 19:4,11,22
22:21 24:19 25:3
28:13 30:8,11,18
33:12 37:17,20,23
38:1 42:2,5 44:14
45:1,5 52:20 54:9,

12 60:5

**recorded** 9:10 13:16

**records** 8:1,5 37:20 38:5 47:2,6,9,20 50:13 52:22 53:23 55:3

**refer** 25:20 30:19 45:16

**referenced** 24:19

**referral** 26:10

**referred** 13:12,15 21:20

**referring** 26:3 28:1 32:1

**refers** 27:1

**reflect** 5:16

**reframe** 46:20

**regarding** 16:19 38:5,14 50:17

**relate** 57:3,8

**related** 30:10 47:22 48:6 50:10

**relationship** 17:17, 19

**relevance** 26:18

**remember** 10:6,14 11:2 24:21,22

**Remote** 4:4

**remotely** 4:7,20,24 5:6

**repeat** 7:8 28:18

**report** 9:11 11:14 12:5,7,10,12,15 13:3,16,18,21 14:2, 7,12,13 28:22,24 29:1,4,10,14,24 30:12,15,20,22,23 31:3,10 32:2,7,24 33:1 34:10 35:5 36:7,10,21,23,24 37:4,8,12,14,15,16 39:10,12 41:5 49:10,12,15 57:21, 22,23 58:4,7,9,23 59:17

**reported** 9:12 14:15

**reporter** 4:2,9,23 5:5,8,14 22:8 33:9 42:2,5 51:5 59:23 60:5

**Reporters** 4:17

**reporting** 57:24

**reports** 13:23 29:8 32:23 58:21

**represent** 4:19,22 5:3,20

**representing** 5:4

**requested** 26:10

**required** 43:2,8 46:1,3

**resident** 10:7 23:9, 19,20 43:19,20 48:1,5

**residents** 9:12

**resides** 4:11

**rest** 10:12

**result** 49:18 50:4

**results** 11:20 35:18 48:20

**retained** 18:2,5

**return** 18:8

**review** 9:6 11:20 13:3,22 14:1 15:2 19:10 30:7,12 33:12 36:5 37:18 44:7 47:1,8,19 53:23 55:3

**reviewed** 8:1 13:19 36:10 50:13 52:21

**reviewing** 54:8

**right** 5:9 6:15 7:10 10:1 14:11 20:4,6, 22 23:21 25:24 26:1 31:15 39:7 56:2 59:5,15,21

**rights** 18:15

**RN** 46:2 58:6

**RNS** 46:2

**room** 8:7 10:16

**rules** 6:1,2

**run** 49:3

**S**

**s/p** 27:22

**Saani** 4:21 5:20

**said** 9:24 20:11,17, 22 21:16 26:12 27:22 28:6 30:4 31:18 33:14 37:11

42:9 49:6 59:6

**same** 7:3 24:17 45:21 51:19 52:7,17

**saw** 8:10,11 9:1,4,10 19:20 53:20 54:6

**say** 13:4 19:12 24:23 32:5 34:9 37:1 39:20 40:1

**says** 9:16 11:22 23:16 24:3,6,8 25:11,23 26:9 27:6, 7,13,15,16,18 29:13,19 30:3,15 31:5,24 32:4,10,12 34:12 39:14,17 40:5 41:6 52:6 53:17 57:24 59:18,20

