UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DONOVAN R. JOHNSON**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 20-cv-06500 |
| | ) | |
| **THOMAS DART, et al.** | ) | Hon. Andrea R. Wood |
| | ) | |
| Defendant(s). | ) | |

**MOTION TO WITHDRAW JORIE R. JOHNSON AS
COUNSEL FOR DEFENDANTS AND SUBSTITUTE COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants, by their attorneys, respectfully request that this Court grant Jorie R. Johnson leave to withdraw her appearance as attorney of record in this matter and substitute the appearance of Cook County Assistant State's Attorney, **James O'Connor**. In support of this motion, **Defendants, Lt. Tamara Anderson, Lt. James Ludwig, Inv. Daniel Johnson, Inv. Martin Garcia, Ofc. Michael Parker, Ofc. Delilah Serano, Ofc. Christina Mendoza, and Sgt. Olivia Day** state as follows:

1. Jorie R. Johnson was a Cook County Assistant State's Attorneys and has been the attorney of record in the above-captioned matter.

2. Jorie R. Johnson has left the employment of the Cook County State's Attorney's Office.

3. As a result, Jorie R. Johnson will no longer be supervising or involved in the litigation in this matter.

4. In this matter, Defendants seek to withdraw the appearance of Jorie R. Johnson and substitute the appearance of James O'Connor, who has taken over the duties and responsibilities associated with this matter.

WHEREFORE, Defendants respectfully request that the Court enter an order terminating the appearance of Jorie R. Johnson in this action, to terminate CM/ECF notifications to her, and also to substitute the appearance of James O'Connor in this matter.

Date: February 1, 2024    Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ James O'Connor*
James O'Connor
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-6189

## CERTIFICATE OF SERVICE

I, James O'Connor, hereby certify that I have caused true and correct copies of the above motion and foregoing to be served on all Parties pursuant to ECF, in accordance with the rules of electronic filing of documents on this February 1, 2024. I further certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF users and to the users below via U.S. Mail

*/s/ James O'Connor*