# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donovan R. Johnson

        Plaintiff,

v.                                              Case No.: 1:20–cv–06500
                                                         Honorable Andrea R. Wood

Thomas Dart, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorney [93] is granted. Attorney Jorie R Johnson is terminated as counsel of record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.