UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Donovan R. Johnson
                    Plaintiff,

v.                                            Case No.: 1:20–cv–06500
                                                        Honorable Andrea R. Wood

Sgt. Anderson, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2024:

        MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 4/23/2024 is stricken; parties need not appear. Written rulings on Defendants' motion for summary judgment [63] and motion to bar expert opinions [74] to follow. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.