IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**JUL 29 2024**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Faraud K. Muhammad
965 W. Dresser Rd Apt 12
Dekalb, Illinois 60115
My mobile phone Numb 815 733 0122

v.

Defendant(s) Central Intelligence Agency
930 Dolley Madison Avenue
McLean VA 22101 phone numb 1703 482 0623

Case 1:24-cv-06601
Judge: Robert W. Gettleman
Mag. Judge: Young B. Kim
Assignment: Random
Cat.1

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __Faraud K. Muhammad__, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   Prairie State Legal services 31W001 East North Avenue suite 200 West Chicago Il 60185  phone 636 690 2130

   but I have been unable to find an attorney because:
   These various confidential informts to the CIA have been using their secret privelleges as a confidential informant to the CIA against me.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   **OR**
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   **OR**
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- [x] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [x] I declare that my highest level of education is (check one):

    - [ ] Grammar school    - [x] Some high school    - [ ] High school graduate
    - [ ] Some college      - [ ] College graduate    - [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [x] I declare under penalty of perjury that the foregoing is true and correct.

_Toward Muhammad_ 
Signature of Movant

865 W. Dresser Rd Apt 12
Street Address

_____
Date

Dekalb Il, 60115
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]