# Donovan Johnson v Lt. Tamara Anderson et al., 20 C 6500

**Appearing For:**

Officer D. Serrano

Sgt. Day

Investigator M. Garcia

Lt. T. Anderson

Lt. J. Ludwig

Officer C. Mendoza

Investigator Johnson

Officer M. Parker