**scan** 11:19,21 16:22

**school** 43:9,12

**screen** 22:3,10,11 33:4 51:1 53:22

**scroll** 52:7

**scrolling** 51:18

**second** 10:13 24:16 33:3 34:20 39:6 48:2 59:4

**section** 31:18

**see** 8:18 13:8,9 20:16 21:14 22:10, 22 30:18 33:4 40:16 47:21 51:1 56:19

**seeing** 30:10 54:10

**seen** 24:1 36:2 52:13

**send** 38:12 60:1

**sent** 39:3

**sentence** 40:20

**separate** 48:1

**September** 32:13

**Sergeant** 4:14 5:18

**set** 38:16,18

**share** 22:3 52:16

**shared** 51:20

**sharing** 53:22

**she** 38:6

**short** 42:3

**show** 22:2,4 33:3 50:24 57:3,5

**showed** 14:19 52:9 57:14 59:5,6

**showing** 29:10,14 35:9

**shown** 35:19 36:20

**shows** 59:9

**sic** 52:9 59:18

**side** 20:4 53:16,18 54:18 55:2,6

**sign** 55:1 57:14

**signed** 24:10

**signer** 23:14

**signing** 24:15

**signs** 57:4,6

**Similar** 18:23

**skin** 53:3,7

**small** 14:11

**so** 4:4 6:8 15:15 18:9 23:1,4,15 29:3,18 32:23 36:3 39:1 40:23 41:13 42:7,8 43:17 44:13 45:7 46:5 48:8 49:14 50:6,21 53:8 54:17 55:8,24 60:3

**some** 10:11 12:24 33:15 53:6,8,11 60:3

**somebody** 56:5,10

**someone** 56:22 57:2 58:3,6

**something** 50:12

**Sometimes** 56:24

**sorry** 20:21 21:7 48:12

**sort** 50:10,22 53:8, 12

**spasm** 29:23

**speak** 4:5 10:24 38:4,7

**speaking** 50:15

**specialist** 50:16

**specialize** 42:14,18

**specialties** 43:3

**specialty** 44:8,10,11

**specific** 57:20,24

**specifically** 9:17 13:21 28:11

**speculation** 56:11

**spine** 11:19 30:16 47:23 48:7,17

57:16,19

**St** 44:3

**stamped** 22:18 51:8

**stand** 48:24

**standard** 15:13,17, 22 16:1,19

**start** 54:17

**starting** 52:4

**state** 4:11,18 7:14 16:5 42:13

**state-level** 43:11

**stated** 52:20 54:1,4

**states** 53:14 54:12

**status** 33:19

**stay** 37:21

**still** 17:19 21:21,24 31:20 60:2

**stipulate** 4:19,23 5:5

**stop** 31:21 53:22

**Street** 27:10

**stretcher** 12:14,17, 24

**strike** 15:20

**Stroger** 17:3,6,13,21 51:16

**subjective** 19:23,24 20:3,8,10,18,23 21:2 35:4 47:16 49:15

**such** 50:14

**Sumatriptan** 34:5

**summary** 40:7,9

**supervised** 43:17

**supplied** 13:9

**Sure** 18:13

**surgeon** 23:18

**surgery** 7:15 21:18 42:20,24 43:21

**surgical** 7:16 14:20 34:3 43:1

**suspended** 16:8

**sustained** 19:12

**swearing** 4:19,24 5:6

**sworn** 4:7 5:12

**symptoms** 24:6

**synopsis** 39:15,20

**system** 32:24 47:13
**Systems** 27:8

---

**T**

**take** 6:7,8,13,20
7:17 24:16 41:13,22
45:7
**taken** 6:19 9:19,21
42:4
**taking** 10:1,3 41:6,8
**task** 58:20,23
**team** 56:5,10
**tell** 7:3 56:22
**ten** 31:21 43:5
**tenderness** 57:15
**term** 21:5,8 33:20
**terms** 33:15
**test** 49:2,3,6,9,17,22,
23 58:22
**testified** 5:13 18:14
36:6 56:1
**testify** 18:6,12
**testifying** 6:17 9:7
29:7 37:18
**testimony** 28:6 29:3
38:8 39:1
**tests** 11:23 12:3,4,6,
8,10 14:16,19
48:10,13,20,23
**text** 38:12
**than** 9:20 15:10,15,
16 29:2 32:23
34:13,16 36:18,21
38:18
**Thank** 41:24
**that** 5:16,24 6:8,11,
14,16,19 7:1 8:7,10,
11 9:10,15 10:5,8
11:1,4,7,14,16,24
12:2,3,5,8,20 13:8,
18,19 14:17 15:10,
13,16,24 16:24
17:13,16,19 18:4,21
19:4,16 20:7 21:9,
10,14,17,21,23
22:15,24 23:4,12,
13,16 24:10,12,17,
20 25:12,15,24
26:2,11,12,13,16,17
27:6,18,19,23 28:1,

2,18,19,22,23 29:8,
10,11,13,14,15
30:1,3,4,11,15,18
31:5,6,14,24 32:12
33:20 34:12,13,16,
23 35:2,4,15,24
36:1,11,17,21 37:1,
8,10,20 38:6,21
39:1,15,20 40:1,6,7,
14,17 41:19 42:9,10
43:8 44:19 45:2,6,
14,23 46:2,10,11,17
48:5 49:4,6,20,21
51:19,22 52:3,5,6,
20 53:4,14,16 54:1,
4,5,7,8,9 55:23
56:1,4,7 57:8,13,15,
17,18 58:1,19 59:5,
9,20
**that's** 10:14 14:1
15:17,22,23 17:12
22:23 23:11 24:8
25:11,23 26:5 27:15
32:4 39:14,17 41:24
45:18,19 49:7,8
54:12
**the** 4:2,3,7,8,9,10,
11,13,15,17,19,22,
23,24 5:4,5,6,8,11,
14,16,17,18,21 6:1,
2,3,4,11,12,13,22
7:3,11,21 8:1,2,5,6,
10,14,17,19 9:6,11,
12,16,18,20,22
10:7,12,15,16,21
11:8,12,13,20,22,23
12:1,3,4,5,6,8,10,
12,13,15,16,23,24
13:1,3,8,9,16,18,23
14:4,7,12,13,16,19
15:2,14,21,22 16:1,
5,9,12,15,19,20
17:3,6 18:2,5,19
19:1,4,7,11,16,22,
24 20:3,5,6,7,8,14,
18,21,23 21:2,5
22:7,10,16,18,20,
21,23,24 23:4,5,9,
12,13,14,16,17,18,
19,20 24:1,3,18,19,
23 25:2,13 26:1,4,5,
6,9,15,17,21,22
27:4,7,13,14,16,23
28:2,13 29:4,8,10,
14,24 30:8,11,12,

15,20,22,23 31:7,
11,13,17,20 32:2,4,
7,23 33:8,17 34:10
35:5,9,10,11,18
36:2,5,7,9,10,20,23,
24 37:4,7,12,14,15,
16,17,19,20,21
38:1,4,5,7,8,11,14,
16,18 39:9,10,15,
19,20,23 40:4,7,9,
16,19,21 41:6,24
42:2,5 43:16 44:6,
11,20,21,23,24
45:5,21,24 46:12,21
47:1,2,8,13,16,19,
20,24 48:12,20,23
49:5,10,13,17,22
50:4,11,16,17,18
51:4,6,9,12,18,19,
24 52:1,7,8,17,18,
20,21 53:3,7,15,17,
18,23 54:8,12,17,18
55:1,2,3,5 56:14
58:19,23 59:4,17,
18,23 60:5,7
**their** 16:23 44:7,12,
13,22 46:4
**them** 7:21 33:16
38:6 44:14,16
46:10,22 58:20,22
**themselves** 4:18
**then** 6:13 27:14,16
39:3 42:21 50:2
52:7
**therapist** 25:15,18
**therapy** 13:13,15
20:12,16 21:20
26:10 37:13
**there** 6:16 17:16
19:17 24:12,14 32:6
33:15 38:23 39:2
40:13 41:16 43:8,13
44:17 45:2 48:12,22
53:4 57:20,24 60:3
**there's** 7:1 44:13
**these** 46:14,18,20
48:20
**they** 4:18 12:9,12
15:6 16:22 18:22
44:12 45:4 46:1,2
50:14 57:3
**thing** 6:11

things 4:3
think 29:18 55:23
56:9
thinking 6:17
this 4:22 5:3,16,22,
24 6:20 7:2 15:12
18:2,6,7,11,17 21:3
22:13 23:4,8,10,18,
23 24:10,18 25:2,3,
8,9,17,21 26:12,13,
19,22 27:1,13
28:22,23 29:1,17,
18,20,24 30:1,20,
21,22 31:3,10,22
32:1,13,16,19
33:12,16 34:4,10
36:13,21 38:2,10,14
39:8,9,10,12,19,20
40:3,6,7,9,11 41:21
46:12 47:3 49:9,12,
15,23 50:7,15 51:8,
9,12,15,19,20,24
52:3,10,13,18
53:14,15 54:13
59:15,17
**Thompson** 4:16
**thoracic** 48:16
**those** 15:5 19:2
20:20 43:14 47:13
48:4
**though** 33:14 34:9
37:11
**thought** 31:20
**three** 15:10,15,16
25:12 32:16,19
36:18
**through** 20:14 43:9,
13
**time** 4:6,15 6:4 7:6
8:10 11:1,4 17:12,
16 18:17 44:6 54:14
58:19
**to** 4:3,5,8,19,23 5:5
6:7,20 7:3,7,20,21
8:1,5,6,11,15,18,21,
23 10:12,16,24
11:8,13 12:13 13:4,
12,15 14:4,7,13,20
15:21 16:5,20 18:6,
7,9,11 19:3 20:6,13,
14 21:5,9,12,20
22:2,3,4 24:7,16,19,
23 25:16,17,20

26:3,13,16 27:1
28:1,2,13,14,23
30:9,10,13,19 31:13
32:1,3,8 33:3,11,16
34:1,2,8 35:12,21,
24 36:3,6 37:1,8
38:6,10,14,16,18
39:3,7 40:1,4,24
41:9,13,22 42:7,8
43:2,8,10,13 44:6,
13 45:2,10,13,16,
17,20 46:1,2,3,6,9,
13,18,23 47:5,13,
14,16,22 48:4,7,19
49:4 50:10,11,14,
18,21,24 51:18
52:8,16 53:17,19,22
54:5,10 55:1,2,3,5,
8,11,24 56:16,19,22
57:1,3,8 58:3,4,6,
20,22 59:2 60:3
**today** 6:3,17 9:7
29:3,7 36:6 37:18
38:9
**today's** 4:14 5:22
**tomography** 49:1
**too** 30:2
**took** 7:20 8:14 10:7
**top** 10:15 22:23 32:4
59:10
**touching** 57:19
**trained** 59:1
**training** 42:20,21
46:13,17
**transcript** 59:24
**transient** 23:21
**trauma** 8:19 15:19,
20 16:3,21 19:5,7,8,
9,12,14 21:4 27:17
32:20 34:17 39:2
42:21 43:24 53:9,12
**traumatic** 49:19
**treat** 8:23 15:5 34:8
46:24 55:11
**treated** 55:22
**treating** 16:20 47:9,
15
**treatment** 9:23 15:6
20:7 34:7 36:2
46:10,22 48:9
**treatments** 45:14
47:20

trial 18:12 32:11

true 45:8

truth 7:4

try 8:21

Trysha 51:14

Twenty-four 55:15, 16

two 31:7 42:21 43:23 48:1

Tylenol 15:4

type 10:11 13:1 53:6

typically 44:15,19 49:2

**U**

Uh-uh 41:3

unable 36:3

under 6:22 7:3 53:2

understand 7:1,7 20:21 21:7 26:15,20

University 7:15 42:13

Unless 45:4

until 23:9

up 38:16,18

upon 23:23 24:2

us 33:16 47:13

used 34:7,8

usually 44:8 53:6

**V**

validity 4:8

varies 44:21

vehicle 48:1,2,4

Verical 7:12

verify 45:2

versus 4:13

via 6:3

Victor 40:5

view 32:24 47:17

visit 32:3

visited 31:11

**W**

want 40:4

was 5:12 7:23 8:3,6, 17,21,23 9:1,22 10:3,9,10,16,17,21 11:9,10,12,18,23 12:1,13 13:4,12,15, 18 14:17,21,23,24 15:4 16:24 17:12,16 18:7 19:3,16 20:7, 12,17,22 21:1,15, 16,20,23 22:6 23:8, 13,18,23 24:1,10, 12,14,21,23 25:1,9, 21,24 27:22 28:2,3, 6,9,16,20,22 29:11, 15 30:1 31:3,10,14, 20,22,23 32:5,7,11, 13,20 33:7 34:10,24 35:2,6,16 36:17 37:12 38:21 39:12, 20 40:1,2,23 41:8,9, 11,16 42:3,12 43:20 48:1 49:6,9,12,15, 17,21,23,24 50:1,3, 6,7 51:3,16,19,24 52:10,13 53:15 54:10 56:1,14,16

way 35:10,12 45:2

ways 53:4

we 6:3,8,13 38:10,16 40:7 44:12

We'll 42:1

web 4:12

Well 21:1

Wellstar 44:3

were 9:24 11:24 12:3 18:2,5,11,22 19:1,19,24 20:3,5, 20 24:3 28:12 43:19 44:1,5 47:9 48:10, 13,20,22

West 27:10

what 7:10,13 8:17 9:3,9,17 10:3,9 11:18 13:21 14:24 15:5,6,8,19 16:1,19, 24 18:22 19:5,7,11, 19,23,24 20:5,20 21:1,5,9,17 22:2,15, 22 24:8 25:11,16,23 26:12,16 27:6,15,18 28:1,11 29:7,13,22 30:3 31:5,24 32:4,5, 12 33:20,24 34:7,12

36:14 38:8,11 39:14,17,18 40:12 41:16,17 43:2 44:9 46:20 48:20,24 49:2,17,20 50:3,24 52:6,24 54:12 57:24 58:12 59:20

What's 19:7 26:5

whatever 45:7

wheelchair 13:1,2

when 7:17 8:6,14 9:1,3,9 10:4,24 11:5,8 12:13 13:4 14:7,13 17:1,6 19:16,19 21:16 24:21 31:10,23 35:11 38:22 40:1,24 41:9,13 43:7,12 44:5,18 47:2,15 51:24 53:20 54:6, 18,22 55:24 56:22 57:1,5 59:6

where 4:11 9:1 40:6 42:12 51:20

whereupon 22:5 33:6 42:3 51:2 60:7

whether 8:3

which 29:19 30:21 51:18 52:8 54:10

while 41:11 47:11

whiplash 30:16

who 10:7 16:20 26:21 40:3,4,6 44:12,19 56:4 59:17

whom 4:18

why 10:16 45:23 47:9 49:9 56:9

will 4:7,17 5:8 6:16 7:9 12:20 18:12 30:21 38:8 40:17

with 4:10,17 6:1 10:4,6,11 11:9,10 13:4,9 14:4 16:20 18:23 19:14 21:4 22:4,13 23:15 24:1, 6,9,13 27:16,19,23 29:18,20 30:22 31:8 32:17,20 33:18 34:4,10,14,17 35:11 36:10 37:9 38:1,4,7 39:2,8,10 41:12 44:14,15 46:2 47:5

48:3 50:15,22 52:17 53:24 54:9,17,18 55:5,19 58:14,20 59:7

within 47:13 49:22 50:19

without 33:18 39:4 50:15

witness 4:7,10,11, 20,24 5:4,6,8,11,22 10:21 13:8 19:3 26:21 37:4 41:24 51:6 56:14

won't 31:21

work 17:3,6,21,24 46:2

worked 58:14,20

worse 32:10

would 6:19 7:7 9:10 10:12 12:24 13:8,15 17:11 18:17 19:12 20:13 21:10,21,23 23:10,12 24:14 25:12,24 26:2 28:14 31:6 32:16,19 33:15 34:13,16 38:6,11 40:14 43:13 45:13, 16,20 46:5,8,16,18 47:5 50:9,14,21 51:15 53:19,20 56:7,9,10 59:23

write 24:18

writing 11:7

written 23:19,23 24:10 31:22 32:13 34:10 39:12 43:4

wrote 23:20 26:17, 22

**X**

X-RAY 48:15,18 49:4

**Y**

Yeah 6:11 20:2 22:19,22 23:2 31:6 32:5 57:23

year 43:17 48:2,3 52:4

years 18:20 32:9,17, 20 34:13,16 35:12 36:22 42:21 43:6, 20,24 46:12 55:15, 18,21 58:15

yes 5:1 7:19,22 8:1, 16 9:8 10:2,15 11:6, 17 12:15 13:17,20 14:9 15:18 16:4,7 17:2,15,18,20 18:18 19:18 20:19,24 21:22 22:1,12,14 23:2,22 24:5,11 26:2 27:12,21 28:15 29:9,17,21 30:6,24 31:2,9,16 32:4,15, 18,22 33:5 34:3,6, 15,19 35:1,8,14,22 39:22 40:15,18 41:6,15,20 42:11 43:5,13,15 47:18 49:16 50:8 51:23 52:15 53:6,10,13,21 54:3,21,24 55:10,13 56:3 57:12 59:16 60:1

you 4:23 5:5,14 6:7, 12,13,16,19,22 7:1, 3,6,7,17,20,21 8:2, 10,14,18 9:1,3,6,9, 14,17,21,24 10:4, 13,14,20,24 11:3, 16,20 12:3,20 13:19,21 14:1,6,10, 21 15:1 16:5,8,11, 14,17 17:3,6,10,17, 21,24 18:2,4,5,12, 14,19 19:1,12,19 20:11,13,15,17,22 21:6,7,9,12,16,17 22:2,4,10,13,20 23:4,7,15 24:3,9,10, 12,16,18,21 25:2,3, 5,7,17,20 26:3,9,13, 16,20 27:24 28:9, 14,18,23 29:7,8,11, 14,20 30:4,7,8,13, 19,21,22 31:1,13,17 32:1,24 33:3,4,11, 14,16,22,24 34:2,4, 9,17,22,23 35:9,10, 11,19,20,23 36:9, 14,20 37:7,11,17,22 38:1,4,7,12,19,21 39:2,3,8,9,23 40:4,

Boron, James - 04/14/2023

9,16,19 41:24 42:7,
9,14,17,18,23 43:7,
9,12,13,19,22 44:1,
5,7,9,15,16,19 45:2,
7,13,16,21 46:20
47:2,6,9,21 48:5
49:6 50:24 51:1,9,
12 52:13,17,18,20,
21,24 53:20,24
54:4,6,10,18,19,20,
22 55:1,5,14,18,21
56:1,7,9,16,19,22
57:1,3,5,8,10,13,17
58:11,14,17,19,20
59:5,6 60:1,2,4

**you're** 18:9 22:24
23:16 34:9 35:9
43:8 45:10 59:6

**you've** 33:14 36:6

**your** 5:9 6:20 7:10,
13,21,23 8:3,5,21
13:3 15:12,23 16:8
17:12,13 18:17
19:10,19 23:10,15
27:19,23 28:11
29:3,4 30:7,12 31:7
32:17 33:15 34:14,
22,23 35:13,15,20,
23 36:1,5,10,17
37:9 38:8,22 39:1,7
40:24 41:4,9 42:8,
12,17 43:3 44:10
46:16 47:1,8,16,19
48:5,9 50:9 51:21
52:10 53:23 55:18,
24 56:9,10 57:10,
13,17 58:14

**yours** 40:12,14,17
50:14

---

**Z**

**Zoom** 6:3